# Ex. B

Insured Copy



**FEDERATED MUTUAL INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# COMMON POLICY DECLARATIONS
# COMMERCIAL PACKAGE POLICY

MUTUAL COMPANY PARTICIPATING NONASSESSABLE POLICY

Policy No. **9816872**

Account No. **301-796-9**

NAMED INSURED AND MAILING ADDRESS

**PETERSON'S OIL SERVICE, INC.**
**75 CRESCENT ST**
**WORCESTER MA   01605**

CERTIFIED TO BE A TRUE AND CORRECT
COPY THE ORIGINAL POLICY

*Haylee Van Engelenhoven*

RISK ADDRESS (if different than above):

POLICY PERIOD: from **07-05-2019**      to **07-05-2020**      12:01 A.M. Standard time at the designated business premises.

BUSINESS OPERATIONS:
ENTITY TYPE: **Corporation**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY.

THIS POLICY CONSISTS OF ONLY THOSE COVERAGE PARTS SHOWN BELOW. THE PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

**COMMERCIAL PROPERTY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL CRIME COVERAGE PART**

CERTIFIED ACTS OF TERRORISM PREMIUM:               **$232**
TOTAL PROVISIONAL PREMIUM      **$212,683**

IL-F-1 (01-17)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

FORMS APPLICABLE TO ALL COVERAGE PARTS:

**IL-F-26 (07-95)**

**IL 00 17 (11-98)**

**IL-F-38 (02-15)**

**IL 09 52 (01-15)**

**IL 09 96 (01-07)**

**CP-F-18 (01-86)**

**IL 00 21 (09-08)**

**IL 09 35 (07-02)**

**IL-F-27.3 (10-01)**

MUTUALS - PARTICIPATION CLAUSE WITHOUT CONTINGENT LIABILITY: No Contingent Liability:
This policy is nonassessable. The policyholder is a member of the Company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

MUTUAL - MEMBERSHIP AND VOTING NOTICE:
The insured is notified that by virtue of this policy, he or she is a member of the Federated Mutual Insurance Company of Owatonna, Minnesota, and is entitled to vote either in person or by proxy at any and all meetings of said Company. The Annual Meetings are held in its Home Office in Owatonna, Minnesota, on the third Tuesday of April in each year at ten o'clock A.M.

**In Witness Whereof,** the Company has caused this policy to be executed and attested.

SECRETARY                    PRESIDENT

This Policy consists of: (1) this Declarations; (2) if attached hereto, the Schedule of Surcharges; (3) the Declarations and coverage forms for each Coverage Part indicated above as being part of this Policy; and (4) all forms and endorsements listed on any of those Declarations.

IL-F-1 (01-17)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

# LOCATION SCHEDULE

| | | |
|---|---|---|
| 1 | 75 CRESCENT ST | WORCESTER MA  01605-2406 |
| 2 | 895 MAIN ST | SOUTHBRIDGE MA  01550-1119 |
| 3 | 8 PARK AVE | WEBSTER MA  01570-1822 |
| 4 | 191 PROVIDENCE RD | WHITINSVILLE MA  01588-2058 |
| 5 | 514 W BOYLSTON ST | WORCESTER MA  01606-2048 |
| 6 | 203 QUEEN ANNE RD | HARWICH MA  02645-2405 |
| 7 | 154 MAIN ST | CHERRY VALLEY MA  01611-3108 |
| 8 | 23 BELMONT ST | NORTHBOROUGH MA  01532-2418 |
| 9 | 101 QUEEN ANNE RD | HARWICH MA  02645-2406 |
| 10 | 409 PRINCETON RD | FITCHBURG MA  01420-4876 |
| 11 | 79 OLD HOPKINTON RD | WESTERLY RI  02891-1407 |

Insured Copy

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of the cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

    Copyright, Insurance Services Office, Inc., 1998

**FEDERATED INSURANCE COMPANIES**

## TERRORISM RISK INSURANCE ACT

## POLICYHOLDER DISCLOSURE NOTICE

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

The portion of your annual premium that is attributable to coverage for certified acts of terrorism is shown in the Declarations Page of your policy.

The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> STANDARD PROPERTY POLICY

**A. Cap on Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Insured Copy

IL 09 96 01 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **D.**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| Any state in which there is a standard fire policy statute or regulation that does not contain an exception for terrorism. | The following Coverage Parts if included within this policy: 1) Commercial Property Coverage Part 2) Commercial Inland Marine Coverage Part - only for those states in which there is a standard fire policy statute or regulation applicable to inland marine insurance that does not contain an exception for terrorism. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

   (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

© ISO Properties, Inc., 2005

(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of the endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

EXCLUSION OF TERRORISM

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

D. Exception Covering Certain Fire Losses

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

© ISO Properties, Inc., 2005         IL 09 96 01 07

Insured Copy

**E.  Application Of Other Exclusions**

1.  When the Exclusion Of Terrorism applies in accordance with the terms of **C.1.** or **C.2.**, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

2.  The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

 © ISO Properties, Inc., 2005

Insured Copy

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PACKAGE POLICY ENDORSEMENT

### ADDITIONAL NAMED INSURED ENDORSEMENT

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The first Named Insureds shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in the policy (named insureds and additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds:

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 1 | PETERSON'S OIL SERVICE, INC. | Corporation | 04-2268850 |



FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

All other terms of this policy remain unchanged.

CP-F-18 (01-86)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating, or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

1. The failure, malfunction or inadequacy of:

   a. Any of the following, whether belonging to any insured or to others:

      (1) Computer hardware, including microprocessors;

      (2) Computer application software;

      (3) Computer operating systems and related software;

      (4) Computer networks;

      (5) Microprocessors (computer chips) not part of any computer system; or

      (6) Any other computerized or electronic equipment or components; or

   b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

1. In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

2. Under the Commercial Property Coverage Part:

   a. In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

   b. In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

   we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

                © ISO Properties, Inc., 2001

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
BUSINESSOWNERS POLICY
PRINTERS ERRORS AND OMISSIONS POLICY
BUSINESS ERRORS AND OMISSIONS POLICY

PROVISIONS

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of asbestos, asbestos compounds or asbestos which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1.  Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2.  Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3.  Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of asbestos, asbestos compounds or materials or substances containing asbestos.

IL-F-27.3 (10-01)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019



**FEDERATED MUTUAL INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART
## PETROLEUM PRODUCTS COVERAGE FORM

INSURANCE APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN OR COVERAGE IS INDICATED.

| Limit of Insurance | Coverage |
|---|---|
| $    (Limits Shown on Supplemental Declaration) | **A.**  Designated Locations |

| Limit of Insurance | OPTIONAL PROPERTY COVERAGES |
|---|---|
| See Supplemental Declarations | **1.**  Replacement Cost |
|  | **2.**  Terminal Access Card<br>($50,000 included in Coverage Extension 6.i.) |
|  | **3.**  Surface Water Contamination of Gas and Oil<br>($25,000 included in Coverage Extension 6.j.) |
|  | **4.**  Erroneous Delivery<br>($25,000 included in Coverage Extension 6.k.) |
|  | **5.**  Fuel Access Card<br>($1,000 included in Coverage Extension 6.s.) |

**DEDUCTIBLE**

_____$5,000_____    Unless otherwise specified in the attached forms or endorsements in the Commercial Property Coverage Part.

**FORMS and ENDORSEMENTS**

This Coverage Part consists of: (1) this Coverage Part Declaration Page; (2) the Schedule of Forms and Endorsements if attached hereto; (2) all forms and endorsements listed on this Coverage Part Declaration Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Supplemental Declarations Commercial Property Coverage Part | CP-F-21 (01-17) |
| Loss Payable Certificate | CP-F-10 (07-95) |
| Mortgage Holders Interest Certificate | CP-F-11 (07-95) |
| Legal Liability Coverage Form | CP 00 40 (10-12) |
| Petroleum Products Coverage Form | CP-F-15 (01-16) |
| Business Income-Special Form | CP-F-36 (01-16) |
| Petroleum Products Causes of Loss - Special Form | CP-F-16 (07-11) |
| Cause Of Loss - Systems Breakdown (Petro Pac) | CP-F-96 (07-10) |
| Windstorm or Hail Percentage Deductible - Petroleum | CP-F-122 (07-10) |
| Statement of Values - Blanket Insurance (Petoleum Products Distributors Form) | CP-F-124 (07-10) |
| Commercial Property Conditions | CP 00 90 (07-88) |
| Business Income - Windstorm Amendment Endorsement | CP-F-125 (06-05) |
| Petroleum Products Functional Building Valuation | CP-F-131 (07-10) |
| Disaster Deductible Extension | CP-F-27 (10-18) |
| Pollutant Cleanup & Removal | CP-F-83 (07-10) |
| Massachusetts Changes | CP 01 09 (10-00) |
| Massachusetts - Exclusion of Loss Due to Virus or Bacteria | CP 01 76 (09-06) |
| Massachusetts - Fungus, Wet Rot, Dry Rot, and Bacteria Exclusion and Limitations | CP 10 64 (10-12) |
| Property Amendment Clause | CP-F-79 (07-10) |
| Massachusetts Tenant Relocation Expense | IL 01 08 (03-05) |

**FEDERATED MUTUAL INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 75 CRESCENT ST WORCESTER MA 01605-2406 | | | | | | | |
| | | 75 CRESCENT ST OFFICE/WAREHOUSE/GARAGE/BULK PLANT | Petro | CP-F-15 CP-F-16 CP-F-96 | | YES | NONE | | $12,336,000 BLANKET |
| | | | Business Income | CP-F-36 CP-F-16 CP-F-96 | | | | | |
| 2 | | 895 MAIN ST SOUTHBRIDGE MA 01550-1119 | | | | | | | |
| | | 895 MAIN ST OFFICE/BULK PLANT | Petro | CP-F-15 CP-F-16 CP-F-96 | | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-36 CP-F-16 CP-F-96 | | | | | |
| 3 | | 8 PARK AVE WEBSTER MA 01570-1822 | | | | | | | |
| | | 8 PARK AVE OFFICE/BULK PLANT | Petro | CP-F-15 CP-F-16 CP-F-96 | | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-36 CP-F-16 CP-F-96 | | | | | |
| 4 | | 191 PROVIDENCE RD | | | | | | | |

Continued on Next Page

**FEDERATED MUTUAL INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | WHITINSVILLE MA 01588-2058 | | | | | | | |
| | | 191 PROVIDENCE RD OFFICE/GAS STATION/GARAGE | Petro | CP-F-15 CP-F-16 CP-F-96 | | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-36 CP-F-16 CP-F-96 | | | | | |
| 5 | | 514 W BOYLSTON ST WORCESTER MA 01606-2048 | | | | | | | |
| | | 514 W BOYLSTON ST OFFICE/GAS STATION | Petro | CP-F-15 CP-F-16 CP-F-96 | | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-36 CP-F-16 CP-F-96 | | | | | |
| 6 | | 203 QUEEN ANNE RD HARWICH MA 02645-2405 | | | | | | | |
| | | 203 QUEEN ANNE RD OFFICE | Petro | CP-F-15 CP-F-16 CP-F-96 CP-F-122 | | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-36 CP-F-16 CP-F-96 CP-F-125 | | | | | |
| 6 | 1 | 203 QUEEN ANNE RD OFFICE | Legal Liability, Building | CP 00 40 CP-F-16 | | | NONE | | $100,000 |

Continued on Next Page

**FEDERATED MUTUAL INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-122 | | | | | |
| 7 | | 154 MAIN ST CHERRY VALLEY MA 01611-3108 | | | | | | | |
| | | 154 MAIN ST OFFICE/GAS STATION | Petro | CP-F-15 CP-F-16 CP-F-96 | | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-36 CP-F-16 CP-F-96 | | | | | |
| 8 | | 23 BELMONT ST NORTHBOROUGH MA 01532-2418 | | | | | | | |
| | | 23 BELMONT ST OFFICE/GAS STATION | Petro | CP-F-15 CP-F-16 CP-F-96 | | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-36 CP-F-16 CP-F-96 | | | | | |
| 9 | | 101 QUEEN ANNE RD HARWICH MA 02645-2406 | | | | | | | |
| | | 101 QUEEN ANNE RD BULK PLANT | Petro | CP-F-15 CP-F-16 CP-F-96 CP-F-122 | | YES | NONE | | BLANKET |
| 9 | | | Business Income | CP-F-36 CP-F-16 CP-F-96 | | | | | |

Continued on Next Page

CP-F-21 (01-17)      Policy Number: 9816872      Transaction Effective Date: 07-05-2019

**FEDERATED MUTUAL INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Deductible % | Replacement Cost | Coinsurance % or Reporting Option | Agreed Value (Expiration Date) | Limit of Insurance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CP-F-125 | | | | | |
| 10 | | 409 PRINCETON RD FITCHBURG MA 01420-4876 | | | | | | | |
| | | 409 PRINCETON RD WAREHOUSE/OFFICE/BULK PLANT | Petro | CP-F-15 CP-F-16 CP-F-96 CP-F-131 | | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-36 CP-F-16 CP-F-96 | | | | | |
| 11 | | 79 OLD HOPKINTON RD WESTERLY RI 02891-1407 | | | | | | | |
| | | 79 OLD HOPKINTON RD WAREHOUSE | Petro | CP-F-15 CP-F-16 CP-F-96 | | YES | NONE | | BLANKET |
| | | | Business Income | CP-F-36 CP-F-16 CP-F-96 | | | | | |
| | 1 | 79 OLD HOPKINTON RD WAREHOUSE | Legal Liability, Building | CP 00 40 CP-F-16 | | | NONE | | $300,000 |

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:    BERKSHIRE BANK
386 MAIN ST
WORCESTER MA  01608

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 1 | 1 | 75 CRESCENT ST  OFFICE/WAREHOUSE/GARAGE/BULK PLANT<br>WORCESTER MA  01605-2406 | $5,000 | $12,336,000 |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 07-05-2019     to 07-05-2020     12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                    **PRESIDENT**

CP-F-10 (07-95)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -   FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: BERKSHIRE BANK
386 MAIN ST
WORCESTER MA  01608

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 1 | 1 | 75 CRESCENT ST  OFFICE/WAREHOUSE/GARAGE/BULK PLANT<br>WORCESTER MA  01605-2406 | $5,000 | $12,336,000 |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 07-05-2019    to 07-05-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                    PRESIDENT

CP-F-11 (07-95)            Policy Number: 9816872            Transaction Effective Date: 07-05-2019

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 9816872                Transaction Effective Date: 07-05-2019

**COMMERCIAL PROPERTY**
CP 00 40 10 12

# LEGAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

We will pay those sums that you become legally obligated to pay as damages because of direct physical loss or damage, including loss of use, to Covered Property caused by accident and arising out of any Covered Cause of Loss. We will have the right and duty to defend any "suit" seeking those damages. However, we have no duty to defend you against a "suit" seeking damages for direct physical loss or damage to which this insurance does not apply. We may investigate and settle any claim or "suit" at our discretion. But:

**(1)** The amount we will pay for damages is limited as described in Section **C.** Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the Limit of Insurance in the payment of judgments or settlements.

**1. Covered Property And Limitations**

Covered Property, as used in this Coverage Form, means tangible property of others in your care, custody or control that is described in the Declarations or on the Legal Liability Coverage Schedule.

Covered Property does not include electronic data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph does not apply to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**2. Covered Causes Of Loss**

See applicable Causes of Loss form as shown in the Declarations.

3. **Additional Coverage**

   **SUPPLEMENTARY PAYMENTS**

   We will pay, with respect to any claim or any "suit" against you we defend:

   **a.** All expenses we incur.

   **b.** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

   **c.** All reasonable expenses incurred by you at our request, including actual loss of earnings up to $250 a day because of time off from work.

   **d.** All costs taxed against you in the "suit".

   **e.** Prejudgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   **f.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

   These payments will not reduce the applicable Limit of Insurance.

4. **Coverage Extensions**

   **a.** **Additional Insureds**

   If the Named Insured shown in the Declarations is a partnership, limited liability company or corporation, throughout this Coverage Form the words "you" and "your" include:

   **(1)** Partners, members, executive officers, trustees, directors and stockholders of such partnership, limited liability company or corporation, but only with respect to their duties as such; and

   **(2)** Managers of a limited liability company, but only with respect to their duties as such.

   **b.** **Newly Acquired Organizations**

   Throughout this Coverage Form, the words "you" and "your" also include any organization (other than a partnership, joint venture or limited liability company) you newly acquire or form and over which you maintain ownership or majority interest if there is no other similar insurance available to that organization.

This Coverage Extension ends:

**(1)** 90 days after you acquire or form the organization; or

**(2)** At the end of the policy period shown in the Declarations;

whichever is earlier.

This Extension does not apply to direct physical loss or damage that occurred before you acquired or formed the organization.

**c.** **Newly Acquired Property**

   **(1)** You may extend the insurance that applies to Covered Property, as used in this Coverage Form, to apply to your liability for tangible property of others that comes under your care, custody or control after the beginning of the current policy period. This Extension is subject to the following:

   **(a)** All terms and Conditions of this Coverage Form.

   **(b)** Buildings must be intended for:

   **(i)** Similar use as the building described in the Declarations or on the Legal Liability Coverage Schedule; or

   **(ii)** Use as a warehouse.

   The most we will pay as the result of any one accident for loss or damage to buildings covered under this Extension is $250,000 at each building.

   **(c)** Personal property must be at a location:

   **(i)** That you own; or

   **(ii)** That is or comes under your care, custody or control;

   other than at fairs or exhibitions.

   The most we will pay as the result of any one accident for loss or damage to personal property covered under this Extension is $100,000 at each building.

   **(2)** Insurance under this Extension for each item of property of others will end when any of the following first occurs:

   **(a)** This policy expires;

   **(b)** 30 days expire after the property has come under your care, custody or control; or

   **(c)** You report values to us.

© Insurance Services Office, Inc., 2011

We will charge you additional premium for values reported from the date the property comes under your care, custody or control.

This Extension does not apply to direct physical loss or damage that occurred before the property came under your care, custody or control.

**B. Exclusions And Limitations**

See applicable Causes of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay in damages as the result of any one accident is the applicable Limit Of Insurance shown on the Legal Liability Coverage Schedule, or in the Declarations.

Payments under the Additional Coverage and the Newly Acquired Property Coverage Extension are in addition to the Limits of Insurance.

The existence of one or more:

**1.** Additional Insureds; or

**2.** Newly Acquired Organizations,

does not increase the Limit of Insurance.

**D. Loss Conditions**

The following conditions apply in addition to the Commercial Property Conditions:

**1. Duties In The Event Of Accident, Claim Or Suit**

**a.** You must see to it that we are notified promptly of any accident that may result in a claim. Notice should include:

**(1)** How, when and where the accident took place; and

**(2)** The names and addresses of any witnesses.

Notice of an accident is not notice of a claim.

**b.** If a claim is made or "suit" is brought against you, you must see to it that we receive prompt written notice of the claim or "suit".

**c.** You must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to you because of damage to which this insurance may also apply.

**d.** You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**2. Legal Action Against Us**

No person or organization has a right under this Coverage Form:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from you; or

**b.** To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against you obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, you and the claimant or the claimant's legal representative.

**3. Other Insurance**

You may have other insurance covering the same loss as the insurance under this Coverage Form. If you do, we will pay our share of the covered loss. Our share is the proportion that the Limit of Insurance under this Coverage Form covering such loss bears to the Limits of Insurance of all insurance covering the loss.

**4. Transfer Of Rights Of Recovery Against Others To Us**

If you have rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. You must do nothing after loss to impair them. At our request, you will bring "suit" or transfer those rights to us and help us enforce them.

**E. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions:

**1. Amendment Of Commercial Property Conditions**

None of the Commercial Property Conditions apply to this Coverage Form, except:

**a.** Condition        A.        Concealment, Misrepresentation Or Fraud;

**b.** Condition **C.** Insurance Under Two Or More Coverages; and

**c.** Condition **E.** Liberalization.

**2. Bankruptcy**

Bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Coverage Form.

**3. Policy Period, Coverage Territory**

Under this Coverage Form:

**a.** We will pay for loss or damage caused by an accident that occurs:

**(1)** During the Policy Period shown in the Declarations; and

**(2)** Within the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America;

**(2)** Puerto Rico; and

**(3)** Canada.

**4. Separation Of Insureds**

The insurance under this Coverage Form applies separately to you and each additional insured, except with respect to the Limits of Insurance.

**F. Definitions**

"Suit" includes an arbitration proceeding to which you must submit or submit with our consent.

    © Insurance Services Office, Inc., 2011    CP 00 40 10 12

**FEDERATED INSURANCE COMPANIES**

# PETROLEUM PRODUCTS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Form, means all real and personal property not otherwise excluded located above or below ground which:

**a.** Is owned by you, or for which you are liable;

**b.** Is in the open or in vehicles within 1,000 feet of a Covered Location;

**c.** Is your use interest as tenant in improvements or betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(1)** Made a part of the building or structure you occupy but do not own; and

**(2)** You acquired or made at your expense but cannot legally remove.

**2. Covered Location**

Covered Location, as used in this Coverage Form, means the following types of locations for which a Limit of Insurance is shown in the Declarations:

**a. Designated Location:** This means a location for which an address is shown in the Declarations.

**b. Newly Acquired Location or Newly Constructed Property:** This means locations which you own, lease, or regularly use, except property covered under **2. a.** (Designated Location).

**(1)** If this policy covers buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the Designated Location; and

**(b)** Buildings you acquire at locations, other than the Designated Location, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

**(2)** If this policy covers personal property, you may extend that insurance to apply to:

**(a)** Personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(b)** Personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at a Designated Location;

**(c)** Personal property that you newly acquire, located at the Designated Location.

This does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-15 (01-16)    Policy Number: 9816872    Transaction Effective Date: 07-05-2019

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**(4)** *Limit of Insurance*

The most we will pay for loss or damage to a Newly Acquired Location or Newly Constructed Property is $1,500,000 at each location.

**c.** **Temporary Location:** This means any location, other than a "jobsite", which you do not own, lease, operate or regularly use. Personal property at fairs, trade shows or exhibitions is covered even though such locations may be owned or leased. Coverage ends after you have used the Temporary Location for 30 consecutive days. Property in Transit or property in or on a vehicle is not considered as property at a Temporary Location.

The most we will pay for loss or damage to a Temporary Location is $150,000 at each location.

**3.** **Property Not Covered**

Covered Property does not include:

**a.** Land (including land on which the property is located), water, growing crops or lawns;

**b.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities.  Lottery tickets and prepaid phone cards held for sale are Covered Property, but are covered only for loss or damage by theft up to a limit of $250 per occurrence;

**c.** Animals;

**d.** Automobiles held for sale;

**e.** Vehicles or self-propelled machines (including aircraft) and their attached equipment and accessories that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from a Covered Location.

This exclusion does not apply to the following types of property:

**(a)** Golfmobiles, snowmobiles, all terrain vehicles, motor scooters, mopeds, go-carts and other similar property;

**(b)** Any single axle trailer;

**(c)** Self propelled garden tractors, lawn mowers, and snow blowers;

**(d)** Watercraft;

**(e)** Motorcycles that you are holding for sale including motorcycles in crates;

**(f)** Special purpose bodies and equipment that are manufactured to be mounted on a vehicle; or

**(g)** Forklifts.

**f.** Bridges, roadways, walks, patios or other paved surfaces;

**g.** Bulkheads, pilings, piers, wharves or docks;

**h.** The cost of removal of any debris of any property except as provided under **A. 5.** Additional Coverages **a.** Debris Removal;

**i.** The cost of excavations, grading, backfilling or filling;

**j.** Footings of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement.

However, footings of signs and canopies are Covered Property;

**k.** Contraband, or property in the course of illegal transportation or trade;

**l.** Personal property while airborne or waterborne;

**m.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-15 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**n.** Electronic data, except as provided under Additional Coverages - Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment.

The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This Paragraph **n.,** does not apply to your "stock" of prepackaged software.

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data.

**p.** Any property that is separately insured under Legal Liability Coverage Form CP 00 40;

**q.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance; but this insurance will not cover the deductible, if any, applicable to the other coverage.

**4. Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

**5. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4),** we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** This Additional Coverage does not apply to:

**(a)** Any cost or expense which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, release or escape of "pollutants" at any time;

**(b)** Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

**(c)** Any cost or expense to remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)** We will pay up to an additional $50,000 for debris removal expense, for each Designated Location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-15 (01-16)    Policy Number: 9816872    Transaction Effective Date: 07-05-2019

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $50,000.

(5) Examples

The following examples assume that there is no coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 400,000 |
| Amount of Deductible | $     500 |
| Amount of Loss | $ 250,000 |
| Amount of Loss Payable | $ 249,500 |
| | ($250,000 - $500) |
| Debris Removal Expense | $  50,000 |
| Debris Removal Expense Payable | $  50,000 |
| ($50,000 is 20% of $250,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($249,500 + $50,000 = $299,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| | | |
|---|---|---|
| Limit of Insurance | | $ 400,000 |
| Amount of Deductible | | $     500 |
| Amount of Loss | | $ 350,000 |
| Amount of Loss Payable | | $ 349,500 |
| | | ($350,000 - $500) |
| Debris Removal Expense | | $ 110,000 |
| Debris Removal Expense Payable | | |
| | Basic Amount | $ 50,500 |
| | Additional Amount | $ 50,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $350,000 ($349,500 + $500) x .25 = $87,500; capped at $50,500. The cap applies because the sum of the loss payable ($349,500) and the basic amount payable for debris removal expense ($50,500) cannot exceed the Limit of Insurance ($400,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($110,000) exceeds 25% of the loss payable plus the deductible ($110,000 is 31% of $350,000), and because the sum of the loss payable and debris removal expense ($349,500 + $110,000 = $459,500) would exceed the Limit of Insurance ($400,000). The additional amount of covered debris removal expense is $50,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $100,500; $9,500 of the debris removal expense is not covered.

**b.  Preservation of Property**

If it is necessary to move Covered Property from the Designated Location to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

**c.  Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 per loss occurrence for your liability for fire department service charges;

(1) Assumed by contract or agreement prior to loss; or

(2) required by local ordinance.

No deductible applies to this Additional Coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-15 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**d. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered - Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss or "electronic vandalism". This Additional Coverage does not apply to any loss or damage resulting from threats made against you by an extortionist to do such damage before a reasonable effort has been made to report the extortionist demand to local law enforcement authorities. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Covered Property apply to this Additional Coverage - Electronic Data, subject to the following:

**(a)** If the Petroleum Products Causes Of Loss - Special Form applies, coverage under this Additional Coverage - Electronic Data is limited to "specified causes of loss" and Collapse as set forth in that form.

**(b)** If the Petroleum Products Causes Of Loss - Special Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Electronic Data.

**(c)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage - Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**e. Building Ordinance Or Law**

**(1)** You may extend the insurance that applies to building(s) or "structure(s)" at a Designated Location to apply to your loss resulting from the enforcement of building ordinances or law. Regardless of the number of damaged building(s) or "structure(s)", the most we will pay per loss occurrence is $100,000.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-15 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**(2)** The coverage provided by this Additional Coverage applies only if both Paragraphs **(2)(a)** and **(2)(b)** below are satisfied and are then subject to the qualifications set forth in Paragraph **(2)(c)**.

**(a)** The ordinance or law:

**(i)** Regulates the demolition, construction or repair of building(s) or "structure(s)", or establishes zoning or land use requirements at the Designated Location; and

**(ii)** Is in force at the time of loss.

But Coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

**(b)** **(i)** The building(s) or "structure(s)" sustain direct physical damage that is covered under this policy and such damage results in the enforcement of the ordinance or law; or

**(ii)** The building(s) or "structure(s)" sustain both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the damage in its entirety to the building(s) or "structure(s)" results in enforcement of the ordinance or law.

**(iii)** But if the building(s) or "structure(s)" sustain direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Additional Coverage even if the building(s) or "structure(s)" have also sustained covered direct physical damage.

**(c)** In the situation described in Paragraph **(2)(b)(ii)** above, we will not pay the full amount of loss otherwise payable under the terms of this Additional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage alone would have resulted in enforcement of the ordinance or law, we will pay the full amount of loss otherwise payable under this Additional Coverage.

**(3)** We will not pay under this Additional Coverage for:

**(a)** The enforcement of any ordinance or law or environmental regulation which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of any ordinance or law or environmental regulation which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(c)** Any fees imposed in order to gain certification or recertification of the property by a Green Standards-setter nor will we pay for any further modification if the property fails to obtain certification, recertification or a specific level of certification. Green Standards-setter means a nationally recognized organization or governmental agency, such as the U.S. Green Building Council or U.S. Department of Energy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-15 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**(4)** With respect to the building(s) or "structure(s)" that have sustained covered direct physical damage, we will pay:

**(a)** For the loss in value of the undamaged portion of the building(s) or "structure(s)" as a consequence of the enforcement of an ordinance or law that requires demolition of undamaged parts of the same building(s) or "structure(s)".

**(b)** The cost to demolish and clear the site of undamaged parts of the same building(s) or "structure(s)", as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

**(c)** The increased cost to:

**(i)** Repair or reconstruct damaged portions of the building(s) or "structure(s)"; and/or

**(ii)** Reconstruct or remodel undamaged portions of that building(s) or "structure(s)", whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the building, zoning or land use ordinance or law.

However:

**(i)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(ii)** We will not pay for the increased cost of construction if the building(s) or "structure(s)" are not repaired, reconstructed or remodeled.

**(d)** When building(s) or "structure(s)" are damaged or destroyed, coverage for the increased cost of construction in accordance with **(4)(c)** above also applies to repair or reconstruction of the footings of any building(s) and or "structure(s)", subject to the same conditions stated in **(4)(c)**.

Footings of building(s) or "structure(s)" are deleted from Property Not Covered, but only with respect to the coverage described in this provision, **(4)(d)**.

**(5)** If the property is repaired or replaced on the same or another premises, we will not pay more under this Additional Coverage than:

**(a)** The amount you actually spend to demolish and clear the site of the Designated Location; and

**(b)** The amount you actually spend to repair, rebuild or reconstruct the building(s) or "structure(s)", but not for more than the amount it would cost to restore the building(s) or "structure(s)" on the same premises and to the same height, floor area, style and comparable quality of the original property insured.

**(6)** If the property is not repaired or replaced, we will not pay more under this Additional Coverage than:

**(a)** The amount you actually spend to demolish and clear the site at the Designated Location; and

**(b)** The actual cash value of the building(s) or "structure(s)" at the time of loss.

**(7)** We will not pay for the increased cost of construction under this Additional Coverage:

**(a)** Until the property is actually repaired or replaced, at the same premises or elsewhere; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-15 (01-16)    Policy Number: 9816872    Transaction Effective Date: 07-05-2019

**(8)** Under this Additional Coverage, we will not pay for loss due to any ordinance or law or environmental regulation that:

**(a)** You were required to comply with before the loss, even if the building was undamaged; and

**(b)** You failed to comply with.

**f.** **Sewer Back Up Or Overflow**

**(1)** We will pay for direct physical loss of or damage to Covered Property at the Designated Location caused by or resulting from:

**(a)** Water which backs up through or overflows from sewers or drains; or

**(b)** Water which overflows from a sump even if such overflow results from the mechanical breakdown of a sump or its related equipment.

However, with respect to Paragraph **(b)** above, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

**(2)** The coverage described in Paragraph **(1)** above does not apply to loss or damage resulting from an insured's failure to:

**(a)** Keep a sump pump or its related equipment in proper working condition; or

**(b)** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**(3)** With respect to the coverage provided under this Additional coverage, the **Water** Exclusion is replaced by the following:

**Water**

**(a)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(b)** Mudslide or mudflow; or

**(c)** Water under the ground surface pressing on, or flowing or seeping through:

**(i)** Foundations, walls, floors or paved surfaces;

**(ii)** Basements, whether paved or not; or

**(iii)** Doors, windows or other openings; or

**(d)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(a)** or **(c)** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(a)** through **(d)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water. But if any of the above, **(a)** through **(d)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**(4)** The most we will pay for loss or damage under this Additional Coverage is $10,000 per loss occurrence.

**6.** **Coverage Extensions**

You may extend the insurance provided by this Coverage Form as follows:

**a.** **Business Income and Extra Expense**

**(1)** **Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property, except vehicles at a Designated Location. The loss or damage must be caused by or result from a Covered Cause of Loss.

**(b) Business Income** means the:

**(i)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or other businesses; and

**(ii)** Continuing normal operating expenses incurred, including payroll.

**(2) Extra Expense**

**(a)** We will pay the necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at a Designated Location. The loss or damage must be caused by or result from a Covered Cause of Loss.

**(b)** Extra Expense means expense incurred:

**(i)** To avoid or minimize the "suspension" of business and to continue your "operations".

**(a)** At the Designated Location; or

**(b)** At replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations.

**(ii)** To minimize the "suspension" of business if you cannot continue your "operations".

**(iii)** To:

**(a)** Repair or replace any property; or

**(b)** Research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Extension.

**(3) Additional Limitation - Interruption Of Computer Operations**

**(a)** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electric data.

**(b)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data.

**(c)** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**(4) Limits Of Insurance**

The most we will pay for loss of Business Income and Extra Expense is $25,000 per loss occurrence.

**(5) Loss Determination**

**(a)** The amount of Business Income loss will be determined based on:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-15 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**(i)** The Net Income of the business before the direct physical loss or damage occurred;

**(ii)** The likely Net Income of the business if no loss or damage occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(iii)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(iv)** Other relevant sources of information, including:

    **a)** Your financial records and accounting procedures;

    **b)** Bills, invoices and other vouchers; and

    **c)** Deeds, liens or contracts.

**(b)** The amount of Extra Expense will be determined based on:

**(i)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

    **(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once your "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance, that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(ii)** All necessary expenses that reduce the Business Income loss that otherwise would have been payable under this Coverage Extension.

**(c) Resumption Of Operations**

We will reduce the amount of your:

**(i)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or "stock") at the Designated Location or elsewhere.

**(ii)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

The expiration date of this policy will not cut short the "period of restoration".

**b. Personal Effects and Property of Others**

You may extend the insurance provided by this Coverage Form to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $5,000 per loss occurrence at each Designated Location. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property. We do not cover under this extension tools and equipment owned by your employees.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**c.  Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to your Covered Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered - Electronic Data.

**(2)** If the Petroleum Products Causes Of Loss - Special Form applies, coverage under this Extension is limited to "specified causes of loss" and Collapse as set forth in that form.

**(3)** Under this Extension, the most we will pay to replace or restore the lost information is $25,000 per loss occurrence at each Designated Location. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Covered Property and therefore coverage of such costs is not additional insurance.

**d.  Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense at a Designated Location, caused by or resulting from a Covered Cause of Loss.

The most we will pay for loss or damage under this Extension is $25,000, but not more than $750, including debris removal expense, for any one tree, shrub or plant. The limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**e.  Fire Extinguisher Systems Recharge Expenses**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the Designated Location; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during the installation or testing.

**(3)** The most we will pay under this Additional Coverage is $25,000 in any one occurrence.

**(4)** No deductible applies to **(1)(a)** above.

**f.  Security Guard Charges**

When it is necessary to provide security guard service or incur other necessary expense to protect the public or Covered Property as a result of a covered loss under this policy, we will pay up to $5,000 per loss occurrence for this protection.

**g.  Claims Expense**

We will pay up to $10,000 for claims expenses you incur at our request and arising out of a covered loss or damage.

The claim expenses must be incurred to assist us in:

**(1)** The investigation of a claim or suit;

**(2)** The determination of the amount of loss including the assistance of an accountant to assist in the calculation of a Business Income Loss; or

**(3)** The determination of the extent of direct physical loss or damage to Covered Property.

We will not pay for:

**(1)** Expenses to prove that loss or damage is covered;

**(2)** Expenses incurred under the Appraisal section of Loss Conditions;

**(3)** Expenses incurred for examinations under oath, even if required by us; or

**(4)** Expenses incurred for public adjusters or legal fees.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-15 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**h. Lessee Change Over Coverage**

You may extend the insurance provided by this Coverage Form to apply to locations where ownership or responsibility for maintaining insurance reverts back to you.

Coverage will end when any of the following first occurs:

**(1)** 30 days from the date the lessee last conducted business operations at the leased premises.

**(2)** You report values to us.

**(3)** The policy expires.

The most we will pay for loss or damage under this extension is $250,000 per loss occurrence.

**i. Terminal Access Card Coverage**

You may extend the insurance provided by this Coverage Form to amounts you are legally required to pay for loss of or damage to product charged to you from unauthorized use of a "terminal access card" by anyone other than you, any of your partners, employees (including leased employees), directors, or trustees.

For insurance provided in this extension, the phrase 'authorized representatives or anyone to whom you entrust the property for any purpose' is deleted within Exclusion **2.g.** in the Petroleum Products Causes of Loss - Special Form.

For insurance provided in this extension, Exclusion **2.h.** in the Petroleum Products Causes of Loss - Special Form does not apply with respect to any voluntary parting of a "terminal access card" or product by any fraudulent scheme, trick, device or false pretense which results in or from the unauthorized use of that "terminal access card".

For insurance provided in this extension, Exclusion **2.o.** in the Petroleum Products Causes of Loss - Special Form does not apply with respect to loss of or damage to product charged to you from unauthorized use of a "terminal access card".

The most we will pay for loss under this extension is $50,000 per occurrence. For the purposes of this coverage, all loss or damage caused by the same person or organization acting alone or in collusion with others shall be considered one occurrence and the most we will pay for all loss or damage caused by one person or organization acting alone or in collusion with others within any policy period is this stated limit of liability.

**j. Surface Water Contamination of Gas and Oil Coverage**

You may extend the insurance provided by this Coverage Form to apply to loss or damage resulting from contamination of your gasoline or oil at Designated Locations as a result of surface water run off. We will not apply **B.** Exclusion **1.f.(1)** from Petroleum Products Causes of Loss - Special Form to this extension.

The most we will pay for loss or damage at Designated Locations is $25,000 per occurrence.

**k. Erroneous Delivery**

You may extend insurance provided by this Coverage Form for:

**(1)** Loss of your product; or

**(2)** Loss of product which you are delivering;

resulting from delivery of any liquid:

**(1)** Into the wrong receptacle; or

**(2)** To the wrong address; or

**(3)** In place of another liquid.

We will not apply **B.** Exclusions **2.k.** and **3.b.** from Petroleum Products Causes of Loss - Special Form to this extension.

The most we will pay for loss or damage under this extension is $25,000 per loss occurrence.

**l. Consigned Property**

You may extend the insurance provided by this Coverage Form to cover your owned consigned "stock" at locations where this property is on a consignment basis.

The most we will pay for loss or damage under this extension is $25,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-15 (01-16)      Policy Number: 9816872      Transaction Effective Date: 07-05-2019

**m. Leased, Loaned or Rented Tanks and Related Equipment**

You may extend the insurance provided by this Coverage Form for loss to pumps, tanks, regulators, pipes, fittings and related dispensing equipment, including consoles, while such property is leased, loaned or rented to others by you.

The most we will pay for loss or damage under this extension is $25,000 per loss occurrence.

**n. Foam or Chemical Fire Department Charges**

When the fire department is called to save or protect Covered Property at a Covered Location from a Covered Cause of Loss, we will pay up to $100,000 per loss occurrence for any charges you incur for special foam or chemical used to extinguish or contain a fire.

**o. Accounts Receivable Coverage**

**(1)** You may extend the insurance that applies to personal property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payments of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Causes of Loss to your records of accounts receivable.

**(2) Determination of Receivables**

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

**(i)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

**(ii)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

**(3)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(a)** The amount of the accounts for which there is no loss;

**(b)** The amount of the accounts that you are able to re-establish or collect;

**(c)** The amount to allow for probable bad debts that you are normally unable to collect; and

**(d)** All unearned interest and service charges.

**(4)** Exclusion **2.m.** in the Petroleum Products Causes of Loss - Special Form does not apply to this Coverage Extension.

The most we will pay for loss or damage at the Designated Location under this Extension is $25,000 per loss occurrence.

For accounts receivable not at the Designated Location, the most we will pay under this Extension is $10,000 per loss occurrence.

**p. Property in Transit**

You may extend the insurance provided under this Coverage Form to apply to loss of or damage to Covered Property from a Covered Cause or Loss while the Covered Property is in or on vehicles and is more than 1,000 feet from a Designated Location.

The Covered Property must be in or on vehicles:

**(1)** You or your employees own, lease, or operate; or

**(2)** In the custody of a common carrier or railroad.

Coverage provided under **(2)** above is excess over any other insurance.

The most we will pay for loss or damage under this extension is $50,000 per loss occurrence.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-15 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**q. Lock and Key Replacement**

We will pay your expenses to:

**(1)** Replace keys or rekey locks at your Designated Location resulting from the loss or theft of your keys;

**(2)** Replace, repair or rekey locks if made necessary by theft or attempted theft to your Designated Location.

The most we will pay under this Extension is $1,000 per loss occurrence.

No deductible applies to this Coverage Extension.

**r. Railroad Car Legal Liability**

You may extend the insurance applying to Covered Property to apply to railroad cars owned by others for which you are legally liable.

This coverage extension applies only on an actual cash value basis and is excess over any other insurance on the property.

The most we will pay for loss or damage under this extension is $50,000 per loss occurrence.

**s. Fuel Access Card Coverage**

We will pay for amounts you are unable to collect from your customers due to unauthorized use of a "fuel access card" by anyone other than you, any of your partners, employees (including leased employees), directors or trustees.

For insurance provided in this extension, the phrase 'authorized representatives or anyone to whom you entrust the property for any purpose' is deleted within Exclusion **2.g.** in the Petroleum Products Causes of Loss - Special Form.

For insurance provided in this extension, exclusion **2.h.** in the Petroleum Products Causes of Loss - Special Form does not apply with respect to any voluntary parting of a "fuel access card" by any fraudulent scheme, trick, device or false pretense which results in unauthorized use of that "fuel access card".

For insurance provided in this extension exclusion **2.o.** in the Petroleum Products Causes of Loss - Special Form does not apply with respect to amounts you are unable to collect from your customers due to the unauthorized use of a "fuel access card".

The most we will pay for loss under this endorsement is $1,000 per occurrence. For purposes of this coverage, all loss or damage caused by the same person or organization acting alone or in collusion with others shall be considered one occurrence and the most we will pay for all loss or damage caused by any one person or organization acting alone or in collusion with others within any policy period is this stated limit of liability.

**t. Spoilage**

**(1)** You may extend the insurance that applies to Covered Property to apply to direct physical loss of or damage to "perishable stock" caused by the following Covered Causes of Loss:

**(a)** Breakdown or Contamination, meaning:

**(i)** Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the Designated Location; or

**(ii)** Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the Designated Location;

caused by or resulting from the "specified causes of loss" or collapse of a building as provided in Paragraph **D.** Additional Coverage - Collapse in the Petroleum Products Causes of Loss - Special Form.

**(b)** Power outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the Designated Location, due to conditions beyond your control.

**(2)** With respect to the coverage provided by this extension, property located on building(s) or in the open or in vehicles is considered to be Property Not Covered.

**(3)** Paragraph **A.6.,a.** Coverage Extensions Business Income and Extra Expense does not apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-15 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**(4)** Only the following Exclusions contained in paragraph **B.1.** of the Petroleum Products Causes of Loss - Special Form applicable to this Coverage Part apply to Spoilage Coverage:

   **a.** Earth Movement;

   **b.** Governmental Action;

   **c.** Nuclear Hazard;

   **d.** War And Military Action; and

   **e.** Water.

**(5)** The following Exclusions are added:

   We will not pay for loss or damage caused by or resulting from:

   **a.** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

   **b.** The deactivation of electrical power caused by the manipulation of any switch or other devise used to control the flow of electrical power or current.

   **c.** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

      **(i)** Lack of fuel; or

      **(ii)** Governmental order.

   **d.** The inability of a power source at the Designated Location to provide sufficient power due to lack of generating capacity to meet demand.

   **e.** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**(6)** We will determine the value of Covered Property as follows:

   **a.** For "perishable stock" you have sold but not delivered, at the selling price less discounts and expenses you otherwise would have had;

   **b.** For other "perishable stock", at actual cash value.

**(7)** The most we will pay for loss or damage under this Coverage Extension is $25,000 per loss occurrence.

Each of these Extensions is additional insurance.

**B. Exclusions**

See applicable Causes of Loss Form as shown in the Declarations.

**C. Limit of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs is $25,000 per sign (including footings) in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

   **1.** Fire Department Service Charge;

   **2.** Building Ordinance Or Law; and

   **3.** Electronic Data.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

Unless otherwise provided for in this policy, we will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations.

We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

   **1. Abandonment**

      There can be no abandonment of any property to us.

   **2. Appraisal**

      If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

      **a.** Pay its chosen appraiser; and

      **b.** Bear the other expenses of the appraisal and umpire equally.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-15 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In the Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the reasonable cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law or environmental regulation regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all the terms of this Coverage Part and:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions and Conditions. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a.** Description Of Terms

**(1)** As Used in this Vacancy Condition, the term building(s) and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building(s) means the unit or suite rented or leased to the tenant. Such building(s) is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building(s), building(s) means the entire building(s). Such building(s) is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub - lessee and used by the lessee or sub - lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Building(s) under construction or renovation are not considered vacant.

**b.** Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c. and d.** below.

**b.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**c.** Glass at the cost of replacement with safety glazing material if required by law.

**d.** Tenant's Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate values as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Mortgage Holders**

**a.** The term mortgage holder includes trustee.

**b.** We will pay for covered loss of or damage to building(s) or "structure(s)" to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building(s) or "structure(s)".

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

**2. Indemnity Agreement**

If we pay for loss or damage to comply with any special endorsement(s) required by laws or regulations, and such loss or damage would not be covered under the terms of the Coverage Form without such endorsement(s), you agree to pay us the full amount of such payments within 10 days after we notify you.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply.

**1. Replacement Cost**

When the Declarations show that Replacement Cost applies to a Designated Location, the following applies to that Designated Location:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-15 (01-16)     Policy Number: 9816872     Transaction Effective Date: 07-05-2019

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the **E. Loss Conditions, 7.** Valuation section of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Property of others, except:

    **a)** Leased personal property for which you have a contractual obligation to insure on a replacement cost basis;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac;

**(4)** Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value;

**(5)** "Stock";

**(6)** Personal property or equipment not maintained in good or workable condition; or

**(7)** Personal property or equipment that is outdated or obsolete and is stored or not being used.

**(8)** Any Covered Property not at a Designated Location.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2),** or **(3),** subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

    **(a)** Of comparable material and quality; and

    **(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building or structure is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building or structure had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance, law or environmental regulation regulating the construction, use, repair or replacement of any property.

**2. Terminal Access Card Coverage**

We agree to extend the coverage provided under Coverage Extension **i.** Terminal Access Card Coverage by the limits indicated in the Declarations.

**3. Surface Water Contamination of Gas and Oil Coverage**

We agree to extend the coverage provided under Coverage Extension **j.** Surface Water Contamination of Gas and Oil Coverage by the limits indicated in the Declarations.

**4. Erroneous Delivery**

We agree to extend the coverage provided under Coverage Extension **k.** Erroneous Delivery by the limits indicated in the Declarations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-15 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

5.     **Fuel Access Card Coverage**

We agree to extend the coverage provided under Coverage Extensions **s.** Fuel Access Card Coverage by the limits indicated in the Declarations.

6.  **Extension Of Replacement Cost To Personal Property Of Others**

   a.  If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **1.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

   b.  With respect to replacement cost on the personal property of others, the following limitation applies:

   If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

1.  "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

2.  "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents, or by-products produced or released by fungi.

3.  "Stock" means merchandise held in storage or for sale, raw materials in-process or finished goods, including supplies used in their packing or shipping.

4.  "Jobsite" means any premises, site or location which you do not own, lease, or regularly use on which you, or any contractors or subcontractors working directly or indirectly on your behalf, are performing contracting, servicing or repair operations.

5.  "Operations" means one or more of your revenue generating business activities or processes occurring at the Designated Location.

6.  "Period of Restoration" means the period of time that:

   a.  Begins:

      **(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the Designated Location; and

   b.  Ends on the earlier of:

      **(1)** The date when the property at the Designated Location should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      **(2)** The date when the business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of any ordinance, law or environmental regulation that:

      **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

      **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

7.  "Suspension" means:

   a.  The slowdown or cessation of your business activities; or

   b.  That a part or all of a Designated Location is rendered untenantable.

8.  "Electronic vandalism" means an unauthorized intrusion resulting in the willful or malicious destruction of "electronic data", content or instructions stored within the computer including threats made against you by an extortionist to do this damage.

9.  "Structure(s)" means any canopy, sign, fence or radio or television antenna (including satellite dishes) permanently installed at the Designated Location, but does not include any tanks, pumps, piping or related dispensing equipment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

10. "Perishable Stock" means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

11. "Terminal access card" means:

   **a.** An imprinted card;

   **b.** A key;

   **c.** An access number; or

   **d.** A locking device;

issued by someone other than you or at your direction and used to activate fuel dispensing equipment otherwise locked which is located away from a Designated Location. A "terminal access card" does not include a "fuel access card".

12. "Fuel access card" means:

   **a.** An imprinted card;

   **b.** A key;

   **c.** An access number; or

   **d.** A locking device;

issued by you or at your direction to any of your customers which is used to activate fuel dispensing equipment otherwise locked and which is located at a Designated Location or at a location authorized by the terms and conditions of the "fuel access card". A "fuel access card" does not include a "terminal access card".

13. "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   **a.** Aircraft or vehicles means only such loss or damage to Covered Property or property listed in the Coverage Extensions that is directly caused by actual physical contact of that Covered Property with aircraft or vehicles.

   **b.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      **(1)** The cost of filling sinkhole; or

      **(2)** Sinking or collapse of land into manmade underground cavities.

   **c.** Falling objects does not include loss or damage to:

      **(1)** Personal property in the open; or

      **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   **d.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the Designated Location and contains water or steam.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-15 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME - SPECIAL FORM - PREMIER SELECT ®

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations.

The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section D. - Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options as shown in the Declarations:

**a.** Business Income.

**b.** Business Income - "Rental Value" only.

If option **a.** above is selected, the term Business Income will include "Rental Value" if any. If option **b.** above is selected, the term Business Income will mean "Rental Value" only.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property except "vehicles" at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building your premises means:

**a.** The portion of the building which you rent, lease or occupy;

**b.** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**c.** Any area within the building or at the described premises if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property except "vehicles" caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

**c.** We will also pay any Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**d.** We do not cover under Extra Expense, the repair or replacement of any property that would have been payable under any other coverage afforded under this policy as a result of the exhaustion of the Limits of Insurance or sub-limits(s) applicable to such properties.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

3. **Covered Causes Of Loss, Exclusions And Limitations**

   See applicable Causes of Loss form as shown in the Declarations.

4. **Additional Limitation - Interruption Of Computer Operations**

   a. Coverage for Business Income does not apply when a "suspension" of your "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

   b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of your "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

   c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

   d. This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

5. **Additional Coverages**

   a. **Civil Authority**

      When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

      (1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged premises; and

      (2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

      Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage begins.

      Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

      (1) 4 consecutive weeks after the date of that action; or

      (2) When your Civil Authority Coverage for Business Income ends;

      whichever is later.

      Coverage under this Additional Coverage will end when access to the described premises is no longer prohibited.

   b. **Alterations And New Buildings**

      We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the

      described premises caused by or resulting from any Covered Cause of Loss to:

      (1) New buildings or structures, whether complete or under construction;

      (2) Alterations or additions to existing buildings or structures; and

      (3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

         (a) Used in the construction, alterations or additions; or

         (b) Incidental to the occupancy of new buildings.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)    Policy Number: 9816872    Transaction Effective Date: 07-05-2019

If such direct physical loss or damage delays the start of your "operations", the "period of restoration" for Business Income Coverage will begin on the date your "operations" would have begun if the direct physical loss or damage had not occurred.

**c.** **Extended Business Income**

**(1)** Business Income Other Than "Rental Value"

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and your "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 90 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or

damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)** "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d.** **Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of your "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage when the Additional Limitation - Interruption Of Computer operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations includes Collapse as set forth in that form.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-36 (01-16)　　　　Policy Number: 9816872　　　　Transaction Effective Date: 07-05-2019

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the lesser of:

**1.** The loss amount incurred during the "period of restoration"; or

**2.** The loss amount incurred for 12 consecutive months following the date of loss.

This shall not be limited by the expiration date of this policy.

Payments under the **5.** Additional Coverages **c.** Extended Business Income will not extend beyond 12 consecutive months following the date of loss.

The most we will pay for the actual loss of Business Income due to a partial suspension of your "operations" is the amount that would have been payable for the suspension of your entire "operation" during the "period of restoration".

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CP-F-36 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Loss**

   a. You must see that the following are done in the event of loss:

      (1) Notify the police if a law may have been broken.

      (2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

      (3) As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

      (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

      (5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

      (6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

      (7) Cooperate with us in the investigation or settlement of the claim.

      (8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

   b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. **Loss Determination**

   a. The amount of Business Income loss will be determined based on:

      (1) The Net Income of your "operations" before the direct physical loss or damage occurred;

      (2) The likely Net Income (Net Profit or Loss before income taxes) of your "operations" that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

      (3) The operating expenses, including payroll expenses, necessary to resume your "operations" with the same quality of service that existed just before the direct physical loss or damage; and

      (4) Other relevant sources of information, including:

         (a) Your financial records and accounting procedures;

         (b) Bills, invoices and other vouchers; and

         (c) Deeds, liens or contracts.

   b. The amount of Extra Expense will be determined based on:

      (1) All expenses that exceed the normal operating expenses that would have been incurred by your "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

         (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c.** Resumption Of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume your "operations", or do not resume your "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume your "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**5. Other Insurance Within This Policy**

For loss or damage caused by windstorm, any Business Income and Extra Expense coverage provided by another form or endorsement attached to this policy shall apply first and prior to any coverage provided under this form.

**D. Definitions**

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** One or more of your revenue generating activities or processes occurring at your described premises.

**b.** The tenantability of the described premises if coverage for Business Income includes loss of rents or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance, law or environmental regulation that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

Page 6 of 7

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. **"Suspension"** means:

   **a.** The partial slowdown or complete cessation of your business activities; or

   **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

7. **"Vehicles"** means:

   **a.** A land motor vehicle, trailer or semi-trailer designed principally for travel on public roads; and

   **b.** Held for sale,

   but does not include mobile equipment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP-F-36 (01-16)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## PETROLEUM PRODUCTS CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section G. - Definitions.
For those words not defined in Section G. - Definitions, refer to the applicable Coverage Form.

**A. Covered Causes Of Loss**

Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section **B.**, **Exclusions**; or
2. Limited in Section **C.**, **Limitations**; that follow.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Earth Movement**

   **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **a.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   **(a)** Airborne volcanic blast or airborne shock waves;

   **(b)** Ash, dust or particulate matter; or

   **(c)** Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the Covered Location.

   **b. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

   **c. Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination, however caused.

   But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

   **d. Utility Services**

   The failure of power, communication, water or other utility service supplied to the Covered Location, however caused, if the failure:

   **(1)** Originates away from the Covered Location; or

   **(2)** Originates at the Covered Location, but only if such failure involves equipment used to supply the utility service to the Covered Location from a source away from the Covered Location.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CP-F-16 (07-11)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**e.** **War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**f.** **Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces, underground tanks, underground piping, or other underground property;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in **f.(1)**, **f.(3)** or **f.(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in **f.(1)** through **f.(5)**, is caused by an act of nature or is otherwise caused. An example of a situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, as described in **f.(1)** through **f.(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**g.** **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

**h.** **Ordinance or Law**

The enforcement of any ordinance, law or environmental regulation:

**(1)** Regulating the construction, use or repair of any property;

**(2)** Requiring the tearing down of any property, including the cost of removing its debris; or

**(3)** Regulating the removal or disposal of debris of any property.

This exclusion, Ordinance or Law, applies whether the loss results from:

**(1)** An ordinance, law or environmental regulation that is enforced even if the property has not been damaged; or

Includes copyrighted material of Insurance Office Services, Inc. with its permission.

CP-F-16 (07-11)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**(2)** The increased cost incurred to comply with an ordinance, law or environmental regulation in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

This exclusion does not apply to the extent that coverage is provided in the Additional Coverage **5.e.** Building Ordinance Or Law in the Petroleum Products Coverage Form.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use or loss of market.

**b.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**c.** **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision;

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.c.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**d.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**f.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**g.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**h.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**i.** Rain, snow, ice or sleet to personal property in the open.

Includes copyrighted material of Insurance Office Services, Inc. with its permission.

CP-F-16 (07-11)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**j.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the Designated Location, we will pay for loss or damage caused by that Covered Cause of Loss.

This exclusion, **j.**, does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage - Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**k.** Actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

However, we will pay for:

**(1)** Direct physical loss of or damage to Covered Property at Designated Locations resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants", if the discharge, dispersal, seepage, migration, release or escape of "pollutants" is itself caused by a "specified cause of loss"; or

**(2)** Direct physical loss of or damage to Covered Property at Designated Locations caused by a "specified cause of loss" resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants".

This exclusion does not apply to:

**(a)** Coverage Extension **6.k.** Erroneous Delivery.

**(b)** Damage to glass caused by chemicals applied to the glass.

**l.** Any request, demand or order that any Insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**m.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**n.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**o.** Loss of property arising from the unauthorized use of a credit, debit or similar card including access or account numbers.

**3.** We will not pay for loss or damage caused by any of the following. But if an excluded cause of loss results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

Includes copyrighted material of Insurance Office Services, Inc. with its permission.

CP-F-16 (07-11)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the Covered Location.

**4.    Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a.    Business Income and/or Extra Expense Coverage Forms and Coverage Extension 6.a. Business Income and Extra Expense**

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase in the amount of a loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

**b.    Legal Liability Coverage Form**

(1) The following Exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.b.**, Governmental Action;

(b) Paragraph **B.1.c.**, Nuclear Hazard;

(c) Paragraph **B.1.d.**, Utility Services; and

(d) Paragraph **B.1.e.**, War and Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5.    Additional Exclusion**

The following provisions apply only to the specified property.

LOSS OR DAMAGE TO PRODUCTS

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any state of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Includes copyrighted material of Insurance Office Services, Inc. with its permission.

CP-F-16 (07-11)        Policy Number: 9816872        Transaction Effective Date: 07-05-2019

Insured Copy

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

    a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

        (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

    d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

        However, this limitation does not apply to:

        (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

        (2) Business Income Coverage or Extra Expense Coverage.

    e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

    f. Property that has been transferred to a person or to a place outside the Covered Location on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

    a. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken.

        This restriction does not apply to:

        (1) Glass; or

        (2) Containers of property held for sale.

    b. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

        However, this limitation does not apply:

        (1) While the property is located on or within 1,000 feet of a Designated Location, unless the location is insured under the Builders Risk Coverage Form; or

        (2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, a. through d. below is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

    a. $2,500 for furs, fur garments and garments trimmed with fur.

    b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

    c. $2,500 for patterns, dies, molds and forms.

    d. $250 for stamps, prepaid phone cards, tickets, including lottery tickets held for sale, and letters of credit.

    These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Location.

    This limitation C.3. does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

Includes copyrighted material of Insurance Office Services, Inc. with its permission.

CP-F-16 (07-11)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.9.** below.

**1.** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(i)** A cause of loss listed in **2.a.** or **2.b.;**

**(ii)** One or more of the "specified causes of loss";

**(iii)** Breakage of building glass;

**(iv)** Weight of people or personal property; or

**(v)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage - Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures, including signs;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls;

**i.** Walks, roadways and other paved surfaces; and

**j.** Tanks, pumps, piping or related dispensing equipment;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d** above;

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.** above, regardless of whether that kind of property is considered to be personal property or real property.

Includes copyrighted material of Insurance Office Services, Inc. with its permission.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage - Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage - Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term building as used in this Additional Coverage - Collapse includes canopy.

9. The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.8.**

E. **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   a. A "specified cause of loss" other than fire or lightning; or

   b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria at a Designated Location. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense coverage applies to the Designated Location and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage form.

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

Includes copyrighted material of Insurance Office Services, Inc. with its permission.

   b.  If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.  Additional Coverage Extensions**

  **1.  Pollutant Cleanup and Removal**

We will pay your expense to extract "pollutants" from land or water resulting from a discharge, dispersal, seepage, migration, release or escape of the "pollutants" at or from a Designated Location or "qualified above ground tank" if caused by or results from "Specified Causes of Loss" that occurs during the policy period. The expense(s) will be paid only if they are reported to us in writing within 180 days of the date on which the "Specified Cause of Loss" occurs.

This Additional Coverage Extension does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage Extension for each Designated Location or "qualified above ground tank" is $25,000 for the sum of all covered expenses arising out of "Specified Causes of Loss" occurring during each separate 12 month period of this policy.

This Coverage Extension is additional insurance.

  **2.  Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

  **3.  Glass**

   a.  We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   b.  We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension does not increase the Limit of Insurance.

**G.  Definitions**

  **1.  **"Qualified above ground tank" means an above ground tank owned by the insured which is leased or loaned to another party for storage of a liquid product not held for resale to others at a location not owned, leased or rented by the insured.

Includes copyrighted material of Insurance Office Services, Inc. with its permission.

CP-F-16 (07-11)      Policy Number: 9816872      Transaction Effective Date: 07-05-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## PETROLEUM PRODUCTS CAUSES OF LOSS - SYSTEMS BREAKDOWN

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

**A. Covered Causes Of Loss**

When Systems Breakdown is shown in the Declarations, we will pay for direct physical damage to Covered Property at a Covered Location that is the direct result of an "accident".

All exclusions in the Petroleum Products Causes of Loss - Special Form apply except as modified in **B.** and **C.** below.

**B. Exclusions**

The following exclusions are added as respects this form:

**1.** We will not pay for loss, damage or expense caused by or resulting from:

  **a.** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

  **b.** Any of the following:

    **(1)** Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind, except as provided in Additional Coverage Extensions **D.4.**; or

    **(2)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

  However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**2.** With respect to Service Interruption, we will not pay for an "accident" caused by:

  **a.** Fire;

  **b.** Lightning;

  **c.** Windstorm or hail;

  **d.** Explosion (except as specifically provided in Definitions **1.c.**);

  **e.** Smoke;

  **f.** Aircraft or vehicles;

  **g.** Riot or civil commotion;

  **h.** Vandalism;

  **i.** Sprinkler leakage;

  **j.** Falling objects;

  **k.** Weight of snow, ice or sleet;

  **l.** Freezing;

  **m.** Collapse;

  **n.** Flood, or

  **o.** Earth Movement.

**3.** With respect to Business Income, Extra Expense and Service Interruption coverages, we will not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

**4.** We will not pay for an "accident" caused by or resulting from water that backs up or overflows from a sewer, drain or sump.

**C. Coverage Extensions**

**1.** The following **Exclusions** and **Limitations** in the Petroleum Products Causes of Loss - Special Form do not apply to coverage under this endorsement:

  **a.** Exclusion **B.2.c.(6),** Mechanical breakdown;

  **b.** Exclusion **B.2.d.,** Explosion of steam boilers**,** steam pipes, steam engines or steam turbines;

  **c.** Exclusion **B.2.m,** Artificially generated electrical current;

  **d.** Limitation **C.1.a.,** Steam boilers, steam pipes, steam engines or steam turbines; and

  **e.** Limitation **C.1.b.,** Hot water boilers or other water heating equipment.

All other exclusions and limitations continue to apply.

**2.** The following exclusions in the Petroleum Products Causes of Loss - Special Form are modified:

  **a.** The following is added to Exclusion **B.1.f.:**

  However, if electrical "covered equipment" requires drying out because of Water as described in **f.(1)** through **f.(3)** above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible.

Page 1 of 4

Includes copyrighted material of Insurance Services, Inc. with its permission.

Insured Copy

**b.** As respects this form only, the last paragraph of Exclusion **B.2.c.** is deleted and replaced with following:

But if an excluded cause of loss that is listed in **2.c.(1)** through **(7)** results in an "accident", we will pay for the loss, damage or expense caused by that "accident".

**D. Additional Coverage Extensions**

The following Additional Coverage Extensions apply to the direct result of an "accident". Payments under the following Additional Coverage Extensions are part of, not in addition to, the applicable Limit of Insurance shown in the Declarations.

**1. Expediting Expenses**

With respect to your damaged Covered Property we will pay the reasonable extra cost to:

**a.** Make temporary repairs; and

**b.** Expedite permanent repairs or permanent replacement.

The most we will pay for loss, damage or expense under this Extension is $50,000 per "accident".

**2. Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **3.a.(2)** below. As used in this coverage, additional cost means those beyond what would have been payable under this form had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 per "accident".

**3. Perishable Goods**

**a.** We will pay:

**(1)** For physical damage to "perishable goods" due to spoilage;

**(2)** For physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

**(3)** Any necessary expenses you incur to reduce the amount of loss under this Extension to the extent that they do not exceed the amount of loss that otherwise would have been payable under this Extension.

**b.** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this Extension is $50,000 per "accident".

**4. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data" as a result of an "accident".

The most we will pay for loss or expense under this Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 per accident.

**5. Service Interruption**

**a.** Any insurance provided for:

**(1)** Business Income;

**(2)** Extra Expense; or

**(3)** Perishable Goods

is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services:

**(1)** Electrical power;

**(2)** Waste disposal;

**(3)** Air conditioning;

**(4)** Refrigeration;

**(5)** Heating;

**(6)** Natural gas;

**(7)** Compressed air;

**(8)** Water;

**(9)** Steam;

**(10)** Internet access;

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-96 (07-10)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**(11)** Telecommunications services;

**(12)** Wide area networks; or

**(13)** Data transmission.

The equipment must meet the definition of "covered equipment", except that it is not Covered Property.

**b.** For Business Income, unless modified elsewhere, coverage begins 72 hours after the time of the "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier and ends at the time when service is restored.

**c.** The most we will pay in any "one accident" for loss, damage or expense under this Extension is the applicable limit for Business Income, Extra Expense or Perishable Goods.

**6. Business Income and Extra Expense**

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense.

**E. Conditions**

The following conditions are in addition to the Conditions in the Petroleum Products Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

**1. Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**a.** Your last known address; or

**b.** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**2. Jurisdictional Inspections**

If any property that is "covered equipment" under this form requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**F. Definitions**

The following definitions are added:

**1.** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**a.** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**b.** Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

**c.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**2.** "Covered equipment"

**a.** "Covered equipment" means Covered Property:

**(1)** That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**(2)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

**b.** None of the following is "covered equipment":

**(1)** Structure, foundation, cabinet, compartment or air supported structure or building;

**(2)** Insulating or refractory material;

Page 3 of 4

Includes copyrighted material of Insurance Services, Inc. with its permission.

Insured Copy

(3) Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

(4) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(5) "Vehicle" or any equipment mounted on a "vehicle";

(6) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(7) Dragline, excavation or construction equipment; or

(8) Equipment manufactured by you for sale.

3. "Data" means information or instructions stored in digital code capable of being processed by machinery.

4. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

5. "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

6. "One accident" means: If an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

7. "Perishable goods" means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

8. "Vehicle" means, as respects this form only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a Covered Location and that receives electrical power from an external power source will not be considered a "vehicle".

The most we will pay for loss, damage or expense under this form arising from any "one accident" is the applicable Limit of Insurance in the Declarations. Coverage provided under this form does not provide an additional amount of insurance.

Includes copyrighted material of Insurance Services, Inc. with its permission.

CP-F-96 (07-10)                    Policy Number: 9816872                    Transaction Effective Date: 07-05-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE - PETROLEUM

This endorsement modifies insurance provided under the following:

PETROLEUM PRODUCTS COVERAGE FORM

**SCHEDULE\***

| Premises No. | Bldg. No. | Windstorm or Hail Deductible Percentage |
|---|---|---|
| 6 | | 2% |
| 9 | | 2% |

The Windstorm or Hail Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by Windstorm or Hail and therefore part of the Windstorm or Hail occurrence.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail, however, in any one occurrence of windstorm or hail, the total deductible for all covered windstorm or hail losses will not be less than the Property Coverage Part deductible as shown in the Declarations. As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building, Coverage Extensions or Additional Coverages) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations or applicable Coverage Form.

**WINDSTORM OR HAIL DEDUCTIBLE CLAUSE**

**A.** All Policies

**1.** A Deductible is calculated separately for, and applies separately to:

**a.** All buildings and canopies at a Covered Location;

**b.** All personal property at a Covered Location including but not limited to tanks, pumps, piping, liquid "stock" and other "stock";

**c.** Other property at a Covered Location specifically shown as a Subject of Insurance in the Declarations or for which a separate limit of insurance is applicable;

**d.** Additional Coverages, if a separate limit of insurance is applicable;

**e.** Coverage Extensions, if a separate limit of insurance is applicable.

**2.** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition - Need for Adequate Insurance or Additional Condition - Need for Full Reports.

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

CP-F-122 (07-10)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

3. When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises.

4. When loss or damage is covered under any other Coverage Extension or for any Additional Coverage for which a separate limit of insurance is applicable: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the Limit of Insurance applicable to each Coverage Extension or Additional Coverage.

In the event there is loss or damage to such property at a premise not shown in the Schedule, the highest percentage shown in the Schedule shall apply.

**B.** Calculation of the Deductible - Specific Insurance Other than Builders Risk (including Coverage Extensions and Additional Coverages)

1. Property Not Subject to Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the Windstorm or Hail Deductible Percentage shown in the Schedule multiplied by the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

2. Property Subject to Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the Windstorm or Hail Deductible Percentage shown in the Schedule multiplied by the value(s) of the property that has sustained loss or damage. The value(s) to be used are the latest value(s) shown in the most recent Report of Values on file with us.

However:

a. If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**C.** Calculation of the Deductible - Blanket Insurance Other than Builders Risk

1. Property Not Subject to Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the Windstorm or Hail Deductible Percentage shown in the Schedule multiplied by the value(s), as shown in the most recent Statement of Values on file with us, applicable to the property that has sustained loss or damage.

2. Property Subject to Value Reporting Forms

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to the Windstorm or Hail Deductible Percentage shown in the Schedule multiplied by the value(s) of that property as of the time of loss or damage.

**D.** Calculation of the Deductible - Builders Risk Insurance

1. Builders Risk Other than Reporting Form

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to the Windstorm or Hail Deductible Percentage shown in the Schedule multiplied by the actual cash value(s) of that property as of the time of loss or damage.

2. Builders Risk Reporting Form

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the Windstorm or Hail Deductible Percentage shown in the Schedule multiplied by the value(s) of the property that has sustained loss or damage. The value(s) to be used are the actual cash value(s) shown in the most recent Report of Values on file with us.

However:

a. If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

CP-F-122 (07-10)        Policy Number: 9816872        Transaction Effective Date: 07-05-2019

## EXAMPLES - APPLICATION OF DEDUCTIBLE:

### Example #1 - Specific Insurance (B.1.)

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

### Building

Step **(1)**: $80,000 X 2% = $1,600
Step **(2)**: $60,000 - $1,600 = $58,400

### Business Personal Property

Step **(1)**: $64,000 X 2% = $1,280
Step **(2)**: $40,000 - $1,280 = $38,720

The most we will pay is $97,120. That portion of the total loss not covered due to application of the Deductible is $2,880.

### Example #2 - Specific Insurance (B.1.)

The amounts of loss to the damaged property are $60,000 (building), $40,000 (business personal property in building), $100,000 (business income) and $10,000 (debris removal).

The **actual** Limits of Insurance on the damaged property are $80,000 on the building, $64,000 on the business personal property, $10,000 on business income and $25,000 on debris removal.

The Deductible is 2%.

### Building

Step **(1)**: $80,000 X 2% = $1,600
Step **(2)**: $60,000 - $1,600 = $58,400

### Business Personal Property

Step **(1)**: $64,000 X 2% = $1,280
Step **(2)**: $40,000 - $1,280 = $38,720

### Coverage Extension - Business Income

Step **(1)**: $10,000 X 2% = $200
Step **(2)**: $100,000 - $200 = $99,800

Since loss less deductible exceeds limit, the $10,000 limit will apply.

### Additional Coverage - Debris Removal

Step **(1)**: $25,000 X 2% = $500.
Step **(2)**: $10,000 - $500 = $9,500

The most we will pay is $116,620 ($58,400 + $38,720 + $10,000 + $9,500). The portion of the total loss that is not covered due to the application of the Deductible is $3,380 ($1,600 + $1,280 + $0 + $500).

### Example #3 - Blanket Insurance (C.1.)

A petroleum products bulk plant location has total building and canopy values of $500,000 as shown in the most recent Statement of Values on file with us.

The total Blanket Limit of Insurance for this bulk plant location including tanks, pumps, piping and stock in addition to the building and canopy values is $1,500,000. Coinsurance has been deleted, therefore no Coinsurance penalty.

A building has sustained wind damage of $100,000. The Deductible is 2%.

### Building/Canopy

Step **(1)**: $500,000 X 2% = $10,000
Step **(2)**: $100,000 - $10,000 = $90,000

The most we will pay is $90,000. The remainder of the building loss, $10,000, is not covered due to the application of the Deductible.

### Example #4 - Blanket Insurance (C.1)

A petroleum products convenience store has total building and canopy values of $250,000 as shown in the most recent Statement of Values on file with us.

The total Blanket Limit of Insurance for this convenience store location including tanks, pumps, piping and stock in addition to the building and canopy values is $500,000. Coinsurance has been deleted, therefore no Coinsurance penalty.

A canopy has sustained wind damage of $25,000. The Deductible is 5%.

### Building/Canopy

Step **(1)**: $250,000 X 5% = $12,500
Step **(2)**: $25,000 - $12,500 = $12,500

The most we will pay is $12,500. The remainder of the canopy loss, $12,500, is not covered due to the application of the Deductible.

### Example #5 - Blanket Insurance (C.1)

A petroleum products convenience store has total building and canopy values of $200,000 and business personal property values of $100,000, as shown in the most recent Statement of Values on file with us. The total Blanket Limit of Insurance for this location is $300,000. Coinsurance has been deleted, therefore no Coinsurance penalty.

There are also Limits of Insurance of $10,000 on business income and $25,000 on debris removal.

The amounts of loss to the damaged property are $80,000 (building), $40,000 (business personal property), $10,000 (business income) and $10,000 (debris removal).

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

CP-F-122 (07-10)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

The deductible is 5%.

**Building/Canopy**

Step **(1):** $200,000 X 5% = $10,000
Step **(2):** $80,000 - $10,000 = $70,000

**Business Personal Property**

Step **(1):** $100,000 X 5% = $5,000
Step **(2):** $40,000 - $5,000 = $35,000

**Coverage Extension - Business Income**

Step **(1):** $10,000 X 5% = $500
Step **(2):** $10,000 - $500 = $9,500

**Additional Coverage - Debris Removal**

Step **(1):** $25,000 X 5% = $1,250
Step **(2):** $10,000 - $1,250 = $8,750

The most that will be paid is $123,250. The remainder of the loss $16,750 is not covered due to the application of the deductible.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

CP-F-122 (07-10)                Policy Number: 9816872                Transaction Effective Date: 07-05-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

# STATEMENT OF VALUES - BLANKET INSURANCE
# (PETROLEUM PRODUCTS COVERAGE FORM)

| Location or Premises Number | Building Number | Building/Canopy Value | Personal Property Value |
|---|---|---|---|
| 6 | 1 | $0 | $125,000 |
| 9 | 1 | $0 | $80,000 |

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

   **a.** During the policy period shown in the Declarations; and

   **b.** Within the coverage territory.

**2.** The coverage territory is:

   **a.** The United States of America (including its territories and possessions);

   **b.** Puerto Rico; and

   **c.** Canada.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**I.  TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing.

1.  Prior to a loss to your Covered Property or Covered Income.

2.  After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a.  someone insured by this insurance;

   b.  A business firm:

      (1)  Owned or controlled by you; or

      (2)  that owns or controls you; or

   c.  Your tenant.

This will not restrict your insurance.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME - WINDSTORM AMENDMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

    BUSINESS INCOME SPECIAL FORM
    BUSINESS INCOME COVERAGE FORM (NO COINSURANCE FORM)
    BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
    BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
    EXTRA EXPENSE COVERAGE FORM

For loss or damage caused by windstorm, we will reduce the amount of loss that we would otherwise pay under this form by 25%.

All other provisions of the form continue to apply.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CP-F-125 (06-05)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PETROLEUM PRODUCTS - FUNCTIONAL BUILDING VALUATION

This endorsement modifies insurance provided under the following:

PETROLEUM PRODUCTS COVERAGE FORM

If shown in the Declarations, the following coverage applies separately to each Designated Location:

If is agreed that **G. Optional Coverages 1. Replacement Cost** does not apply to buildings at the Designated Location. **G. Optional Coverages 1. Replacement Cost** continues to apply for all covered property other than buildings.

**A.** With respect to building(s), the following replaces Item **a.** of the **Valuation** Loss Condition:

1. If you contract for repair or replacement of the loss or damage to restore the building(s) for the same occupancy and use, within 180 days of the damage unless we and you otherwise agree, we will pay the smallest of the following, **a., b., c.,** or **d.:**

    **a.** The Limit of Insurance as applicable to the damaged building(s);

    **b.** In the event of a total loss, the cost to replace the damaged building(s) on the same site (or on a different site if relocation is required by an ordinance or law as described in Paragraph **C.2.a.** below), with a less costly building(s) that is functionally equivalent to the damaged building(s).

    **c.** In the event of partial loss:

    **(1)** The cost to repair or replace the damaged portion of the building(s) with less costly material, if available, in the architectural style that existed before the loss or damage occurred; and

    **(2)** The amount you actually spend to demolish and clear the site of undamaged parts of the building(s) as described in Paragraph **C.2.b.** below.

    **d.** The amount you actually spend:

    **(1)** That is necessary to repair or replace the lost or damaged building(s) with less costly material if available; and

    **(2)** To demolish and clear the site of undamaged parts of the building(s) as described in Paragraph **C.2.b.** below.

2. If you do not make a claim under Paragraph **1.** above, we will pay the smallest of the following, **a., b.** or **c.:**

    **a.** The Limit of Insurance as applicable to the damaged building(s);

    **b.** The "market value" of the damaged building(s), exclusive of the land value, at the time of loss; or

    **c.** The amount it would cost to repair or replace the damaged building(s) on the same site, with less costly material in the architectural style that existed before the damage occurred, less allowance for physical deterioration and depreciation.

**B.** Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Petroleum Products - Functional Building Valuation insurance. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Petroleum Products - Functional Building Valuation insurance bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in **1.** above, our insurance is excess. But we will not pay more than the applicable Limit of Insurance.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

CP-F-131 (07-10)                Policy Number: 9816872                Transaction Effective Date: 07-05-2019

Insured Copy

**C.  Ordinance Or Law Coverage**

**1.  Application Of Coverage**

The Ordinance Or Law Coverage provided under this endorsement applies to building(s) only if both **C.1.a.** and **C.1.b.** are satisfied and are then subject to the qualifications set forth in **C.1.c.**

**a.**  The ordinance or law:

**(1)**  Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the Designated Location; and

**(2)**  Is in force at the time of loss.

But Ordinance Or Law Coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

**b.  (1)**  The building(s) sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

**(2)**  The building(s) sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building(s) damage in its entirety results in enforcement of the ordinance or law.

**(3)**  But if the building(s) sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no Ordinance Or Law Coverage under this endorsement even if the building(s) has also sustained covered direct physical damage.

**c.**  In the situation described in **C.1.b.(2)** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B** and/or **C** of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage alone would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B** and/or **C** of this endorsement.

**2.  Description Of Coverage**

The following coverage(s) apply to building(s) subject to Paragraph **A.** and all other provisions of this endorsement.

This is not additional insurance; losses covered under Coverages **A**, **B** and **C** are included within the Limit of Insurance applicable to the building.

**a.  Coverage A - Coverage For Loss To The Undamaged Portion Of The Building(s)**

With respect to the building(s) that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building(s) as a consequence of enforcement of any ordinance or law that requires the demolition of undamaged parts of the same building(s).

**b.  Coverage B - Demolition Cost Coverage**

With respect to the building(s) that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building(s), as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

**c.  Coverage C - Cost To Reconstruct In Compliance With An Ordinance Or Law**

With respect to the building(s) that has sustained covered direct physical damage, the cost to repair, reconstruct or remodel the damaged and/or undamaged portions of the building(s) (whether or not demolition is required) will include costs that are a consequence of enforcement of the minimum requirements of the ordinance or law. If the building(s) is repaired or rebuilt, it must be intended for similar occupancy as the current building, unless otherwise required by zoning or land use ordinance or law.

However, we will not pay for the cost to reconstruct in compliance with an ordinance or law if the building(s) is not repaired or replaced.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

CP-F-131 (07-10)                Policy Number: 9816872                Transaction Effective Date: 07-05-2019

Insured Copy

3. We will not pay under this endorsement for:

    a. Enforcement of any ordinance or law or environmental regulation which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

    b. The costs associated with the enforcement of any ordinance or law or environmental regulation which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

4. Under this endorsement we will not pay for loss due to any ordinance or law that:

    a. You were required to comply with before the loss, even if the building was undamaged; and

    b. You failed to comply with.

D. The following definition is added:

"Market value", as used in this endorsement, means the price which the property might be expected to realize if offered for sale in a fair market.

Includes copyrighted material of Insurance Services Offices, Inc. with its permission.

CP-F-131 (07-10)    Policy Number: 9816872    Transaction Effective Date: 07-05-2019

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DISASTER DEDUCTIBLE EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART

The Deductible applicable to any one occurrence is shown below:

    Deductible                              $5,000

Regardless of the amount of the deductible in the above listed coverage parts the most we will deduct from any loss or damage in any one occurrence is the deductible amount indicated above.

This extension does not apply to:
1. Earthquake insurance.
2. Mine Subsidence coverage.
3. Business Computer Extension Endorsement.
4. Commercial Crime Coverage Form Insuring Agreements:
   Employee Theft (Blanket)
   Forgery or Alteration
   Employee Theft - Name or Position Schedule
5. Causes of Loss - Systems Breakdown Endorsement.
6. Loss or damage subject to the Windstorm or Hail Percentage Deductible Endorsement.
7. Cyber Coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## POLLUTANT CLEANUP & REMOVAL

This endorsement modifies insurance provided under the following:

PETROLEUM PRODUCTS CAUSES OF LOSS - SPECIAL FORM

**F.**  **Additional Coverage Extensions** is deleted and replaced with the following:

**Pollutant Cleanup and Removal**

We will pay your expense to extract "pollutants" from land or water resulting from a discharge, dispersal, seepage, migration, release or escape of the "pollutants" at or from a Designated Location or "qualified above ground tank" if caused by or results from "Specified Causes of Loss" that occurs during the policy period. The expense(s) will be paid only if they are reported to us in writing within 180 days of the date on which the "Specified Cause of Loss" occurs.

This Additional Coverage Extension does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage Extension for each Designated Location or "qualified above ground tank" is $ _____ **$250,000** _____ for the sum of all covered expenses arising out of "Specified Causes of Loss" occurring during each separate 12 month period of this policy. This coverage extension is additional insurance.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**COMMERCIAL PROPERTY**
CP 01 09 10 00

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MASSACHUSETTS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** If loss or damage is caused by fire or lightning, the **Vacancy** Loss Condition is replaced by the following:

**VACANCY OR UNOCCUPANCY**

If the building where loss or damage occurs, whether intended for occupancy by owner or tenant, has been vacant or unoccupied for more than:

**1.** 60 consecutive days for residential premises of 3 units or less; or

**2.** 30 consecutive days for all other premises;

immediately before that loss or damage, we will not pay for the loss or damage.

A building is vacant when it does not contain enough business personal property to conduct customary operations.

**C.** The **Mortgageholders** Additional Condition is replaced by the following:

We will pay for covered loss of or damage to real estate to each mortgageholder shown in the Declarations, or in an attached schedule, in the order of precedence, as interests may appear.

**D.** Paragraph **3.d.** of the **Replacement Cost** Optional Coverage is replaced by the following:

   **d.** We will not pay on a replacement cost basis for any loss or damage:

     **(1)** Until the lost or damaged property is actually repaired or replaced:

       **(a)** On the described premises; or

       **(b)** At some other location in the Commonwealth of Massachusetts; and

     **(2)** Unless the repairs or replacement are made within a reasonable time, but no more than 2 years after the loss or damage.

With respect to tenants' improvements and betterments, if covered, the following also apply:

   **(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of the applicable Coverage Form; and

   **(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**E.** The following provisions are added:

**1.** In spite of any provision of any general or special law:

   **a.** We will not pay for loss or damage to real property caused by any Covered Cause of Loss if the amount of loss is $5,000 or more unless you first submit to us a certificate of municipal liens from the collector of taxes of the city or town where the property is located.

   **b.** We will pay to the city or town any amount outstanding on the certificate of municipal liens arising from the provisions of Massachusetts General Law Chapters 40, 59, 60, 80, 83, and 164, Sections 58B through 58F.

   The payment will not exceed the amount of loss payable under this Coverage Part. We will send you and the mortgageholder proof of our payment to the city or town.

   **c.** The claim of the city or town will have priority over the claim of any mortgageholder, assignee, you or any other interested party, except where otherwise provided by the laws of the United States.

          Copyright, Insurance Services Office, Inc., 1999

Insured Copy

    **d.** We will not be liable to any city, town, mortagageholder, assignee, you or any other interested party for:

      **(1)** Amounts paid to a city or town; or

      **(2)** Amounts not paid to a city or town based upon a certificate showing that no municipal liens exist.

    **e.** Paragraphs **1.a**, **1.b.**, **1.c.**, and **1.d.** above will not apply to any owner-occupied one-to four-family dwelling if the owner of the dwelling lived there when the claim for loss or damage arose.

**2.** We will not pay any claim for:

    **a.** Loss, damage or destruction of $1,000 or more to a building or structure; or

    **b.** Loss, damage or destruction, of any amount, that causes a building or structure to become:

      **(1)** Dangerous to life or limb; or

      **(2)** Unused, uninhabited or abandoned and open to the weather;

    as provided under Massachusetts General Law, Section 6 of Chapter 143;

    without giving at least 10 days' written notice before such payment to:

    **c.** The Building Commissioner or the appointed Inspector of Buildings; and

    **d.** The Board of Health or the Board of Selectmen of the city or town where the property is located.

**3.** If at any time before our payment, the city or town notifies us by certified mail of its intent to begin proceedings designed to perfect a lien under Massachusetts General Law:

    **a.** Chapter 143, Section 3A or 9; or

    **b.** Chapter 111, Section 127B;

    we will not pay while the proceedings are pending. The proceedings must be started within 30 days after we receive the notice.

Any lien perfected under the Massachusetts General Laws referred to in **3.a.** and **3.b.** above will extend to the city or town and may be enforced by it against the proceeds of this policy.

**4.** We will not be liable to any city, town, mortgageholder, assignee, you or any other interested party for:

    **a.** Amounts paid to a city or town; or

    **b.** Amounts not paid to a city or town;

    under Provisions **2.** and **3.** above.

**F.** The following condition is added and supersedes any provisions to the contrary:

**NONRENEWAL**

This provision applies to coverage on real property which is used predominantly for residential purposes and consists of not more than four dwelling units, and to coverage on personal property of a person residing in such real property:

**1.** Ordinarily we will renew this policy automatically and send you the renewal notice. Our notice will explain what you should do if you do not want to continue this policy.

**2.** We may elect not to renew this policy. We may do so by delivering to you or mailing to you at your last mailing address shown in the Declarations, written notice of nonrenewal, accompanied by the specific reasons for nonrenewal, at least 45 days before the expiration date of this policy. However, if your policy was executed on behalf of us, in whole or in part, by or on behalf of your insurance agent or our insurance broker, we will send such written notice only to the agent or broker. Every insurance agent or broker receiving this notice is required to, within 15 days of its receipt, send a copy to you, unless the agent or broker has replaced the insurance.

     Copyright, Insurance Services Office, Inc., 1999      CP 01 09 10 00

Insured Copy

**G.**  The following is added:

**STANDARD FIRE POLICY PROVISIONS**

Your policy contains Legal Action Against Us, Appraisal and Cancellation Provisions. Massachusetts law requires that the Suit, Appraisal and Cancellation Provisions of the Massachusetts Standard Fire Policy supersede any similar provisions contained in your policy. Therefore, all Legal Action Against Us, Appraisal and Cancellation Provisions contained in your policy are void. The Suit, Appraisal and Cancellation Provisions of the Massachusetts Standard Fire Policy shall apply instead.

In consideration of the Provisions and Stipulations Herein or Added Hereto and of the Premium Specified in the Declarations, this company, for the term of years specified in the Declarations from inception date (At 12:01 A.M. Standard Time) to expiration date (At 12:01 A.M. Standard Time) at location of property involved, to an amount not exceeding the amount(s) specified in the Declarations, does insure the Insured named in the Declarations and legal representatives, to the extent of the actual cash value of the property a the time of loss, but in no event for more than the interest of the insured, against all Loss By Fire, Lightning And By Removal From Premises Endangered By The Perils Insured Against In This Policy, Except As Hereinafter Provided, to the property described in the Declarations while located or contained as described in this policy or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.

Assignment of this policy shall not be valid except with the written consent of this Company.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

| | |
|---|---|
| **Concealment Fraud** | This entire policy shall be void if, whether before or after a loss, the insured has willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto. |
| **Uninsurable And Excepted Property** | This policy shall not cover accounts, bills, currency, deeds, evidences of debt, money or securities; nor, unless specifically named hereon in writing, bullion or manuscripts. |
| **Perils Not Included** | This Company shall not be liable for loss by fire or other perils insured against in this policy caused, directly or indirectly, by **(a)** enemy attack by armed forces, including action taken by military, naval or air forces in resisting an actual or an immediately impending enemy attack; **(b)** invasion; **(c)** insurrection; **(d)** rebellion; **(e)** revolution; **(f)** civil war; **(g)** usurped power; **(h)** order of any civil authority except acts of destruction at the time of and for the purpose of preventing the spread of fire, provided that such fire did not originate from any of the perils excluded by this policy; **(i)** neglect of the insured to use all reasonable means to save and preserve the property at and after a loss, or when the property is endangered by fire in the neighboring premises; **(j)** nor shall this company be liable for loss by theft. |
| **Other Insurance** | Other insurance may be prohibited or the amount of insurance may be limited by endorsement attached hereto. |

    Copyright, Insurance Services Office, Inc., 1999

Insured Copy

| | |
|---|---|
| **Conditions Suspending Or Restricting Insurance** | Unless otherwise provided in writing added hereto this company shall not be liable for loss occurring **(a)** while the hazard is increased by any means within the control or knowledge of the insured; or **(b)** while the described premises, whether intended |

for occupancy by owner or tenant, are vacant or unoccupied beyond a period of sixty consecutive days, for residential premises of three units or less and thirty (30) consecutive days for all other premises, or **(c)** as a result of explosion or riot, unless fire ensue, and in that event for loss by fire only.

| | |
|---|---|
| **Other Perils Or Subjects** | Any other peril to be insured against or subject of insurance to be covered in this policy shall be by endorsement in writing hereon or added hereto. |
| **Added Provisions** | The extent of the application of insurance under this policy and of the contribution to be made by this company in case of loss, and any other provision or |

agreement not inconsistent with the provisions of this policy, may be provided for in writing added hereto, but no provision may be waived except such as by the terms of this policy is subject to change.

| | |
|---|---|
| **Waiver Provisions** | No permission affecting this insurance shall exist, or waiver of any provision be valid, unless granted herein or expressed in writing added hereto. No |

provision, stipulation or forfeiture shall be held to be waived by any requirement or proceeding on the part of this company relating to appraisal or to any examination provided for herein.

| | |
|---|---|
| **Cancellation Of Policy** | This policy shall be cancelled at any time at the request of the insured, in which case this company shall, upon demand and surrender of this policy, |

refund the excess of paid premium above the customary short rates for the expired time. This policy may be cancelled at any time by this company by giving to the insured a five days written notice of cancellation, and to the mortgagee to whom this policy is payable twenty days written notice of cancellation except where the stated reason for cancellation is nonpayment of premium where, in such instance, this policy may be cancelled at any time by this company by giving to the insured a ten days written notice of cancellation, and the mortgagee a twenty days written notice of cancellation, with or without tender of the excess paid premium above the pro rata premium for the expired time, which excess, if not tendered, shall be refunded on demand. Notice of cancellation shall state that said excess premium (if not tendered) will be refunded on demand and shall state or be accompanied by a statement of the specific reason or reasons for such cancellation. After this policy has been in effect for sixty days, or after sixty days from any anniversary date, no notice of cancellation shall be effective unless it is based on the occurrence, after the effective date of the policy, of one or more of the following: **(1)** nonpayment of premium; **(2)** conviction of a crime arising out of acts increasing the hazard insured against; **(3)** discovery of fraud or material misrepresentation by the insured in obtaining the policy; **(4)** discovery of willful or reckless acts or omissions by the insured increasing the hazard insured against; **(5)** physical changes in the property insured which result in the property becoming uninsurable or **(6)** a determination by the commissioner that continuation of the policy would violate or place the insurer in violation of the law. Where the stated reason is nonpayment of premium, the insured may continue the coverage and avoid the effect of the cancellation by payment at any time prior to the effective date of cancellation.

    Copyright, Insurance Services Office, Inc., 1999    CP 01 09 10 00

Insured Copy

**Mortgagee Interests And Obligations** Notwithstanding any other provisions of this policy, if this policy shall be made payable to a mortgagee of the covered real estate, no act or default of any person other than such mortgagee or his agent or those claiming under him, whether the same occurs before or during the term of this policy, shall render this policy void as to such mortgagee nor affect such mortgagee's right to recover in case of loss on such real estate; provided, that the mortgagee shall on demand pay according to the established scale of rate for any increase or risk not paid for by the insured; and whenever this company shall be liable to a mortgagee for any sum for loss under this policy for which no liability exists as to the mortgagor, or owner, and this company shall elect by itself, or with others, to pay the mortgagee the full amount secured by such mortgage, then the mortgagee shall assign and transfer to the company interested, upon such payment, the said mortgage together with the note and debt thereby secured.

**Pro Rata Liability** This company shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved.

**Requirements In Case Loss Occurs** The insured shall give immediate written notice to this company of any loss, protect the property from further damage, forthwith separate the damaged and undamaged personal property, put in in the best possible order, furnish a complete inventory of the destroyed and damaged property, showing in detail the quantity, description, actual cash value and amount of loss claimed; and the insured shall forthwith render to this company a signed, sworn statement in proof of loss which sets forth to the best knowledge and belief of the insured the following: the time and cause of the loss, the interest of the insured and of all others in the property, the actual cash value of each item thereof and the amount of loss thereto, all encumbrances thereon, all other contracts of insurance, whether valid or not, covering any of said property, and changes in the title, use, occupancy, location, possession or exposures of said property, since the issuing of this policy, by whom and for what purpose any building herein described and the several parts thereof were occupied at the time of loss and whether or not it then stood on leased ground, and shall furnish a copy of all the descriptions and schedules in all policies and detailed estimates for repair of the damage. The insured, as often as may be reasonably required, shall exhibit to any person designated by this company all that remains of any property herein described, and submit to examinations under oath by any person named by this company, and subscribe the same; and as often as may be reasonably required, shall produce for examination all books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by this company or its representative, and shall permit extracts and copies thereof to be made.

Copyright, Insurance Services Office, Inc., 1999

Insured Copy

**When Loss**
**Payable**
In case of any loss or damage, the company within thirty days after the insured shall have submitted a statement, as provided in the preceding clause, shall either pay the amount for which it shall be liable, which amount if not agreed upon shall be ascertained by award of referees as hereinafter provided , or replace the property with other of the same kind and goodness, or it may, within fifteen days after such statement is submitted, notify the insured of its intention to rebuild or repair the premises, or any portion thereof separately covered by this policy, and shall thereupon enter upon said premises and proceed to rebuild or repair the same with reasonable expedition. It is moreover understood that there can be no abandonment of the property described to the company, and that the company shall not in any case be liable for more than the sum insured, with interest thereon from the time when the loss shall become payable, as provided above. The company shall be liable for the payment of interest to the insured at a rate of one percent over the prime interest rate on the agreed figure commencing thirty days after the date an executed proof of loss for such figure is received by the company, said interest to continue so long as the claim remains unpaid.

**Appraisal**
In case of loss under this policy and a failure of the parties to agree as to the amount of loss, it is mutually agreed that the amount of such loss shall be referred to three disinterested men, the company and the insured each choosing one out of three persons to be named by the other, and the third being selected by the two so chosen, and the award in writing by a majority of the referees shall be conclusive and final upon the parties as to the amount of loss or damage, and such reference, unless waived by the parties, shall be a condition precedent to any right of action in law or equity to recover for such loss; but no person shall be chosen or act as a referee, against the objection of either party, who has acted in a like capacity within four months.

**Suit**
No suit or action against this company for the recovery of any claim by virtue of this policy shall be sustained in any court of law or equity in this commonwealth unless commenced within two years from the time the loss occurred; provided, however, that if, within said two years, in accordance with the provisions of the preceding paragraph, the amount of the loss shall have been referred to arbitration after failure of the parties to agree thereon, the limitation of time for bringing such suit or action shall in no event be less than ninety days after a valid award has been made upon such reference or after such reference or award has been expressly waived by the parties. If suit or action upon this policy is enjoined or abated, suit or action may be commenced at any time within one year  after the dissolution of such injunction, or the abatement of such suit or action, to the same extent as would be possible if there was no limitation of time provided herein for the bringing of such suit or action.

**Subrogation**
This company may require from the insured an assignment of all right of recovery against any party for loss to the extent that payment therefor is made by this company.

    Copyright, Insurance Services Office, Inc., 1999    CP 01 09 10 00

Insured Copy

**COMMERCIAL PROPERTY**
CP 01 76 09 06

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# MASSACHUSETTS - EXCLUSION OF LOSS
# DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy (including those in Massachusetts - Fungi, Wet Rot, Dry Rot And Bacteria Exclusion And Limitations Endorsement **CP 10 64** applicable to the Causes Of Loss - Special Form if attached to this policy) are hereby amended to remove reference to bacteria:

1. Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

2. Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

©ISO Properties, Inc., 2006

Insured Copy

COMMERCIAL PROPERTY
CP 10 64 10 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MASSACHUSETTS - FUNGUS, WET ROT, DRY ROT AND BACTERIA EXCLUSION AND LIMITATIONS

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - SPECIAL FORM

**A.** Exclusion **B.1.h.** is replaced by the following exclusion:

**h.** **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

**B.** The **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria** is replaced by the following:

**1.** The coverage described in **B.2.** and **B.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A Covered Cause of Loss other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **B.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of Covered Causes of Loss (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

    ©Insurance Services Office, Inc., 2011

Insured Copy

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of the Causes Of Loss - Special Form or under the Additional Coverage, Collapse in that Form.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form:

a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

   ©Insurance Services Office, Inc., 2011   CP 10 64 10 12

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY AMENDMENT CLAUSE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

It is agreed that any forms and endorsements attached to this policy which modifies insurance under the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, also modifies insurance provided under the Petroleum Products Coverage Form, CP-F-15.

It is agreed that any forms and endorsements attached to this policy which modifies insurance under the CAUSES OF LOSS - SPECIAL FORM, also modifies insurance provided under the PETROLEUM PRODUCTS CAUSES OF LOSS - SPECIAL FORM, CP-F-16.

Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission.

CP-F-79 (07-10)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

IL 01 08 03 05

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# MASSACHUSETTS
# TENANT RELOCATION EXPENSE

This endorsement is required by Massachusetts law. This policy provides relocation expense benefits as follows:

**1. Relocation Expense**

When a "rented living quarters" in a building covered by this policy is made uninhabitable as a result of a loss by fire, this policy covers "relocation expense" incurred by the tenant or lawful occupant to relocate to other living quarters in the shortest possible time.

**2. Definitions**

**A.** "Relocation expense" means documented, reasonable and necessary costs and living expenses, including:

**(1)** Costs of packing, insuring, storing and carting household goods;

**(2)** Costs of securing new utility services less refunds from discontinued services at the damaged premises;

**(3)** Costs of searching for other quarters;

**(4)** Costs of disconnecting and reconnecting household appliances;

**(5)** Additional living expenses while searching for or awaiting possession of other quarters or the restoration of existing quarters, including costs of hotel room rental;

**(6)** Security deposit and first month's rent for a new rental unit, unless the security deposit or last month's rent is already due and owing from the landlord to the tenant;

**(7)** Costs of replacing furniture or clothing;

commencing with the date of damage to the covered building and not limited by the expiration date of this policy.

"Relocation expense" does not mean:

**(1)** Loss caused by the termination of a lease or other agreement;

**(2)** Down payments, legal fees and closing costs incidental to the purchase of other quarters.

**B.** "Rented living quarters" means a room, suite of rooms or apartment rented as a single residential unit by one or more persons.

"Rented living quarters" does not mean one or more rooms occupied by one or more persons as roomers in a hotel, motel, public or private lodging or rooming house where the premises are occupied on a transient basis.

**3. Limit Of Liability**

The liability for "relocation expense" under this policy is limited to not more than $750 for a "rented living quarters".

**4. No Deductible**

The deductible provisions of this policy do not apply to the "relocation expense" benefits.

**5. Other Insurance**

**A.** If at the time of loss, the tenant or lawful occupant has other insurance that covers "relocation expense", we shall not be liable for any loss under this coverage until the liability of such other insurance has been exhausted.

**B.** If you have other insurance that covers "relocation expense", payment under this policy will be prorated with such insurance for the smaller of the incurred "relocation expense" or $750 all after application of the other insurance of the tenant or lawful occupant.

**6. Loss Settlement**

The claims for all persons occupying the "rented living quarters" will be settled with and payment made to the tenant or lawful occupant renting the quarters from the building owners, or lessor.

All other provisions of this policy remain unchanged.

© ISO Properties, Inc., 2005

Insured Copy

# DECLARATIONS

## COMMERCIAL INLAND MARINE COVERAGE PART

**INSURANCE APPLIES ONLY FOR COVERAGE(S) FOR WHICH A COVERAGE FORM OR ENDORSEMENT IS INDICATED.**

---

**FORMS AND ENDORSEMENTS APPLICABLE:**

| | |
|---|---|
| Commercial Inland Marine Conditions | CM 00 01 (09-04) |
| Business Computer Coverage Form | IM-F-9 (10-05) |
| Business Computer Extension Endorsement | IM-F-10 (10-05) |
| Portable Tools And Equipment Special Form | IM-F-105 (10-95) |

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the loss or damage. Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the loss or damage occurred.
4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.
5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
2. We will not pay you more than your financial interest in the Covered Property.
3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.
4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

© ISO Properties, Inc., 2003

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

## F. Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of insurance.

## G. Pair, Sets Or Parts

1. **Pair Or Set**

   In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

2. **Parts**

   In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

## H. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## I. Reinstatement Of Limit After Loss

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

## J. Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

## GENERAL CONDITIONS

## A. Concealment, Misrepresentation Or Fraud

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. Legal Action Against Us

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

    © ISO Properties, Inc., 2003    CM 00 01 09 04

Insured Copy

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

© ISO Properties, Inc., 2003

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## BUSINESS COMPUTER COVERAGE FORM

### <u>SCHEDULE</u>

| Loc. No. | | Location | Item A. Business Computer Equipment | Item B. Electronic Data, Media & Computer Software Programs | Item C. Extra Expense |
|---|---|---|---|---|---|
| | | | **Limits of Insurance** | | |
| 1 | 1 | 75 CRESCENT ST OFFICE/WAREHOUSE/GARAGE/BULK PLANT WORCESTER  MA | $75,000 | $15,000 | $5,000 |

**ITEM D. Property In Transit, At A Residence Premises Or At A Temporary Location**

| Business Computer Equipment | Electronic Data, Media & Computer Software Programs |
|---|---|
| **Limits of Insurance** | |
| | |

| Basis Of Business Computer Equipment Valuation | |
|---|---|
| ☐ Actual Cash Value | ☒ Replacement Cost |

Deductible          $2,500

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Various provisions of this coverage form restrict coverage. Read the entire coverage form carefully to determine rights, duties and what is and is not covered.

Throughout this coverage form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The words and phrases that appear in quotation marks have special meaning. Refer to Section E. - DEFINITIONS.

## A.  COVERAGE

We will pay for direct physical loss of or damage to Covered Property from any Covered Causes of Loss for which a limit of insurance is shown in the Schedule.

### 1.  Covered Property

**Item A. Business Computer Equipment**

We cover "Business Computer Equipment" including its component parts:

**a.**  Which you own; or

**b.**  For which you are liable

at a Location described in the Schedule.

**Item B. Electronic Data, Media and Computer Software Programs**

We cover "Electronic Data", "Media" and "Computer Software Programs":

**a.**  Which you own; or

**b.**  For which you are liable

at a Location described in the Schedule.

**Item C. Extra Expense**

When a covered loss or damage occurs, we will pay the Extra Expense, other than the expense to repair or replace property, you necessarily incur to continue or resume normal or partial business operations at the Location described in the Schedule. We will pay only that part of the total expenses that exceeds the amount that ordinarily would have been incurred by you to conduct your business. We will not be liable for any longer period than is reasonably required to rebuild, repair or replace the damaged covered property. This period is not limited by the expiration date of the policy.

We will also pay the reasonable extra expense you incur to expedite repairs to covered property with reasonable speed and similar quality.

You must make every reasonable effort to resume complete or partial operations as soon as possible.

**Item D. Property In Transit, At A Residence Premises Or At A Temporary Location**

We will pay for direct physical loss of or damage to "Business Computer Equipment" and "Electronic Data", "Media" & "Computer Software Programs" while in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

### 2.  Property Not Covered

Covered Property does not include:

**a.**  Accounts, bills, currency, deeds, evidences of debt, money, notes or securities; except when converted to "electronic data" form, and then only in that form;

**b.**  Property that you loan, rent or lease to others while away from a Location described in the Schedule.

**c.**  Any "electronic data", "media" or "computer software programs" that cannot be replaced with other similar property of like kind and quality.

**d.**  "Business Computer Equipment" that operates production machinery.

**e.**  Contraband or property in the course of illegal transportation or trade.

**f.**  Unauthorized Duplicates

This means any copies of "computer software programs" which have been duplicated without the consent of the designer who holds legal rights to the program or any "computer software programs", "data" or "media" otherwise illegally procured or obtained, whether for personal use or for sale.

**g.**  Diagnostic equipment

### 3.  Covered Causes of Loss

Covered Causes of Loss means direct physical loss of or damage to Covered Property except those causes of loss or damage listed in the Exclusions.

### 4.  Coverage Extensions

If coverage is provided for Item A. Business Computer Equipment, you may extend the insurance provided by this Coverage Form as follows:

**a.**  Electronic Data, Media and Computer Software Programs

You may extend Electronic Data, Media and Computer Software Programs coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**b.** Extra Expense

You may extend Extra Expense coverage to pay up to $5,000 at each Location described in the Schedule and up to $2,500 in transit, at a residence premises or at a temporary location you do not own, rent, lease or operate.

**c.** Property In Transit Or At A Temporary Location.

You may extend Property In Transit Or At A Temporary Location coverage to pay up to $10,000 for "business computer equipment" while in transit, at a residence premises or at a temporary location you do not own, lease, rent or operate.

**d.** Newly Acquired Equipment

You may extend the insurance that applies to your Covered Property to any newly acquired "business computer equipment". The most we will pay for loss or damage under this extension is 40% of the highest limit of insurance under Item A. for a Location described in the Schedule, but not more than $50,000 for all such newly acquired equipment.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire the new equipment; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired the equipment.

**e.** Newly Acquired Locations

You may extend the coverage that applies to your Covered Property to apply to that property at any new location you acquire or occupy. The most we will pay for loss or damage under this extension is $50,000 at any one location.

Insurance under this extension will end when any of the following first occurs:

**(1)** This policy expires.

**(2)** 30 days after you acquire or occupy the new location; or

**(3)** You report values to us.

You agree to pay an additional premium, if required, from the date you acquired or occupied the location(s).

**f.** Debris Removal

We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss.

The most we will pay is $10,000 under this extension.

**g.** Preservation of Property

If it is necessary to move Covered Property from a Location described in the Schedule to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**h.** "Computer Virus" and "Electronic Vandalism"

We will pay for direct physical loss of or damage to Covered Property, including any necessary extra expense you incur, caused by or resulting from a "computer virus" or "electronic vandalism" which corrupts, contaminates, infects or destroys Electronic Data, Media & Computer Software Programs. This Extension does not apply to any loss or damage resulting from threats made against you by an extortionist to do such damage before a reasonable effort has been made to report the extortionist demand to local law enforcement authorities.

The most we will pay in any one occurrence under this extension is $5,000. The most we will pay for all covered loss or damage under this extension during each 12 month policy period is $10,000.

Each of these Coverage Extensions is additional insurance.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a.** Governmental Action

Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b.** Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused. But, if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**c.** War and Military Action

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Mechanical breakdown, but if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**b.** Artificially generated electric current, including electric arcing, that disturbs the Covered Property. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**c.** Dishonest, criminal or malicious acts committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives; or

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such:

**(1)** Persons are acting alone or in collusion with other persons; or

**(2)** Acts occur during the hours of employment.

This exclusion does not apply to:

**(1)** Covered Property that is entrusted to others who are carriers for hire; or

**(2)** Acts of destruction by your employees. But theft by employees is not covered.

**d.** Dampness or dryness of atmosphere, changes in or extremes of temperature, corrosion, or rust.

This exclusion will not apply if direct physical damage occurs to the business computer equipment's air conditioning system caused by a Covered Cause of Loss.

**e.** Error or omission in programming or instructions to "business computer equipment".

**f.** Delay, loss of use or loss of market or any other consequential loss except as provided under Extra Expense Coverage.

**g.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h.** Unauthorized instructions to transfer property to any person or to any place.

**i.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**j.** "Computer Virus" and "Electronic Vandalism".

This exclusion applies except to the extent coverage is provided under A. 4. h. "Computer Virus" and "Electronic Vandalism".

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss:

**a.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**b.** Errors or deficiency in design, installation, testing, maintenance, repair or modification of your "business computer equipment" and "electronic data", "media" and "computer software programs" or any computer system or network to which your system is connected or on which your system depends.

**c.** Wear and tear, deterioration, depreciation or obsolesence.

**d.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**e.** Insects, vermin or rodents.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance in the Schedule with the exception of Preservation of Property.

**D. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

We cover property wherever located anywhere in the world.

**2. Valuation**

**Business Computer Equipment**

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as actual cash value, the value of equipment will be the least of the following amounts:

**a.** The actual cash value of that equipment with proper deduction for depreciation or obsolesence; or

**b.** The cost of reasonably restoring that equipment to its condition immediately before the loss or damage; or

Page 4 of 5

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

Insured Copy

c. The cost to replace the lost or damaged equipment with other equipment:

(1) Of comparable material and quality; and

(2) Used for the same purpose; or

d. The limit of insurance applicable to the equipment.

In the event of loss or damage the value of equipment will be determined as of the time of loss or damage.

If the Basis Of Business Computer Equipment Valuation on the Schedule is shown as replacement cost, the value of equipment will be the least of the following amounts:

a. The Limit of Insurance applicable to the lost or damaged equipment; or

b. The cost to replace the lost or damaged equipment with other equipment:

(1) Of comparable material and quality; and

(2) Used for the same purpose; or

c. The amount you actually spend that is necessary to repair or replace the lost or damaged equipment.

We will not pay on a replacement cost basis for any loss or damage:

a. Until the lost or damaged equipment is actually repaired or replaced; and

b. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**Electronic Data**

The value of "electronic data" will be the actual cost to reproduce or replace the "electronic data". If duplicate copies do not exist, the value will be based on the cost of research or other expenses necessary to reproduce, replace or restore the "electronic data".

**Media**

The value of "media" will be the actual cost to repair or replace the "media" with material of like kind and quality.

**Computer Software Programs**

The value of "computer software programs" will be based on the cost to reinstall them from the licensed programs that were originally used at the time of their installation. If the original programs are lost, damaged or can no longer be obtained, their value will be based on the cost of the most current version available at the time of loss or damage.

3. **Deductible**

We will not pay more for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

E. **DEFINITIONS**

1. "Media" means processing, recording or storage objects on which "electronic data" can be stored such as films, tapes, discs, drums or cells.

2. "Electronic data" means information or facts stored on "media" including "computer software programs".

3. "Business Computer Equipment" means your programmable electronic equipment that is used to store and process data including associated peripheral equipment that provides communication and input and output functions such as printing or auxiliary functions such as data transmission. It does not include "electronic data", "media" or "computer software programs".

4. "Computer Virus" means any type of malicious computer code intended to damage, interfere with, intercept or expropriate any system, or "electronic data", "media" or "computer software programs".

5. "Computer software programs" means the "media", "electronic data", programs, applications, and proprietary programs which direct the operations and functions of a computer or devices connected to it which enable the computer or devices to receive, process, store or send "electronic data".

6. "Electronic Vandalism" means an unauthorized intrusion resulting in the willful or malicious destruction of "computerized software programs", content, instructions or other "electronic data" stored within the "business computer equipment" including threats made against you by an extortionist to do this damage.

Includes copyrighted material of the Insurance Services Office, Inc. with its permission.

IM-F-9 (10-05)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**BUSINESS COMPUTER EXTENSION ENDORSEMENT**

This endorsement modifies insurance provided under the following:

    BUSINESS COMPUTER COVERAGE FORM

Exclusions B.2.a, B.2.b. and B.2.d. of the Business Computer Coverage Form attached to this policy are hereby deleted.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

## PORTABLE TOOLS AND EQUIPMENT SPECIAL FORM

### SCHEDULE

**ITEM A.** PORTABLE TOOLS AND PORTABLE EQUIPMENT VALUED UP TO $1,500 FOR EACH ARTICLE.

### BLANKET LIMIT OF INSURANCE

1.   **$10,000**   COVERED PROPERTY owned by you and used by you in your business.

2.   **$10,000**   COVERED PROPERTY owned by you and used by you in your business only when it is away from your business premises.

3.   **$10,000**   COVERED PROPERTY owned by your employees and used by them in your business.

### BASIS OF VALUATION

☐ REPLACEMENT COST      ☒ ACTUAL CASH VALUE

**ITEM B.**   SCHEDULED PORTABLE TOOLS AND PORTABLE EQUIPMENT VALUED IN EXCESS OF $1,500 FOR EACH ARTICLE.

| Description of Property | Identifying Marks and Numbers | Limit of Insurance |
|---|---|---|
| 1968 CASE LOADER | 8315942 | $75,000 |
| CAT 4X4 TURBO LOADER | 6XF00123 | $75,000 |
| 1998 HYUN LOADER | L701ED10110 | $75,000 |
| 1977 MICH LOADER | 4189D576JAC | $75,000 |

**DEDUCTIBLE**      **$2,500**
The deductible shown above shall be deducted from each claim or loss.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

IM-F-105 (10-95)            Policy Number: 9816872            Transaction Effective Date: 07-05-2019

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section E-DEFINITIONS.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

**1. Covered Property,** as used in this Coverage Form, means:

a. Unscheduled Portable Tools and Portable Equipment when designated by Limit(s) of Insurance under Item A. of the Schedule; and

b. Scheduled Portable Tools and Portable Equipment when designated under Item B. of the Schedule.

**2. Property Not Covered**

Covered Property does not include:

Automobiles, trailers, motor trucks, motorcycles, aircraft or watercraft including their equipment and accessories.

**3. Covered Causes of Loss**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for "loss" caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

**b. Nuclear Hazard**

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

**c. War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**d. Water**

Flood, surface water, waves, tides, tidal waves, overflow of any body of water or their spray, all whether driven by wind or not.

But we will pay for direct "loss" caused by resulting fire, explosion or theft if these causes of "loss" would be covered under this Coverage Form.

This exclusion only applies to property at your premises.

2. We will not pay for a "loss" caused by or resulting from any of the following:

a. Unexplained disappearance;

b. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

c. Dishonest or criminal act committed by:

(1) You, any of your partners, employees, directors, trustees, or authorized representatives;

(2) Anyone else with an interest in the property, or their employees or authorized representatives; or

(3) Anyone else to whom the property is entrusted for any purpose.

---

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

This exclusion applies whether or not such:

(1) Persons are acting alone or in collusion with other persons; or

(2) Acts occur during the hours of employment.

This exclusion does not apply to:

(1) Covered Property that is entrusted to others who are carriers for hire; or

(2) Acts of destruction by your employees. But theft by employees is not covered.

d.  The weight of a load exceeding the registered lifting or supporting capacity of any machine;

e.  Covered Property while waterborne except loss or damage by fire;

f.  Covered Property while located underground, in caissons or under water.

Exclusions 2. d., e. and f. apply only to property covered under Item B.

3.  We will not pay for a "loss" caused by or resulting from any of the following.  But if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

a.  Weather conditions.  But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1, above to produce the "loss".

b.  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c.  Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property wherever located.

d.  Blowouts, punctures, or other road damage to tires unless caused by other causes of loss covered by this policy.

e.  Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation; mechanical breakdown; insects, vermin, rodents; corrosion, rust, dampness, cold, heat or freezing.

**C.  LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Schedule.

Under Item A. the most we will pay for any one article is $1,500.  The existence of more than one employee will not increase the Limit of Insurance under Item A.3.

Under Item B. the most we will pay is the applicable Limit of Insurance shown for each scheduled article.

**D.  ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1.  Coverage Territory**

We cover property wherever located within:

a.  The United States of America;

b.  Puerto Rico; and

c.  Canada.

**2.  Replacement Cost**

When indicated on the Schedule, Replacement Cost replaces Actual Cash Value in the valuation clause of this Coverage Form.

The value of property will be the least of the following amounts:

1.  The limit of insurance applicable to the lost or damaged property.

2.  The cost to replace the lost or damaged property with other property:

a.  of comparable material and quality; and

b.  used for the same purpose; or

3.  The amount you actually spend that is necessary to repair or replace the lost or damaged property.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

Page 4 of 4

We will not pay more than the actual cash value for any loss or damage under 1, 2 and 3 above:

a.  Until the lost or damaged property is actually repaired or replaced; and

b.  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**3. Payment of Losses**

We reserve the right to adjust "losses" with you for property of others under Item A.3. of the Schedule.  You agree to:

a.  Pay the owners of such property their rightful share; and

b.  Not hold us liable for these payments.

**E.  DEFINITIONS**

"Loss" means accidental loss or damage.

---

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy



**FEDERATED MUTUAL INSURANCE COMPANY**

121 East Park Square, Owatonna, MN 55060

(507) 455-5200

# DECLARATIONS
## COMMERCIAL GENERAL LIABILITY COVERAGE PART

**LIMITS OF INSURANCE**

| | | Limit |
|---|---|---|
| GENERAL AGGREGATE LIMIT (Other than Products-Completed Operations) | | $2,000,000 |
| PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT | | $2,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | | $1,000,000 |
| EACH OCCURRENCE LIMIT | | $1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | Any one premises | $100,000 |
| MEDICAL EXPENSE LIMIT | Any one person | EXCLUDED |

**Refer to General Liability Schedule CG-F-8 for Locations and Classifications.**

**ENDORSEMENTS APPLICABLE:**

   ***See Schedule Attached***

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services office, Inc., with its permission.

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| General Liability Schedule | CG-F-8 (07-92) |
| Primary And Noncontributory-Other Insurance Condition Endorsement | CG 20 01 (04-13) |
| Additional Insured - Lessor Of Leased Equipment - Automatic Status | CG 20 34 (04-13) |
| Blanket Waiver Of Transfer Of Rights Of Recovery Against Others To Us | CG-F-81 (04-13) |
| Additional Insured - Designated Person Or Organization | CG 20 26 (04-13) |
| Additional Insured Endorsement | CG-F-11 (04-13) |
| Quick Reference | CG 00 01 (QR) (04-13) |
| Commercial General Liability Coverage Form | CG 00 01 (04-13) |
| Communicable Disease Exclusion | CG 21 32 (05-09) |
| Exclusion - Coverage C - Medical Payments | CG 21 35 (10-01) |
| Employment-Related Practices Exclusion | CG 21 47 (12-07) |
| Fungi or Bacteria Exclusion | CG 21 67 (12-04) |
| Cap on Losses From Certified Acts Of Terrorism | CG 21 70 (01-15) |
| Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism | CG 21 76 (01-15) |
| Cond Excl - Terrorism Involving Nucl, Bio, or Chem Terrorism | CG 21 88 (01-15) |
| Snowplow Operations Coverage | CG 22 92 (12-07) |
| Amendment Of Coverage Territory - Worldwide Coverage | CG 24 22 (04-13) |
| Amendment of Liquor Liability Exclusion-Exception for Scheduled Premises | CG-F-109.1 (03-12) |
| Additional Condition - Two Or More Coverage Forms Or Policies Issued By Us | CG-F-111 (03-12) |
| Automatic Fill Endorsement | CG-F-12 (01-86) |
| Pollution Exclusion Modification | CG-F-53 (02-10) |
| Multi - Cover Liability Endorsement | CG-F-6 (04-19) |
| Coverage Limitation - Continuous or Progressive Injury or Damage | CG-F-68 (10-01) |
| Business Operations - Pollution Exclusion | CG-F-92 (04-05) |
| Executive Personal Liability Coverage | CG-F-98.1 (07-05) |
| Deductible Liability Insurance | CG 03 00 (01-96) |
| Employee Benefits Liability Coverage Form | CG 04 35 (12-07) |
| Electronic Data Liability Endorsement | CG 04 37 (05-14) |
| Exclusion - All Hazards In Connection With Designated Premises | CG 21 00 (07-98) |
| Products / Completed Operations Hazard Redefined | CG 24 07 (01-96) |
| Cyber Coverage Supplemental Declarations | CG-F-120 (10-18) |
| Cyber Coverage Form | CG-F-121 (10-18) |
| Misdelivery Of Liquid Products Coverage | CG 22 66 (11-85) |
| Contaminated Petroleum Products - Deductible Endorsement | CG-F-106 (02-10) |
| Amendment Of Liquor Liability Exclusion - Exception for Scheduled Activities | CG 21 51 (04-13) |

Insured Copy

# GENERAL LIABILITY SCHEDULE
## Massachusetts

| Locations and Classifications | Code No. | Premium Bases | | Rates | | Estimated Annual Premiums | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Op. | Prod/Comp Op. | Prem/Op. | Prod/Comp Op. |
| | | a - Area<br>b - Cost of materials<br>c - Each or Unit<br>d - Gallons<br>e - Locations<br>f - Net Receipts<br>g - Payroll<br>h - Receipts<br>i - Cost to Insured<br>j - Days<br>k - Gallons<br>l - Pupils<br>m - Miles<br>n - Passenger Days<br>o - Acres<br>p - Members | | a - Per 1,000 Square Feet<br>b - Per $1,000 of Cost<br>c - Each Unit<br>d - Per 10,000 Gallons<br>e - Each Location<br>f - Per $1,000 of Net Receipts<br>g - Per $1,000 of Payroll<br>h - Per $1,000 of Total Receipts<br>i - Per $1,000 of Cost<br>j - Each day<br>k - Per 1,000 Gallons<br>l - Each pupil<br>m - Each mile<br>n - Per 1000 Passenger Days<br>o - Each acre<br>p - Each member | | | |
| All Liquid Fuels Other Than Gasoline And Propane - Total Gallons | 31500 | D- | 9,700,000 | 3.841 | 3.514 | 3,726 | 3,409 |
| Gasoline - Gallons, Wholesale | 31600 | D- | 3,000,000 | 2.257 | 3.787 | 677 | 1,136 |
| Gasoline Stations - Retail Including Retail Diesel Fuel Except Key Or Card Lock Locations | 31900 | D- | 3,700,000 | 78.613 | 6.479 | 29,087 | 2,397 |
| Petroleum Marketers - Contracting Operations - Other Than "Cost of Materials" | 32610 | F- | 2,100,000 | 25.138 | 8.443 | 52,790 | 17,730 |
| Petroleum Marketers - Contracting Operations - Retail and Wholesale Fixtures of Supplies - Only The "Cost of Materials" | 32620 | B- | 250,000 | 4.635 | 2.580 | 1,159 | 645 |
| Non-Habitational Building Or Premises - Lessors Risk, except Retail Locations with Gasoline Sales | 35000 | E- | IF ANY | 541.339 | INCLUDED | | |
| Retail Locations with Gasoline Sales - Lessors Risk - Without Qualifying Certificates of Insurance | 35010 | E- | IF ANY | 1082.679 | INCLUDED | | |
| Retail Locations with Gasoline Sales - Lessors Risk - With Qualifying Certificates of Insurance | 35020 | E- | 1 | 541.339 | INCLUDED | 541 | INCLUDED |
| Other Operations NOC - Lightly Hazardous RATED AS: | 35300 | H- | 100,000 | 4.747 | 5.582 | 475 | 558 |
| Certified Acts of Terrorism Premium | 85103 | | | | | 155 | 47 |
| *** CONTINUED ON NEXT PAGE *** | | | | | | | |

```
Minimum Premiums:
Prem/Op.      289
Prod/Comp Op.    416
```

Insured Copy

## GENERAL LIABILITY SCHEDULE
## Massachusetts

| Locations and Classifications | Code No. | Premium Bases | Rates | | Estimated Annual Premiums | |
|---|---|---|---|---|---|---|
| | | | Prem/Op. | Prod/Comp Op. | Prem/Op. | Prod/Comp Op. |
| | | a - Area<br>b - Cost of materials<br>c - Each or Unit<br>d - Gallons<br>e - Locations<br>f - Net Receipts<br>g - Payroll<br>h - Receipts<br>i - Cost to Insured<br>j - Days<br>k - Gallons<br>l - Pupils<br>m - Miles<br>n - Passenger Days<br>o - Acres<br>p - Members | a - Per 1,000 Square Feet<br>b - Per $1,000 of Cost<br>c - Each Unit<br>d - Per 10,000 Gallons<br>e - Each Location<br>f - Per $1,000 of Net Receipts<br>g - Per $1,000 of Payroll<br>h - Per $1,000 of Total Receipts<br>i - Per $1,000 of Cost<br>j - Each day<br>k - Per 1,000 Gallons<br>l - Each pupil<br>m - Each mile<br>n - Per 1000 Passenger Days<br>o - Each acre<br>p - Each member | | | |
| **Cyber Coverage, $50,000 Limit** | 85149 | | | | 229 | |
| **Employee Benefits Liability Coverage** | 92100 | | | | 323 | **INCLUDED** |

```
Minimum Premiums:
Prem/Op.      289
Prod/Comp Op.    416
```

**COMMERCIAL GENERAL LIABILITY**
**CG 20 01 04 13**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PRIMARY AND NONCONTRIBUTORY - OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

COMMERCIAL GENERAL LIABILITY
CG 20 34 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT - AUTOMATIC STATUS WHEN REQUIRED IN LEASE AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However, the insurance afforded to such additional insured:

1. Only applies to the extent permitted by law; and

2. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement you have entered into with the additional insured; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BLANKET WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV - Conditions:**

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard", except when the payments result from the sole negligence of that person or organization. We waive this right only when you are required to do so by written contract or agreement with that person or organization, executed by you prior to the occurrence of any loss.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| TOWN OF NARRAGANSETT<br>25 5TH AVE<br>NARRAGANSETT RI  02882 | ANY COVERAGE PROVIDED BY THIS<br>ENDORSEMENT APPLIES ONLY TO THE<br>DELIVERY OF FUEL OIL AND SERVICE WORK<br>FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| MET SCHOOL<br>325 PUBLIC ST<br>PROVIDENCE RI  02905 | ANY COVERAGE PROVIDED BY THIS<br>ENDORSEMENT APPLIES ONLY TO THE<br>DELIVERY OF FUEL OIL AND SERVICE WORK<br>FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| HALLKEEN MANAGEMENT INC<br>HAYWARD LANDING ASSOCIATES<br>1400 BOSTON PROVIDENCE TPKE #100<br>NORWOOD MA  02062 | ANY COVERAGE PROVIDED BY THIS<br>ENDORSEMENT APPLIES ONLY TO THE<br>DELIVERY OF FUEL OIL AND SERVICE WORK<br>FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

© Insurance Services Office, Inc., 2012

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| CITY OF WORCESTER<br>455 MAIN ST RM 102<br>WORCESTER MA  01608 | ANY COVERAGE PROVIDED BY THIS ENDORSEMENT APPLIES ONLY TO THE DELIVERY OF FUEL OIL AND SERVICE WORK FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| RHODE ISLAND DEPARTMENT OF ADMINISTRATION DIVISION OF PURCHASES 1 CAPITOL HL PROVIDENCE RI  02908 | ANY COVERAGE PROVIDED BY THIS ENDORSEMENT APPLIES ONLY TO THE DELIVERY OF FUEL OIL AND SERVICE WORK FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

© Insurance Services Office, Inc., 2012
Policy Number: 9816872

Transaction Effective Date: 07-05-2019

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED
# PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| TOWN OF FOXBOROUGH<br>40 SOUTH ST<br>FOXBOROUGH MA  02035 | ANY COVERAGE PROVIDED BY THIS<br>ENDORSEMENT APPLIES ONLY TO THE<br>DELIVERY OF FUEL OIL AND SERVICE WORK<br>FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| RHODE ISLAND RESOURCE RECOVERY<br>65 SHUN PIKE<br>JOHNSTON RI  02919 | ANY COVERAGE PROVIDED BY THIS ENDORSEMENT APPLIES ONLY TO THE DELIVERY OF FUEL OIL AND SERVICE WORK FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED
# PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| STATE OF RHODE ISLAND<br>1 CAPITOL HL<br>PROVIDENCE RI  02908 | ANY COVERAGE PROVIDED BY THIS ENDORSEMENT APPLIES ONLY TO THE DELIVERY OF FUEL OIL AND SERVICE WORK FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| WINNRESIDENTIAL LP<br>%COMPLIANCE DEPOT LLC<br>PO BOX 338<br>NORTH GROSVENORDALE CT  06255 | ANY COVERAGE PROVIDED BY THIS<br>ENDORSEMENT APPLIES ONLY TO THE<br>DELIVERY OF FUEL OIL AND SERVICE WORK<br>FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| TOWN OF ABINGTON<br>350 SUMMER ST<br>ABINGTON MA  02351 | ANY COVERAGE PROVIDED BY THIS<br>ENDORSEMENT APPLIES ONLY TO THE<br>DELIVERY OF FUEL OIL AND SERVICE WORK<br>FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

POLICY NUMBER:  9816872

COMMERCIAL GENERAL LIABILITY
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED
# PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| TOWN OF WRENTHAM<br>79 SOUTH ST<br>WRENTHAM MA  02093 | ANY COVERAGE PROVIDED BY THIS<br>ENDORSEMENT APPLIES ONLY TO THE<br>DELIVERY OF FUEL OIL AND SERVICE WORK<br>FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

© Insurance Services Office, Inc., 2012

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| TOWN OF NORTH ATTLEBOROUGH<br>49 WHITING ST<br>NORTH ATTLEBORO MA  02760 | ANY COVERAGE PROVIDED BY THIS ENDORSEMENT APPLIES ONLY TO THE DELIVERY OF FUEL OIL AND SERVICE WORK FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

© Insurance Services Office, Inc., 2012    **Page 1 of 1**
Policy Number: 9816872    Transaction Effective Date: 07-05-2019

POLICY NUMBER: 9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| B-VI HOUSING LLC<br>DBA CHELMSFORD CROSSING<br>199 CHELMSFORD ST<br>CHELMSFORD MA  01824 | ANY COVERAGE PROVIDED BY THIS<br>ENDORSEMENT APPLIES ONLY TO THE<br>DELIVERY OF FUEL OIL AND SERVICE WORK<br>FOR THE CERTHOLDER |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

INSURED:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

**A.** **Section II - Who Is An Insured** for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**C.** The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.

**D.** We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

Relationship of the Additional Insured to the Insured:

AS PER TERMINAL ACCESS AGREEMENT BETWEEN THE ADDITIONAL INSURED AND THE NAMED INSURED

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060

Additional Insured Name and Address:
CITGO PETROLEUM CORPORATION
ATTN TRANSPORTATION COMPLIANCE SPECIALIST
PO BOX 4689
HOUSTON TX  77210

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

INSURED:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

**A.** **Section II - Who Is An Insured** for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**C.** The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.

**D.** We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

Relationship of the Additional Insured to the Insured:
AS PER TERMINAL ACCESS AGREEMENT BETWEEN THE ADDITIONAL INSURED AND THE NAMED INSURED

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060

Additional Insured Name and Address:
   CITGO PETROLEUM CORPORATION
   ATTN TRANSPORTATION COMPLIANCE SPECIALIST
   202 QUEEN ANNE RD
   HARWICH MA  02645

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-11 (04-13)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

INSURED:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

**A.** **Section II - Who Is An Insured** for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.

However:

  **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

  **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**C.** The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.

**D.** We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

Relationship of the Additional Insured to the Insured:
AS PER TERMINAL ACCESS AGREEMENT BETWEEN THE ADDITIONAL INSURED AND THE NAMED INSURED

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060

Additional Insured Name and Address:
  GULF OIL LIMITED PARTNERSHIP
  80 WILLIAM ST STE 400
  WELLESLEY HILLS MA  02481

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

INSURED:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

**A.** **Section II - Who Is An Insured** for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**C.** The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.

**D.** We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

Relationship of the Additional Insured to the Insured:

AS PER TERMINAL ACCESS AGREEMENT BETWEEN THE ADDITIONAL INSURED AND THE NAMED INSURED

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060

Additional Insured Name and Address:

GLOBAL PARTNERS L.P. ITS SUBSIDIARIES AND AFF
% SALES SUPPORT SERVICES
PO BOX 9161
WALTHAM MA  02454

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

INSURED:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

**A.** **Section II - Who Is An Insured** for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**C.** The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.

**D.** We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

Relationship of the Additional Insured to the Insured:
AS PER TERMINAL ACCESS AGREEMENT BETWEEN THE ADDITIONAL INSURED AND THE NAMED INSURED

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060

Additional Insured Name and Address:
STAR ENTERPRISES
& ITS PARTNERS
520 ALLENS AVE
PROVIDENCE RI  02905

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

INSURED:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

**A.** **Section II - Who Is An Insured** for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.

However:

   **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**C.** The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.

**D.** We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

Relationship of the Additional Insured to the Insured:
AS PER TERMINAL ACCESS AGREEMENT BETWEEN THE ADDITIONAL INSURED AND THE
NAMED INSURED

                                     **FEDERATED MUTUAL INSURANCE COMPANY**
                                     Home Office
                                     121 East Park Square
                                     Owatonna, MN  55060

Additional Insured Name and Address:
   GATEWAY TERMINAL
   400 WATERFRONT ST
   NEW HAVEN CT  06512

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-11 (04-13)            Policy Number: 9816872            Transaction Effective Date: 07-05-2019

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

INSURED:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

**A.** **Section II - Who Is An Insured** for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**C.** The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.

**D.** We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

Relationship of the Additional Insured to the Insured:

AS PER TERMINAL ACCESS AGREEMENT BETWEEN THE ADDITIONAL INSURED AND THE NAMED INSURED

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060

Additional Insured Name and Address:

SPRAGUE OPERATING RESOURCES LLC
SPRAGUE ENERGY SOLUTIONS INC
185 INTERNATIONAL DR
PORTSMOUTH NH  03801

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-11 (04-13)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

INSURED:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

**A.**  **Section II - Who Is An Insured** for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.

However:

1.  The insurance afforded to such additional insured only applies to the extent permitted by law; and

2.  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.**  With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1.  Required by the contract or agreement; or

2.  Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**C.**  The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.

**D.**  We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

Relationship of the Additional Insured to the Insured:
AS PER TERMINAL ACCESS AGREEMENT BETWEEN THE ADDITIONAL INSURED AND THE NAMED INSURED

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060

Additional Insured Name and Address:
MANFIELD OIL COMPANY
1025 AIRPORT PKWY
GAINESVILLE GA  30501

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

INSURED:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA    01605

**A.** **Section II - Who Is An Insured** for "bodily injury" and "property damage" liability is amended to include the Additional Insured specified below but only with respect to liability arising out of your operations or premises owned by or rented to you.

However:

   **1.**  The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **2.**  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.**  Required by the contract or agreement; or

   **2.**  Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**C.** The insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the Additional Insured named below.

**D.** We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to, this policy.

Relationship of the Additional Insured to the Insured:
AS PER TERMINAL ACCESS AGREEMENT BETWEEN THE ADDITIONAL INSURED AND THE
NAMED INSURED

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060

Additional Insured Name and Address:
  IRVING OIL TERMINALS
  41 LEE BURBANK HWY
  REVERE MA  02151

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

## QUICK  REFERENCE

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## (OCCURRENCE FORM CG 00 01)

### PLEASE READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGES**
Named Insured and Mailing Address
Policy Period
Description of Business Operations
Coverages and Limits of Insurance

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

| | | Beginning on Page |
|---|---|---|
| SECTION I - COVERAGES | | |
| Coverage A- Bodily Injury and | Insuring Agreement | 1 |
| Property Damage Liability | Exclusions | 2 |
| Coverage B- Personal and Advertising | Insuring Agreement | 6 |
| Injury Liability | Exclusions | 6 |
| Coverage C- | Insuring Agreement | 8 |
| Medical Payments | Exclusions | 8 |
| Supplementary Payments | | 8 |
| SECTION II - WHO IS AN INSURED | | 9 |
| SECTION III - LIMITS OF INSURANCE | | 10 |
| SECTION IV - LIABILITY CONDITIONS | | |
| Bankruptcy | | 11 |
| Duties In The Event of Occurrence, Claim or Suit | | 11 |
| Legal Action Against Us | | 11 |
| Other Insurance | | 12 |
| Premium Audit | | 12 |
| Representations | | 12 |
| Separation of Insureds | | 13 |
| Transfer of Rights of Recovery Against Others To Us | | 13 |
| When We Do Not Renew | | 13 |
| SECTION V - DEFINITIONS | | 13 |

**COMMON POLICY CONDITIONS**

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in;

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012
Policy Number: 9816872                    Transaction Effective Date: 07-05-2019

**f.    Pollution**

(1)    "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a)    At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i)    "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii)    "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii)    "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b)    At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c)    Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i)    Any insured; or

(ii)    Any person or organization for whom you may be legally responsible; or

(d)    At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i)    "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii)    "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii)    "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e)    At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

   (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

   (a) Less than 26 feet long; and

   (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

   (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

   (b) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h.** **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.** **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.** **Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

© Insurance Services Office, Inc., 2012

Policy Number: 9816872

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.** **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.** **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.** **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.** **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.** **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q.** **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012
Policy Number: 9816872                    Transaction Effective Date: 07-05-2019

**i.** **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.** **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.** **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.** **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.** **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.** **Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.** **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.** **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C - MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012
Policy Number: 9816872

Transaction Effective Date: 07-05-2019

g.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.  If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a.  The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b.  This insurance applies to such liability assumed by the insured;

c.  The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d.  The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e.  The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f.  The indemnitee:

(1)  Agrees in writing to:

(a)  Cooperate with us in the investigation, settlement or defense of the "suit";

(b)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c)  Notify any other insurer whose coverage is available to the indemnitee; and

(d)  Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2)  Provides us with written authorization to:

(a)  Obtain records and other information related to the "suit"; and

(b)  Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

1.  If you are designated in the Declarations as:

a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.  A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d.  An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e.  A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company)

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

© Insurance Services Office, Inc., 2012
Policy Number: 9816872

Transaction Effective Date: 07-05-2019

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A;** and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.  Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a.  Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b.  Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.  Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.  Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.  Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

© Insurance Services Office, Inc., 2012

Policy Number: 9816872                    Transaction Effective Date: 07-05-2019

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road- beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012
Policy Number: 9816872

Transaction Effective Date: 07-05-2019

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

© Insurance Services Office, Inc., 2012
Policy Number: 9816872    Transaction Effective Date: 07-05-2019

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      (2) The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Communicable Disease**

   "Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

   **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

   **b.** Testing for a communicable disease;

   **c.** Failure to prevent the spread of the disease; or

   **d.** Failure to report the disease to authorities.

**B.** The Following exclusion is added to Paragraph **2. Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

   **2. Exclusions**

   This insurance does not apply to:

   **Communicable Disease**

   "Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

   **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

   **b.** Testing for a communicable disease;

   **c.** Failure to prevent the spread of the disease; or

   **d.** Failure to report the disease to authorities.

 © Insurance Services Office, Inc., 2008

Insured Copy

POLICY NUMBER: 9816872

**COMMERCIAL GENERAL LIABILITY**
**CG 21 35 10 01**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - COVERAGE C - MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| **Description And Location Of Premises Or Classification:** |
|---|
| ALL PREMISES AND CLASSIFICATIONS |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section **I** - Coverage **C** - Medical Payments does not apply and none of the references to it in the Coverage Part apply: and

2. The following is added to Section **I** - Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

    © ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the  Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

COMMERCIAL GENERAL LIABILITY
CG 21 76 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

COMMERCIAL GENERAL LIABILITY
CG 21 88 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. **Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

© Insurance Services Office, Inc., 2015

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury" "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

     © Insurance Services Office, Inc., 2015     CG 21 88 01 15

Insured Copy

COMMERCIAL GENERAL LIABILITY
CG 22 92 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SNOW PLOW OPERATIONS COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Within the "products-completed operations hazard", Exclusion **g.** under Section **I - Coverage A - Bodily Injury And Property Damage Liability** does not apply to any "auto" used for snow plow operations.

Insured Copy

**COMMERCIAL GENERAL LIABILITY**
CG 24 22 04 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF COVERAGE TERRITORY - WORLDWIDE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to **Section IV - Conditions:**

**Expanded Coverage Territory**

**1.** If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

**2.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**3.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

**4.** The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **4.b.(1)** under the **Conditions** section:

**4. Other Insurance**

**b. Excess Insurance**

This insurance is excess over:

**(c)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** If the insured's liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

**(ii)** That is coverage required by law, regulation or other governmental authority in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

**C.** The Definitions of "coverage territory" in the **Definitions** section is replaced by the following:

"Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION - EXCEPTION FOR SCHEDULED PREMISES OR ACTIVITIES - CHANGES ENDORSEMENT

This endorsement modifies insurance provided under the following:

**AMENDMENT OF LIQUOR LIABILITY OF EXCLUSION - EXCEPTION FOR SCHEDULED PREMISES OR ACTIVITIES ENDORSEMENT CG 21 51**

Exclusion **c. Liquor Liability** of endorsement **CG 21 51, AMENDMENT OF LIQUOR LIABILITY EXCLUSION - EXCEPTION FOR SCHEDULED PREMISES OR ACTIVITIES** is replaced by the following, but only if a Liquor Liability Policy has been issued to you by us:

**c.    Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing or alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

The **SCHEDULE** of endorsement **CG 21 51, AMENDMENT OF LIQUOR LIABILITY EXCLUSION - EXCEPTION FOR SCHEDULED PREMISES OR ACTIVITIES** is deleted.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG-F-109.1 (03-12)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL CONDITION - TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **Section IV - Commercial General Liability Conditions:**

**Two Or More Coverage Forms Or Policies Issued By Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same "occurrence", the maximum Each Occurrence Limit under all the coverage forms or policies shall not exceed the highest applicable Each Occurrence Limit under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTOMATIC FILL ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The insurance applies to "bodily injury" or "property damage" arising out of your failure or omission to keep a customer of yours supplied with fuel oil or liquified petroleum gas in accordance with your agreement to do so, subject to the following provisions:

This insurance does not apply to "bodily injury" or "property damage" resulting from:

1.  Your inability to supply fuel oil or liquified petroleum gas in sufficient quantity to satisfy the demand or need therefor due to curtailment of supplies of such products available to you; or

2.  Your intentional failure to supply any quantity of fuel oil or liquified petroleum gas if this failure results from a program you instituted for the reduction or redistribution of supplies of such products.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-12 (01-86)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.  Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured;

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire", or an unintended or unexpected explosion; or

(iv) "Bodily injury" or "property damage" to your customer as a result of a splashback of "motor fuels";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

(ii) "Bodily injury" or "property damage" arising out of the escape of "pollutants" from contracting equipment or supplies. However, this exception does not apply if the "pollutants" escape from a petroleum storage tank;

(iii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**(iv)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire", or an unexpected or unintended explosion; or

**(v)** "Bodily injury" or "property damage" arising out of a blowback from a heating system;

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(f)** At or from any tank, piping, pumps or dispensers at premises, sites or locations in addition to those described in subparagraphs **(a)**, **(b)**, **(d)** or **(e)**, which are or were at any time owned, leased, installed, removed, tested, repaired or filled by or on behalf of any insured which contain, transport or dispense or are designed to contain, transport or dispense:

**(i)** "motor fuels";

**(ii)** kerosene;

**(iii)** lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft; or

**(iv)** waste lubricants or other operating fluids which are or were needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft;

including, but not limited to, their constituent parts and other irritants or contaminants found therein. However, this subparagraph does not apply to:

**(i)** "motor fuels", kerosene, lubricants, waste lubricants, or operating fluids, as described in **(i), (ii), (iii),** and **(iv)** of this subparagraph and their constituent parts and other irritants or contaminants found therein, at residences primarily used for dwelling purposes if such residences have not at any time been owned or occupied by, or rented or loaned to any insured;

**(ii)** any petroleum based or non-petroleum based substance while being used as a heating fuel if "bodily injury" or "property damage" arises out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" from a heating system or the tanks, piping, or pumps directly connected to the heating system; or

**(iii)** "bodily injury" or "property damage" arising out of a blowback from a heating system;

However, this exclusion does not apply to "bodily injury" or "property damage" from a slip and fall.

**(2)** Any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of, "pollutants" or any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants"; if the loss, cost or expense arises out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any insured. However, this subparagraph does not apply to such loss, cost or expense for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured;

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) Such loss, cost or expense arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

(ii) Such loss, cost or expense arising out of the escape of "pollutants" from contracting equipment or supplies. However, this exception does not apply if the "pollutants" escape from a petroleum storage tank;

(iii) Such loss, cost or expense sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor;

(iv) Such loss, cost or expense arising out of heat, smoke or fumes from a "hostile fire", or an unexpected or unintended explosion; or

(v) Such loss, cost or expense arising out of a blowback from a heating system;

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(f) At or from any tank, piping, pumps or dispensers at premises, sites or locations in addition to those described in subparagraphs (a), (b), (d) or (e) which are or were at any time owned, leased, installed, removed, tested, repaired or filled by or on behalf of any insured which contain, transport or dispense or are designed to contain, transport or dispense:

(i) "motor fuels";

(ii) kerosene;

(iii) lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft; or

(iv) waste lubricants or other operating fluids which are or were needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft;

including, but not limited to, their constituent parts and other irritants or contaminants found therein. However, this subparagraph does not apply to:

(i) "motor fuels", kerosene, lubricants, waste lubricants, or operating fluids, as described in (i), (ii), (iii), and (iv) of this subparagraph and their constituent parts and other irritants or contaminants found therein, at residences primarily used for dwelling purposes if such residences have not at any time been owned or occupied by, or rented or loaned to any insured;

(ii) any petroleum based or non-petroleum based substance while used as a heating fuel and arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" from a heating system or the tanks, piping, or pumps directly connected to the heating system; or

(iii) arising out of a blowback from a heating system.

"Motor fuels" means a petroleum or non-petroleum based substance that is typically used in the operation of a motor or engine.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CG-F-53 (02-10)                 Policy Number: 9816872              Transaction Effective Date: 07-05-2019

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MULTI-COVER LIABILITY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The COMMERCIAL GENERAL LIABILITY COVERAGE FORM is amended to include the following additions and extensions of coverage:

**I. BROADENED COVERAGE FOR EMPLOYEES**

Item **2.a.** of **SECTION II - WHO IS AN INSURED** is replaced by the following:

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Personal and advertising injury" to you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**II. NON-OWNED WATERCRAFT COVERAGE EXTENSION**

**2.** Exclusion **g. (2)** of **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

This exclusion does not apply to:

**(2)** A watercraft you do not own that is:

**(a)** less than 50 feet long; and

**(b)** not being used to carry persons or property for a charge;

**III. DEFINITION OF "BODILY INJURY" AND INCIDENTAL MEDICAL SERVICES COVERAGE**

The definition of "bodily injury" in **SECTION V-DEFINITIONS** is deleted and replaced by the following:

"Bodily injury":

**a.** means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease sustained by that person; and

**b.** includes injury arising out of a negligent act, error or omission committed by you or your "employee" or "volunteer worker" in:

**(1)** rendering or failing to render medical or nursing service or treatment;

**(2)** furnishing or dispensing of drugs or medical supplies. This coverage does not apply when related to the furnishing or dispensing of drugs or medical supplies as a pharmacist; or

**(3)** furnishing food or beverages in connection with **(1)** or **(2)**.

**IV. LIBERALIZATION**

The following Condition is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS:**

**Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG-F-6 (04-19)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

## V. DAMAGE TO PREMISES RENTED TO YOU

**A.** The word fire is changed to fire or explosion where it appears in:

  **1.** **SECTION III - LIMITS OF INSURANCE,** Paragraph **6;** and

  **2.** **SECTION V - DEFINITIONS,** Paragraph **9.a.**

**B.** The last paragraph of **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** section **2. Exclusions** is deleted and replaced by:

  Exclusions **c.** through **n.** do not apply to damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **SECTION III - LIMITS OF INSURANCE**.

## VI. LIMITED COVERAGE FOR DAMAGE TO PERSONAL PROPERTY IN YOUR CARE, CUSTODY OR CONTROL

**2.** Exclusion **j. (4)** of **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted and replaced by the following:

**(4)** Personal property in the care, custody or control of the insured.

  With respect to "property damage" to personal property of others which occurs away from premises you own, rent or control, this exclusion will apply only when:

  **(a)** The "property damage" is to property which you have contracted to install;

  **(b)** The "property damage" is the direct result of the property being raised, lowered or otherwise moved by a crane;

  **(c)** The "property damage" is to "mobile equipment" or an "auto";

  **(d)** The "property damage" is to that particular part of property which you are attempting to service or repair; or

  **(e)** You have other insurance which will pay for the "property damage".

## VII. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS

The following is added to Paragraph **6. Representations,** of **SECTION IV- COMMERCIAL GENERAL LIABILITY CONDITIONS:**

The unintentional failure to disclose any hazard existing at this policy's inception will not prejudice your rights under this insurance. However:

**a.** Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

**b.** This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

## VIII. TRUTH IN LENDING AND LEASING LIABILITY COVERAGE

### A. COVERAGE

  **1.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to § 130, Civil Liability, of Title I (Truth in Lending Act) of the Consumer Protection Act during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms in violation of 15 U.S.C. Section 1631, et. seq., as may be amended; or

  **2.** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to a state consumer credit act or statute during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms in violation of 15 U.S.C. Section 1631, et. seq., as may be amended.

  We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate.

### B. EXCLUSIONS

  **1.** This insurance does not apply to dishonest, malicious, fraudulent, criminal or intentional acts or omissions; however, this exclusion does not apply to you if such act or omission was committed by your "employees" (other than a partner, director, executive officer or stockholder) without your direction or knowledge.

  **2.** This insurance does not apply to "damages" arising solely from advertising which does not comply with truth in lending or leasing laws.

### C. ADDITIONAL DEFINITION

  "Damages" means compensatory damages awarded by a court of law or administrative agencies. "Damages" does not mean civil penalties, fines, assessments, or demands for injunctive or equitable relief.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG-F-6 (04-19)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**IX. EXPECTED OR INTENDED INJURY**

**2.** Exclusion **a.** of **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABLITY** is deleted and replaced by the following:

**a. Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.

This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**X. BROADENED COVERAGE FOR OTHER ORGANIZATIONS**

Paragraph **3.** of **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

**3.** Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A.** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B.** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
CG-F-6 (04-19)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERAGE LIMITATION - CONTINUOUS OR PROGRESSIVE INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Paragraph **1. Insuring Agreement,** subparagraph **c.** of **SECTION I** is deleted, and replaced with the following:

**c.** This policy does not apply to, and the Company shall have no duty to defend, any claim seeking "bodily injury" or "property damage" that occurred before the policy period, regardless of whether that "bodily injury" or "property damage" is also deemed to have occurred during the policy period of this policy.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS OPERATIONS - POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Subparagraph **f.**, **Pollution** of Paragraph **2.**, **Exclusions** of **Bodily Injury And Property Damage Liability (Section I - Coverages)** and to Subparagraphs **m.**, **Pollution** and **n.**, **Pollution-Related** of Paragraph **2., Exclusions** of **Personal And Advertising Injury Liability (Section I - Coverages)** or to any amendment to or replacement thereof:

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXECUTIVE PERSONAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

COMMERCIAL GENERAL LIABILITY COVERAGE PART is amended to include the following additions and extensions of coverage. These extensions of coverage only apply to Named Insureds in the declarations of this policy. For purposes of this extension of coverage:

a. If you are designated in the declarations as an individual, the owner and the spouse are also Named Insured(s);
b. If you are designated in the declarations as a partnership or joint venture, partners and members and their spouses of the entity shown in the declaration are also Named Insured(s);
c. If you are designated in the declarations as a corporation or a limited liability company, shareholder(s), director(s) and "executive officer(s)" and a shareholder(s), director(s) and "executive officer(s)" of corporate member(s) and the spouse(s) of a shareholder(s), director(s) and "executive officer(s)" of the entity shown in the declaration are also Named Insured(s).

## Not-for-Profit Personal Liability Coverage

Coverage for "Bodily Injury" and "Property Damage" is extended to you and your "family member(s)" to include personal liability which arises out of your or a "family member(s)" position as an officer or member of the board of directors of a not-for-profit organization or corporation in which you and your "family member(s)" receive no compensation.

The EACH OCCURRENCE LIMIT and the GENERAL AGGREGATE LIMIT (Other than Products-Completed Operations) shown on DECLARATIONS COMMERCIAL GENERAL LIABILITY COVERAGE PART apply to Not-for-Profit Personal Liability coverage. This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies to Not-for-Profit Personal Liability.

## Personal Executive Coverage - Insuring Agreement

We will pay up to the limits as outlined in this endorsement as a result of an "assault or attack" on you, or your "family member(s)".

We will also pay up to the limits as outlined in this endorsement "security expenses" for the threat of an "assault or attack" or a "stalking threat".

We will also pay an "accidental death and dismemberment benefit" amount for the "accidental death and dismemberment benefit" loss the "victim" suffers as a direct result of an "assault or attack".

"Accidental death and dismemberment benefit" means the "loss of life", "loss of speech", "loss of hearing", "loss of hand", "loss of foot", "loss of sight of an eye", "loss of thumb and index finger" or "mutilation" which:

a. is sudden, unforeseen, and unexpected;
b. is independent of any illness, disease or other bodily malfunction;
c. happens by chance;
d. arises from a source external to the "victim"; and
occurs within 180 days of the "assault or attack".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-98.1 (07-05)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

## Limits of Coverage

We will pay up to the limits as outlined in the schedule below. The Limits of Insurance shown on DECLARATIONS COMMERCIAL GENERAL LIABILITY COVERAGE PART do not apply to Personal Executive Coverage.

We will pay up to $25,000 each person and $50,000 for all coverage in any one policy period for "medical expenses" related to an act of "assault or attack" when incurred within 180 days of the "assault or attack". This includes coverage for related psychiatric services, and related rest and recuperation expenses if prescribed by a "physician", psychologist or other mental health professional (other than you or a "family member(s)".

The most we will pay for "accidental death and dismemberment benefit" is $250,000. Coverage limits are limited as shown in the following schedule:

a. "Loss of life" $250,000;
b. "Loss of speech" and "loss of hearing" $200,000;
c. "Loss of speech" or "loss of hearing" and one of the following: "loss of hand", "loss of foot" or "loss of sight of an eye" $200,000;
d. Loss of both hands $200,000;
e. Loss of both feet $200,000;
f. Loss of sight in both eyes $200,000;
g. Loss of any two of the following: "loss of hand", "loss of foot", "loss of sight of an eye" $200,000;
h. "Loss of speech" $100,000;
i. "Loss of hearing" $100,000;
j. "Loss of hand" $100,000;
k. "Loss of foot" $100,000;
l. "Loss of sight of an eye" $100,000;
m. "Loss of thumb and index finger" $75,000;
n. "Mutilation" $50,000.

At your discretion you may use all of, or part of the $250,000 "accidental death and dismemberment benefit" to fund a payment for ransom directly related to a "carjacking", "child abduction" or a "kidnapping". Payment of "accidental death and dismemberment benefit" will be made in the following order:

a. at your discretion - payment for ransom; if none
b. the spouse of the "victim" who lived with the "victim"; if none
c. the domestic partner of the "victim" who lived with the "victim"; if none
d. the estate of the "victim".

We will pay up to $10,000 in any one policy period for "security expenses" related to a threat of an "assault or attack".

"Security expenses" shall mean expenses to change locks, install or improve security bars, motion detection devices, or central station alarm systems or related expenses for professional security consultant or guard services.

We will pay up to $15,000 per person and $30,000 in any one policy period for salary lost because of an "assault or attack" or a threat of an "assault or attack".

We will pay up to a maximum of $10,000 reward for information leading to the arrest and conviction of any person(s) who is responsible for an "assault or attack" on you, or your "family member(s)". The following are not eligible to receive this reward payment: You, or a "family member(s)" of any person covered by this endorsement

Page 2 of 5
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

## Definitions:

"Assault or attack" - an unlawful act of physical violence which involves "kidnapping", "invasion of property", "carjacking", or "child abduction".

"Carjacking" - the unlawful forced removal or detention of you or your "family member(s)" from a motorized land vehicle.

"Child abduction"  - the wrongful taking, false imprisonment, or wrongful detention of one or more of your "family member(s)".

"Family member(s)" -
a.   spouse
b.   children, their children or other descendents of theirs
c.   parents, grandparents or other ancestors of theirs,
who live with you, including spouses or domestic partners of all of the above.  Parents, grandparents and others ancestors include adoptive parents, stepparents and step-grandparents.

"Invasion of property" - an unlawful act of violence or threat of violence by a person who unlawfully physically enters the premises where you, or a "family member(s)" is present.

"Kidnapping" - an act or instance or the crime of seizing, confining, inveigling, abducting, or carrying away a person by force or fraud with a demand for ransom or in furtherance of another crime.

"Loss of foot" - the permanent total loss of function of a foot at or above the ankle joint, as determined by a "physician".

"Loss of hand" - the permanent total loss of function of a hand at or above the wrist joint, as determined by a "physician".

"Loss of hearing" - the permanent total loss of the capability of hearing, as determined by a "physician".

"Loss of life" - death, including clinical death, determined by a medical examiner or similar local government authority.

"Loss of sight of an eye" - the permanent loss of sight of one eye which to the extent of legal blindness, as determined by a "physician".

"Loss of speech" - the permanent total loss of the capability of speech, as determined by a "physician".

"Loss of thumb and index finger" - the permanent total loss of function of a thumb and index finger, of the same hand, as determined by a "physician".

"Medical expenses" - the reasonable and customary charges for first aid, medical (not including psychiatric), funeral, surgical, x-ray, dental, ambulance, hospital, physical therapy, professional nursing services, and prosthetic devices.

"Mutilation" - complete severance of an entire finger, toe, ear, nose or genital organ, as determined by a "physician".

"Physician" - a person who is licensed as a medical doctor or a doctor of osteopathy under the laws of the jurisdiction in which treatment is given to a "victim" and who is qualified to provide such medical treatment.  A "physician" does not include you or a "family member(s)".

"Stalking threat" - an act or acts committed with the intent to intimidate, harass, injure or harm you or your "family member(s)" by a person subject to a court order or injunction issued to protect you or your "family member(s)".

"Victim" - an insured person who suffers the "accidental death and dismemberment benefit" loss as a result of an "assault or attack".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-98.1 (07-05)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

## Exclusions

These exclusions apply to coverage under this endorsement:

False Report - We do not cover loss arising from a false report of an "assault or attack" or a threat of an "assault or attack" or a "stalking threat" by you or a "family member(s)" or any person acting on behalf of you or your "family member(s)", whether acting alone or in collusion with others.

Family acts of violence - We do not cover a loss arising from an act committed by any insured, a "family member(s)", an estranged spouse or former spouse of any insured, an estranged domestic partner or former domestic partner of any insured or a person acting on behalf of any of them, whether acting alone or in collusion with others. Nor do we cover any loss arising out of an act committed by a person who lives with you or ever lived with you for six (6) or more months except if such a person was employed by you as a domestic "employee" or residential staff. In addition, we do not cover any loss arising out of an act committed by a "family member(s)" or guardian of an abducted child who is in your care or a "family member's" care.

Civil authority - We do not cover loss arising out of an act committed by any civil authority. However, this exclusion does not apply to coverage provided under "stalking threat" coverage.

Legal Counsel - We do not cover the costs of legal counsel.

Salary lost - We do not cover salary lost when the income that was lost is from disability insurance, social security disability, unemployment compensation or when the "victim" was on personal or medical leave immediately prior to the loss.

Substance abuse treatment - We do not cover any expenses for substance abuse treatments unless the substance abuse was directly caused by the "carjacking", "child abduction", kidnapping or "invasion of property".

Childbirth or miscarriage - We do not cover "accidental death and dismemberment benefit" loss arising out of childbirth or miscarriage.

Suicide or intentional dismemberment - We do not cover "accidental death and dismemberment benefit" loss arising by the "victim's" suicide, attempted suicide or dismemberment that is intentionally inflicted.

## Conditions

**Other Insurance**

This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy. This provision does not apply to "accidental death and dismemberment benefit".

**Your Duties After a Loss**

In case of a "carjacking", "child abduction", "stalking threat" or "invasion of property" "occurrence", you or your "family member(s)" shall perform the following duties that apply:

Notification - You must notify us as soon as possible. In the case of a "carjacking", "stalking threat" or "invasion of property" "occurrence", you or your "family member(s)" also shall notify an applicable law enforcement agency as soon as possible. In case of a "child abduction" "occurrence", you or your "family member(s)" also shall notify an applicable law enforcement agency no later than the recovery of the abducted child or verification of the abducted child's "loss of life", whichever comes first.

Assistance - You must provide us or cause us to be provided with all available information and cooperate with us fully.

Proof of loss - At our request you must submit to us, or cause to be submitted within 60 days of our request, an affirmative proof of loss with full particulars. Failure to give written proof of loss within this time frame will not invalidate or reduce any claim if notice is given as soon as reasonably possible. In no event, except in the absence of legal capacity, shall the proof of loss be submitted more than one year from the time proof is otherwise required. In the event of a death claim Proof of death is required and must include a certified copy of the death certificate

Page 4 of 5
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

Examination - We will have the right to examine under oath as often as we may reasonably require, you or your "family member(s)". We may also ask you or any beneficiary of any loss payable under this endorsement to give us a signed description of the circumstance surrounding a loss and to produce all records and documents we request and permit us to make copies.

Physical examination and autopsy - Any injured person for whom a claim is made under this endorsement must submit as often as we reasonably require to physical examinations by "physician" we select. We may also have an autopsy done by a "physician", unless prohibited by law. Any examinations or autopsies that we require will be done at our expense.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CG-F-98.1 (07-05)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

POLICY NUMBER:    9816872

COMMERCIAL GENERAL LIABILITY
CG 03 00 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | PER CLAIM or | PER OCCURRENCE |
| Bodily Injury Liability | | |
| OR | | |
| Property Damage Liability | | $2,500 |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

Copyright, Insurance Services Office, Inc., 1994

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a ″per occurrence″ basis, that deductible amount applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages because of ″bodily injury″;

   **b.** Under Property Damage Liability Coverage, to all damages because of ″property damage″; or

   **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

      **(1)** ″Bodily injury″;

      **(2)** ″Property damage″; or

      **(3)** ″Bodily injury″ and ″property damage″ combined

   as the result of any one ″occurrence″, regardless of the number of persons or organizations who sustain damages because of that ″occurrence″.

**C.** The terms of this insurance, including those with respect to:

   **1.** Our right and duty to defend the insured against any ″suits″ seeking those damages; and

   **2.** Your duties in the event of an ″occurrence″, claim, or ″suit″

   apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or ″suit″ and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

    Copyright, Insurance Services Office, Inc., 1994    **CG 03 00 01 96**

Insured Copy

POLICY NUMBER: 9816872

COMMERCIAL GENERAL LIABILITY
CG 04 35 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Limit Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| **Employee Benefits Programs** | $ 1,000,000 | **each employee** | $ 1,000 | $ INC |
| | $ 2,000,000 | **aggregate** | | |
| **Retroactive Date:** | 07-05-2019 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**A.** The following is added to **Section I - Coverages:**
  **COVERAGE - EMPLOYEE BENEFITS LIABILITY**

  **1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

  **(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section **III** - Limits Of Insurance); and

  **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

  **b.** This insurance applies to damages only if:

  **(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

  **(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

  **(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

  **c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

  **(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

© ISO Properties, Inc., 2006

Insured Copy

(2) When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments - Coverages **A** and **B** are replaced by Supplementary Payments - Coverages **A, B** and **Employee Benefits Liability.**

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II - Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed

    © ISO Properties, Inc., 2006    CG 04 35 12 07

Insured Copy

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

**1.** **Limits Of Insurance**

**a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** "Claims" made or "suits" brought;

**(3)** Persons or organizations making "claims" or bringing "suits";

**(4)** Acts, errors or omissions; or

**(5)** Benefits included in your "employee benefit program".

**b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

**(1)** An act, error or omission; or

**(2)** A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**2.** **Deductible**

**a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**b.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**c.** The terms of this insurance, including those with respect to:

**(1)** Our right and duty to defend any "suits" seeking those damages; and

**(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**E.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV - Commercial General Liability Conditions** are replaced by the following:

**2.** **Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4.  Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a.  Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b.  Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c.  Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

    © ISO Properties, Inc., 2006    CG 04 35 12 07

Insured Copy

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is canceled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

**(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

**1.** "Administration" means:

**a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

**b.** Handling records in connection with the "employee benefit program"; or

**c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

 © ISO Properties, Inc., 2006

Insured Copy

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

H. For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

   5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

   18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

      a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

      b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

© ISO Properties, Inc., 2006
CG 04 35 12 07

POLICY NUMBER: 9816872

**COMMERCIAL GENERAL LIABILITY**
CG 04 37 05 14

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ELECTRONIC DATA LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Loss Of Electronic Data Limit: $ 50,000 |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Exclusion **2.p.** of **Coverage A - Bodily Injury And Property Damage Liability** in **Section I - Coverages** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**C.** The following paragraph is added to **Section III - Limits Of Insurance:**

Subject to **5.** above, the Loss Of Electronic Data Limit shown in the Schedule above is the most we will pay under Coverage **A** for "property damage" because of all loss of "electronic data" arising out of any one "occurrence".

    © Insurance Services Office, Inc., 2013

Insured Copy

**D.** The following definition is added to the **Definitions** section:

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**E.** For the purposes of the coverage provided by this endorsement, the definition of "property damage" in the **Definitions** section is replaced by the following:

**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

    **c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

© Insurance Services Office, Inc., 2013
CG 04 37 05 14

Insured Copy

POLICY NUMBER: 9816872

COMMERCIAL GENERAL LIABILITY
CG 21 00 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ALL HAZARDS IN CONNECTION WITH DESIGNATED PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Description And Location Of Premises:**

ALL RESIDENTIAL BUILDINGS AND RELATED PREMISES WHETHER OCCUPIED OR NOT. THIS EXCLUSION DOES NOT APPLY TO:

1. COMMERCIAL BUILDINGS WITH RESIDENTIAL LIVING QUARTERS AS PART OF THE COMMERCIAL BUILDING;
2. BUILDINGS AND RELATED PREMISES WHERE YOU CONDUCT BUSINESS OR CONTRACTING OPERATIONS; OR
3. "BODILY INJURY" OR "PROPERTY DAMAGE" COVERAGE INCLUDED WITHIN THE "PRODUCTS-COMPLETED OPERATIONS HAZARD".

SEE ENDORSEMENT IL-F-10.2 FOR ADDITIONAL DESCRIPTIONS AND LOCATIONS OF PREMISES (IF ANY).

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement).

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule or any property located on these premises;

2. Operations on those premises or elsewhere which are necessary or incidental to the ownership, maintenance or use of those premises; or

3. Goods or products manufactured at or distributed from those premises.

Copyright, Insurance Services Office, Inc., 1997

POLICY NUMBER: 9816872

**COMMERCIAL GENERAL LIABILITY**
CG 24 07 01 96

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of Premises and Operations:**

ALL FOOD AND BEVERAGE RELATED PRODUCTS AND OPERATIONS

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

1. On, from or in connection with the use of any premises described in the Schedule, or

2. In connection with the conduct of any operation described in the Schedule, when conducted by you or on your behalf,

Paragraph **a.** of the definition of "Products - completed operations hazard" in the DEFINITIONS Section is replaced by the following:

"Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

## CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

---

**DATA COMPROMISE RESPONSE EXPENSES**

Data Compromise
Response Expenses Limit:                          $50,000  Annual Aggregate

Sublimits - Per Occurrence

   1st Party Named Malware:                      $50,000

   Forensic IT Review:                           $25,000

   Legal Review:                                 $25,000

   Public Relations:                              $5,000

   Regulatory Fines and Penalties:               $25,000

   PCI Fines and Penalties:                      $25,000

Data Compromise Response
Expenses Deductible:                               $2,500  Per Occurrence

---

**COMPUTER ATTACK**

Computer Attack Limit:                            $50,000  Annual Aggregate

Sublimits - Per Occurrence

   Business Income and Extra Expense:            $25,000

   Public Relations:                              $5,000

Computer Attack Deductible:                        $2,500  Per Occurrence

---

**CYBER EXTORTION**

Cyber Extortion Limit:                            $10,000  Annual Aggregate

Cyber Extortion Deductible:                        $2,500  Per Occurrence

---

**DATA COMPROMISE DEFENSE AND LIABILITY**

Data Compromise
Defense and Liability Limit:                      $50,000  Annual Aggregate

Sublimits - Per Occurrence

   3rd Party Named Malware:                      $50,000

Data Compromise
Defense and Liability Deductible:                  $2,500  Per Occurrence

---

CG-F-120 (10-18)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

# CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

---

**NETWORK SECURITY DEFENSE AND LIABILITY**

| Network Security Defense and Liability Limit: | $50,000 | Annual Aggregate |
| Network Security Defense and Liability Deductible: | $2,500 | Per Occurrence |

---

**ELECTRONIC MEDIA DEFENSE AND LIABILITY**

| Electronic Media Defense and Liability Limit: | $50,000 | Annual Aggregate |
| Electronic Media Defense and Liability Deductible: | $2,500 | Per Occurrence |

---

**IDENTITY RECOVERY**

| Identity Recovery Limit: | $25,000 | Annual Aggregate per "Identity Recovery Insured" |

Sublimits - Per Occurrence
   Lost Wages and Child and
   Elder Care Expenses:      $5,000
   Mental Health Counseling:      $1,000
   Miscellaneous Unnamed Costs:      $1,000

---

CG-F-120 (10-18)       Policy Number: 9816872       Transaction Effective Date: 07-05-2019

**FEDERATED MUTUAL INSURANCE COMPANY**

# CYBER COVERAGE FORM

Throughout this Coverage Form (hereinafter referred to as "Cyber Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Declarations and any other person(s) or organization(s) qualifying as a Named Insured under this Cyber Coverage. The words "we", "us", and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotations have special meaning. Refer to Section **F. DEFINITIONS.**

The terms and conditions of the Common Policy Conditions, and any amendments to such terms incorporated by this Coverage Form are hereby incorporated herein and shall apply to coverage as is afforded by this Cyber Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto. The coverage and service provided under this endorsement are separate from the Commercial General Liability coverage. The limit and deductible applicable to Cyber Coverage are separate from the limits and deductibles that apply to your Commercial General Liability coverage.

**A. COVERAGE**

This section lists the coverages that apply if indicated in the Cyber Coverage Supplemental Declarations.

**1. Data Compromise Response Expenses**

**a.** Data Compromise Response Expenses applies only if all of the following conditions are met:

**(1)** There has been a "personal data compromise"; and

**(2)** Such "personal data compromise" took place in the "coverage territory"; and

**(3)** Such "personal data compromise" is first discovered by you during the "policy period"; and

**(4)** Such "personal data compromise" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If the conditions listed in **a.** above have been met, then we will provide coverage for the following expenses when they arise directly from such "personal data compromise" and are necessary and reasonable. Items **(4)** and **(5)** below apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under item **(3)** below.

**(1) Forensic IT Review**

We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

This does not include costs to analyze, research or determine any of the following:

**(a)** Vulnerabilities in systems, procedures or physical security;

**(b)** Compliance with Payment Card Industry or other industry security standards; or

**(c)** The nature or extent of loss or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(2) Legal Review**

We will pay for a professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

CG-F-121 (10-18)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**(3) Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

**(4) Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals". Services **(c)** and **(d)** below apply only to "affected individuals" from "personal data compromise" events involving "personally identifying information".

**(a) Informational Materials**

A packet of loss prevention and customer support information.

**(b) Help Line**

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **(c)** and **(d)** below.

**(c) Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

**(d) Identity Restoration Case Management**

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**(5) Public Relations**

We will pay for a professional public relations firm review of and response to the potential impact of the "personal data compromise" on your business relationships.

This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for:

**(a)** Promotions provided to any of your directors or employees; or

**(b)** Promotion costs exceeding $25 per "affected individual".

**(6) Regulatory Fines and Penalties**

We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction.

**(7) PCI Fines and Penalties**

We will pay for any Payment Card Industry fine or penalty imposed under a contract to which you are a party. PCI Fines and Penalties do not include any increased transaction costs.

**2.  Computer Attack**

**a.**  Computer Attack applies only if all of the following conditions are met:

**(1)** There has been a "computer attack"; and

**(2)** Such "computer attack" occurred in the "coverage territory"; and

**(3)** Such "computer attack" is first discovered by you during the "policy period"; and

**(4)** Such "computer attack" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.**  If the conditions listed in **a.** above have been met, then we will provide you the following coverages for "loss" directly arising from such "computer attack".

**(1) Data Restoration**

We will pay your necessary and reasonable "data restoration costs".

**(2) Data Re-creation**

We will pay your necessary and reasonable "data re-creation costs".

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

CG-F-121 (10-18)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

    **(3)** **System Restoration**

        We will pay your necessary and reasonable ″system restoration costs″.

    **(4)** **Business Income and Extra Expense**

        We will pay your actual ″business income and extra expense″.

    **(5)** **Public Relations**

        If you suffer a covered ″business income and extra expense″, we will pay for the services of a professional public relations firm to assist you in communicating your response to the ″computer attack″ to the media, the public and your customers, clients or members.

**3.** **Cyber Extortion**

  **a.** Cyber Extortion applies only if all of the following conditions are met:

    **(1)** There has been a ″cyber extortion threat″; and

    **(2)** Such ″cyber extortion threat″ is first made against you during the ″policy period″; and

    **(3)** Such ″cyber extortion threat″ is reported to us as soon as practicable, but in no event more than 60 days after the date it is first made against you.

  **b.** If the conditions listed in **a.** above have been met, then we will pay for your necessary and reasonable ″cyber extortion expenses″ arising directly from such ″cyber extortion threat″. The payment of ″cyber extortion expenses″ must be approved in advance by us. We will not pay for ″cyber extortion expenses″ that have not been approved in advance by us. We will not unreasonably withhold our approval.

  **c.** You must make every reasonable effort not to divulge the existence of this Cyber Extortion coverage.

**4.** **Data Compromise Defense and Liability**

  **a.** Data Compromise Defense and Liability applies only if all of the following conditions are met:

    **(1)** During the ″policy period″ or any applicable Extended Reporting Period, you first receive notice of one of the following:

        **(a)** A ″claim″ brought by or on behalf of one or more ″affected individuals″; or

        **(b)** A ″regulatory proceeding″ brought by a governmental entity.

    **(2)** Such ″claim″ or ″regulatory proceeding″ must arise from a ″personal data compromise″ that:

        **(a)** Took place during the ″coverage term″;

        **(b)** Took place in the ″coverage territory″; and

        **(c)** Was submitted to us and insured under Data Compromise Response Expenses.

    **(3)** Such ″claim″ is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

  **b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered:

    **(1)** ″Loss″ directly arising from the ″claim″; or

    **(2)** ″Defense costs″ directly arising from a ″regulatory proceeding″.

  **c.** All ″claims″ and ″regulatory proceedings″ arising from a single ″personal data compromise″ or interrelated ″personal data compromises″ will be deemed to have been made at the time that notice of the first of those ″claims″ or ″regulatory proceedings″ is received by you.

**5.** **Network Security Defense and Liability**

  **a.** Network Security Defense and Liability applies only if all of the following conditions are met:

    **(1)** During the ″policy period″ or any applicable Extended Reporting Period, you first receive notice of a ″claim″ which arises from a ″network security incident″ that:

        **(a)** Took place during the ″coverage term″; and

        **(b)** Took place in the ″coverage territory″; and

    **(2)** Such ″claim″ is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

  **b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered ″loss″ directly arising from the ″claim″.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

CG-F-121 (10-18)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

    **c.** All "claims" arising from a single "network security incident" or interrelated "network security incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

**6.** **Electronic Media Defense and Liability**

    **a.** Electronic Media Defense and Liability applies only if all of the following conditions are met:

        **(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from an "electronic media incident" that:

            **(a)** Took place during the "coverage term"; and

            **(b)** Took place in the "coverage territory"; and

        **(2)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

    **b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

    **c.** All "claims" arising from a single "electronic media incident" or interrelated "electronic media incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

**7.** **Identity Recovery**

    **a.** Identity Recovery applies only if all of the following conditions are met:

        **(1)** There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this Cyber Coverage; and

        **(2)** Such "identity theft" took place in the "coverage territory"; and

        **(3)** Such "identity theft" is first discovered by the "identity recovery insured" during the "policy period"; and

        **(4)** Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured".

    **b.** If the conditions listed in **a.** above have been met, then we will provide the following to the "identity recovery insured":

        **(1)** **Case Management Service**

            We will pay for the services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

        **(2)** **Expense Reimbursement**

            We will pay for reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

**B.** **EXCLUSIONS**

We will not pay for costs or loss arising from the following:

**1.** Nuclear reaction or radiation or radioactive contamination, however caused.

**2.** War and military action including any of the following and any consequence of any of the following:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, political violence or action taken by governmental authority in hindering or defending against any of these.

**3.** Failure or interruption of or damage to the internet or an internet service provider.

**4.** Any attack on, incident involving, or loss to any computer or system of computers that is not a "computer system".

**5.** Costs to research or correct any deficiency.

**6.** Any fines or penalties other than those explicitly covered under Data Compromise Response Expenses.

**7.** Any criminal investigations or proceedings.

**8.** Your intentional or willful complicity in a covered loss event.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

CG-F-121 (10-18)        Policy Number: 9816872        Transaction Effective Date: 07-05-2019

Insured Copy

9. Your reckless disregard for the security of your computer system or data, including confidential or sensitive information of others in your care, custody or control.

10. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

11. Any "personal data compromise", "computer attack", "cyber extortion threat" or "wrongful act" occurring before the "coverage term".

12. That part of any "claim" seeking any non- monetary relief. However, this exclusion does not apply to "defense costs" arising from an otherwise insured "wrongful act".

13. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

14. Any threat, extortion or blackmail including, but not limited to, ransom payments and private security assistance. Extortion as used in this exclusion is all types of extortion except a "cyber extortion threat" as defined and covered under the Cyber Extortion coverage in this Cyber Coverage.

15. Any oral or written publication of material, if done by you or at your direction with knowledge of its falsity.

16. "Property damage" or "bodily injury" other than mental anguish or mental injury alleged in a "claim" covered under Electronic Media Defense and Liability.

17. The theft of a professional or business identity.

18. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any "authorized representative" of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

19. An "identity theft" where a written police report is not completed.

**C. LIMITS OF INSURANCE**

    **1. Aggregate Limits**

        Except for post-judgment interest, the aggregate limit for each coverage section shown in the Cyber Coverage Supplemental Declarations is the most we will pay for all "loss" under that coverage section in any one "policy period" or any applicable Extended Reporting Period. The aggregate limit shown in the Cyber Coverage Supplemental Declarations applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

    **2. Coverage Sublimits**

        **a. Data Compromise Sublimits**

        The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Cyber Coverage Supplemental Declarations.

        The most we will pay under Response Expenses coverage for loss arising from any "malware-related compromise" is the 1st Party Named Malware sublimit indicated for this Cyber Coverage. For the purpose of the 1st Party Named Malware sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise".

        These sublimits are part of, and not in addition to, the Data Compromise Response Expenses aggregate limit shown in the Cyber Coverage Supplemental Declarations. Public Relations coverage is also subject to a limit per "affected individual" as described in **A.1.b.(5)**.

        The most we will pay under Data Compromise Defense and Liability coverage for loss arising from any "malware-related compromise" is the 3rd Party Named Malware sublimit indicated for this Cyber Coverage. For the purpose of the 3rd Party Named Malware sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise". This sublimit is part of, and not in addition to, the limit or limits applicable to the Data Compromise Defense and Liability coverage.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

CG-F-121 (10-18)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**b.  Computer Attack Sublimits**

The most we will pay under Computer Attack for Business Income and Extra Expense and Public Relations coverages for "loss" arising from any one "computer attack" is the applicable sublimit for each of those coverages shown in the Cyber Coverage Supplemental Declarations. These sublimits are part of, and not in addition to, the Computer Attack aggregate limit shown in the Cyber Coverage Supplemental Declarations.

**c.  Identity Recovery Sublimits**

The following provisions are applicable only to the Identity Recovery Coverage.

**(1)** Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Services do not reduce the aggregate limit for Identity Recovery.

**(2)** Costs covered under item **d.** (Legal Costs) of the definition of "identity recovery expenses" are part of, and not in addition to, the aggregate limit for Identity Recovery.

**(3)** Costs covered under item **e.** (Lost Wages) and item **f.** (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to the Lost Wages and Child and Elder Care sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**(4)** Costs covered under item **g.** (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to the Mental Health Counseling sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**(5)** Costs covered under item **h.** (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to the Miscellaneous Unnamed Costs sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**3.  Application of Limits**

**a.**  A "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" may be first discovered by you in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" will be subject to the limit of insurance applicable to the "policy period" when the "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" was first discovered by you.

**b.**  You may first receive notice of a "claim" or "regulatory proceeding" in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "claim" or "regulatory proceeding" will be subject to the limit of insurance applicable to the "policy period" when notice of the "claim" or "regulatory proceeding" was first received by you.

**c.**  The limit of insurance for the Extended Reporting Periods (if applicable) will be part of, and not in addition to, the limit of insurance for the immediately preceding "policy period".

**d.**  Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**D.  DEDUCTIBLES**

**1.**  We will not pay for "loss" until the amount of the insured "loss" exceeds the deductible amount shown in the Cyber Coverage Supplemental Declarations. We will then pay the amount of "loss" in excess of the applicable deductible amount, subject to the applicable limits shown in the Cyber Coverage Supplemental Declarations. You will be responsible for the applicable deductible amount.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

CG-F-121 (10-18)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**2.** The deductible will apply to all:

    **a.** "Loss" arising from the same insured event or interrelated insured events under Data Compromise Response Expenses, Computer Attack or Cyber Extortion. However, this does not apply to a "business income and extra expense loss".

    **b.** "Loss" resulting from the same "wrongful act" or interrelated "wrongful acts" insured under Data Compromise Defense and Liability, Network Security Defense and Liability or Electronic Media Defense and Liability.

**3.** In the event that "loss" is insured under more than one coverage section, only the single highest deductible applies.

**4.** Insurance coverage under Identity Recovery is not subject to a deductible.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to and/or modify the Common Policy Conditions:

**1. Bankruptcy**

The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

**2. Defense and Settlement**

    **a.** We shall have the right and the duty to assume the defense of any applicable "claim" or "regulatory proceeding" against you. You shall give us such information and cooperation as we may reasonably require.

    **b.** You shall not admit liability for or settle any "claim" or "regulatory proceeding" or incur any defense costs without our prior written consent.

    **c.** If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "claim" or "regulatory proceeding" independently of us. Our liability shall not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

    **d.** We will not be obligated to pay any "loss" or "defense costs", or to defend or continue to defend any "claim" or "regulatory proceeding" after the applicable limit of insurance has been exhausted.

    **e.** We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

        **(1)** After entry of judgment; and

        **(2)** Before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

    These interest payments will be in addition to and not part of the applicable limit of insurance.

**3. Due Diligence**

You agree to use due diligence to prevent and mitigate "loss" insured under this Cyber Coverage. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

    **a.** Providing and maintaining appropriate physical security for your premises, "computer systems" and hard copy files;

    **b.** Providing and maintaining appropriate computer and Internet security;

    **c.** Maintaining and updating at appropriate intervals backups of computer data;

    **d.** Protecting transactions, such as processing credit card, debit card and check payments; and

    **e.** Appropriate disposal of files containing "personally identifying information", "personally sensitive information" or "third party corporate data", including shredding hard copy files and destroying physical media used to store electronic data.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

CG-F-121 (10-18)    Policy Number: 9816872    Transaction Effective Date: 07-05-2019

4. **Duties in the Event of a Claim, Regulatory Proceeding or Loss**

   a. If, during the "policy period", incidents or events occur which you reasonably believe may give rise to a "claim" or "regulatory proceeding" for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral "claim", allegation or threat, you shall give written notice to us as soon as practicable and either:

      (1) Anytime during the "policy period"; or

      (2) Anytime during the extended reporting periods (if applicable).

   b. If a "claim" or "regulatory proceeding" is brought against you, you must:

      (1) Immediately record the specifics of the "claim" or "regulatory proceeding" and the date received;

      (2) Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "claim" or "regulatory proceeding" is first received by you;

      (3) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "regulatory proceeding";

      (4) Authorize us to obtain records and other information;

      (5) Cooperate with us in the investigation, settlement or defense of the "claim" or "regulatory proceeding";

      (6) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of "loss" or "defense costs" to which this insurance may also apply; and

      (7) Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "claim" or "regulatory proceeding".

   c. In the event of a "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft", insured under this Cyber Coverage, you and any involved "identity recovery insured" must see that the following are done:

      (1) Notify the police if a law may have been broken.

      (2) Notify us as soon as practicable, but in no event more than 60 days after the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft". Include a description of any property involved.

      (3) As soon as possible, give us a description of how, when and where the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft" occurred.

      (4) As often as may be reasonably required, permit us to:

         (a) Inspect the property proving the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft";

         (b) Examine your books, records, electronic media and records and hardware;

         (c) Take samples of damaged and undamaged property for inspection, testing and analysis; and

         (d) Make copies from your books, records, electronic media and records and hardware.

      (5) Send us signed, sworn proof of "loss" containing the information we request to investigate the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft". You must do this within 60 days after our request. We will supply you with the necessary forms.

      (6) Cooperate with us in the investigation or settlement of the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft".

      (7) If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

      (8) Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our prior written consent.

      (9) Promptly send us any legal papers or notices received concerning the "loss".

   d. We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the "claim", "regulatory proceeding" or "loss", including your books and records. In the event of an examination, your answers must be signed.

   e. You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

5. **Extended Reporting Periods**

    **a.**  You will have the right to the Extended Reporting Periods described in this section, in the event of a "termination of coverage".

    **b.**  If a "termination of coverage" has occurred, you will have the right to the following:

        **(1)**  At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage; and

        **(2)**  Upon payment of the additional premium of 100% of the full annual premium associated with the relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage

        To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

        This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

6. **Identity Recovery Help Line**

    For assistance, if Identity Recovery applies, the "identity recovery insured" should call the **Identity Recovery Help Line** at **1-800-414-9812**.

    The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

    **a.**  Information and advice for how to respond to a possible "identity theft"; and

    **b.**  Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

    In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the Cyber Coverage. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

    As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses".

7. **Legal Action Against Us**

    No one may bring a legal action against us under this insurance unless:

    **a.**  There has been full compliance with all of the terms of this insurance; and

    **b.**  The action is brought within two years after the date the "loss" or "identity theft" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

8. **Legal Advice**

    We are not your legal advisor. Our determination of what is or is not insured under this Cyber Coverage does not represent advice or counsel from us about what you should or should not do.

9. **Other Insurance**

    If there is other insurance that applies to the same "loss", this Cyber Coverage shall apply as follows:

    **a.**  **Primary Insurance**

        This insurance is primary over any other valid and collectible insurance issued by us or any of our affiliates.

    **b.**  **Excess Insurance**

        This insurance is excess over any other valid and collectible insurance not issued by us or any of our affiliates.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

CG-F-121 (10-18)        Policy Number: 9816872        Transaction Effective Date: 07-05-2019

Insured Copy

**10. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under Data Compromise Response Expenses for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

**a.** The exact list of "affected individuals" to be notified, including contact information.

**b.** Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

**c.** The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data Compromise Response Expenses limit of insurance.

**11. Service Providers**

**a.** We will only pay under this Cyber Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Cyber Coverage. We will not unreasonably withhold such approval.

**b.** Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

**(1)** Such alternate service provider must be approved by us;

**(2)** Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

**(3)** Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**12. Services**

The following conditions apply as respects any services provided to you or any "affected individual" or "identity recovery insured" by us, our designees or any service firm paid for in whole or in part under this Cyber Coverage:

**a.** The effectiveness of such services depends on the cooperation and assistance of you, "affected individuals" and "identity recovery insureds".

**b.** All services may not be available or applicable to all individuals. For example, "affected individuals" and "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

**d.** Except for the services of an "identity recovery case manager" under Identity Recovery, which we will provide directly, you will have a direct relationship with the professional service firms paid for in whole or in part under this Cyber Coverage. Those firms work for you.

**13. Liberalization Clause**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**F. DEFINITIONS**

**1. "Affected Individual"** means any person who is your current, former or prospective customer, client, patient, member, owner, student, director or employee and whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this Cyber Coverage. This definition is subject to the following provisions:

**a.** "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.

CG-F-121 (10-18)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**b.** An "affected individual" must have a direct relationship with your interests as insured under this policy. The following are examples of individuals who would not meet this requirement:

    **(1)** If you aggregate or sell information about individuals as part of your business, the individuals about whom you keep such information do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

    **(2)** If you store, process, transmit or transport records, the individuals whose "personally identifying information" or "personally sensitive information" you are storing, processing, transmitting or transporting for another entity do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

    **(3)** You may have operations, interests or properties that are not insured under this policy. Individuals who have a relationship with you through such other operations, interests or properties do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of the operation insured under this policy.

**c.** An "affected individual" may reside anywhere in the world.

**2.** **"Authorized Representative"** means a person or entity authorized by law or contract to act on behalf of an "identity recovery insured".

**3.** **"Authorized Third Party User"** means a party who is not an employee or a director of you who is authorized by contract or other agreement to access the "computer system" for the receipt or delivery of services.

**4.** **"Bodily Injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**5.** **"Business Income and Extra Expense"** means the loss of Business Income and Extra Expense actually incurred during the Period of Restoration.

**a.** As used in this definition, Business Income means the sum of:

    **(1)** Net income (net profit or loss before income taxes) that would have been earned or incurred; and

    **(2)** Continuing normal and necessary operating expenses incurred, including employee and director payroll.

**b.** As used in this definition, Extra Expense means the additional cost you incur to operate your business over and above the cost that you normally would have incurred to operate your business during the same period had no "computer attack" occurred.

**c.** As used in this definition, Period of Restoration means the period of time that begins at the time that the "computer attack" is discovered by you and continues until the earlier of:

    **(1)** The date that all data restoration, data re-creation and system restoration directly related to the "computer attack" has been completed; or

    **(2)** The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch.

**6.** **"Claim"**

**a.** "Claim" means:

    **(1)** A written demand for monetary damages or non-monetary relief, including injunctive relief;

    **(2)** A civil proceeding commenced by the filing of a complaint;

    **(3)** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

    **(4)** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which we agree you should submit to;

    arising from a "wrongful act" or a series of interrelated "wrongful acts" including any resulting appeal.

**b.** "Claim" does not mean or include:

    **(1)** Any demand or action brought by or on behalf of someone who is:

        **(a)** Your director;

        **(b)** Your owner or part-owner; or

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

**(c)** A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. "Claim" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual"; or

**(2)** A "regulatory proceeding".

**c.** Includes a demand or proceeding arising from a "wrongful act" that is a "personal data compromise" only when:

**(1)** The proceeding is brought by one or more "affected individuals";

**(2)** The claimant alleges that one or more "affected individuals" suffered damages; and

**(3)** The "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a claim to us and provided notifications and services to "affected individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

**7.** **"Computer Attack"** means one of the following involving the "computer system":

**a.** An "unauthorized access incident";

**b.** A "malware attack"; or

**c.** A "denial of service attack" against a "computer system".

**8.** **"Computer System"** means a computer or other electronic hardware that is owned or leased by you and operated under your control.

**9.** **"Coverage Term"** means the increment of time:

**a.** Commencing on the earlier of the first inception date of this Cyber Coverage or the first inception date of any coverage substantially similar to that described in this Cyber Coverage and held immediately prior to this Cyber coverage; and

**b.** Ending upon the "termination of coverage".

**10.** **"Coverage Territory"** means:

**a.** With respect to Data Compromise Response Expenses, Computer Attack, Cyber Extortion and Identity Recovery, "coverage territory" means anywhere in the world.

**b.** With respect to Data Compromise Defense and Liability, Network Security Defense and Liability and Electronic Media Defense and Liability, "coverage territory" means anywhere in the world, however "claims" must be brought within the United States (including its territories and possessions), Puerto Rico or Canada.

**11.** **"Cyber Extortion Expenses"** means:

**a.** The cost of a negotiator or investigator retained by you in connection with a "cyber extortion threat"; and

**b.** Any amount paid by you in response to a "cyber extortion threat" to the party that made the "cyber extortion threat" for the purposes of eliminating the "cyber extortion threat" when such expenses are necessary and reasonable and arise directly from a "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

**12.** **"Cyber Extortion Threat"** means:

**a.** "Cyber extortion threat" means a demand for money from you based on a credible threat, or series of related credible threats, to:

**(1)** Launch a "denial of service attack" against the "computer system" for the purpose of denying "authorized third party users" access to your services provided through the "computer system" via the Internet;

**(2)** Gain access to a "computer system" and use that access to steal, release or publish "personally identifying information", "personally sensitive information" or "third party corporate data";

**(3)** Alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system";

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

CG-F-121 (10-18)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

**(4)** Launch a "computer attack" against a "computer system" in order to alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system"; or

**(5)** Cause you to transfer, pay or deliver any funds or property using a "computer system" without your authorization.

**b.** "Cyber extortion threat" does not mean or include any threat made in connection with a legitimate commercial dispute.

**13. "Data Re- creation Costs"**

**a.** "Data re-creation costs" means the costs of an outside professional firm hired by you to research, re-create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

**b.** "Data re-creation costs" does not mean or include costs to research, re-create or replace:

**(1)** Software programs or operating systems that are not commercially available; or

**(2)** Data that is obsolete, unnecessary or useless to you.

**14. "Data Restoration Costs"**

**a.** "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs", such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

**b.** "Data restoration costs" does not mean or include costs to research, re-create or replace:

**(1)** Software programs or operating systems that are not commercially available; or

**(2)** Data that is obsolete, unnecessary or useless to you.

**15. "Defense Costs"**

**a.** "Defense costs" means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any "claim" or "regulatory proceeding" against you. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

**b.** "Defense costs" does not mean or include the salaries or wages of your employees or directors, or your loss of earnings.

**16. "Denial of Service Attack"** means an intentional attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede authorized users from gaining access to the target computer or network through the Internet.

**17. "Electronic Media Incident"** means an allegation that the display of information in electronic form by you on a website resulted in:

**a.** Infringement of another's copyright, title, slogan, trademark, trade name, trade dress, service mark or service name;

**b.** Defamation against a person or organization that is unintended; or

**c.** A violation of a person's right of privacy, including false light and public disclosure of private facts.

**18. "Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

**19. "Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft" suffered by an "identity recovery insured":

**a. Re-Filing Costs**

Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft".

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

CG-F-121 (10-18)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

**b.   Notarization, Telephone and Postage Costs**

Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of the "identity recovery insured's" efforts to report an "identity theft" or amend or rectify records as to the "identity recovery insured's" true name or identity as a result of an "identity theft".

**c.   Credit Reports**

Costs for credit reports from established credit bureaus.

**d.   Legal Costs**

Fees and expenses for an attorney approved by us for the following:

**(1)** The defense of any civil suit brought against an "identity recovery insured".

**(2)** The removal of any civil judgment wrongfully entered against an "identity recovery insured".

**(3)** Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

**(4)** Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

**(5)** The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured".

**e.   Lost Wages**

Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

**f.   Child and Elder Care Expenses**

Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

**g.   Mental Health Counseling**

Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

**h.   Miscellaneous Unnamed Costs**

Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

**(1)** Such costs include:

**(a)** Costs by the "identity recovery insured" to recover control over his or her personal identity.

**(b)** Deductibles or service fees from financial institutions.

**(2)** Such costs do not include:

**(a)** Costs to avoid, prevent or detect "identity theft" or other loss.

**(b)** Money lost or stolen.

**(c)** Costs that are restricted or excluded elsewhere in this Cyber Coverage.

**20.   "Identity Recovery Insured"** means the following:

**a.**   When the entity insured under this Cyber Coverage is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured business.

**b.**   When the entity insured under this Cyber Coverage is a partnership, the "identity recovery insureds" are the current partners.

**c.**   When the entity insured under this Cyber Coverage is a corporation or other form of organization, other than those described in **a.** or **b.** above, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if, and only if, there is no one who has such an ownership position, then the "identity recovery insured" will be:

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.
CG-F-121 (10-18)           Policy Number: 9816872           Transaction Effective Date: 07-05-2019

Insured Copy

    **(1)** The chief executive of the insured entity; or

    **(2)** As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. If the entity insured under this Cyber Coverage is a legal entity, that legal entity is not an "identity recovery insured".

**21. "Identity Theft"**

    **a.** "Identity theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

    **b.** "Identity theft" does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

**22. "Loss"**

    **a.** With respect to Data Compromise Response Expenses, "loss" means those expenses enumerated in Data Compromise Response Expenses, paragraph **b.**

    **b.** With respect to Computer Attack, "loss" means those expenses enumerated in Computer Attack, paragraph **b.**

    **c.** With respect to Cyber Extortion, "loss" means "cyber extortion expenses".

    **d.** With respect to Data Compromise Defense and Liability, Network Security Defense and Liability and Electronic Media Defense and Liability, "loss" means "defense costs" and "settlement costs".

    **e.** With respect to Identity Recovery, "loss" means those expenses enumerated in Identity Recovery, paragraph **b.**

**23. "Malware Attack"**

    **a.** "Malware attack" means an attack that damages a "computer system" or data contained therein arising from malicious code, including viruses, worms, trojans, spyware and keyloggers.

    **b.** "Malware attack" does not mean or include damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your "computer system" during the manufacturing process or normal maintenance.

**24. "Malware-Related Compromise"** means a "personal data compromise" that is caused, enabled or abetted by a virus or other malicious code that, at the time of the "personal data compromise", is named and recognized by the CERT® Coordination Center, McAfee®, Secunia, Symantec or other comparable third party monitors of malicious code activity.

**25. "Network Security Incident"** means a negligent security failure or weakness with respect to a "computer system" which allowed one or more of the following to happen:

    **a.** The unintended propagation or forwarding of malware, including viruses, worms, trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code;

    **b.** The unintended abetting of a "denial of service attack" against one or more other systems; or

    **c.** The unintended loss, release or disclosure of "third party corporate data".

**26. "Personal Data Compromise"** means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

    **a.** At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

        **(1)** You; or

        **(2)** A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.
CG-F-121 (10-18)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

    **b.** "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

    **c.** "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

    **d.** All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

**27.** **"Personally Identifying Information"**

    **a.** "Personally identifying information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual" or "identity recovery insured". This includes, but is not limited to, Social Security numbers or account numbers.

    **b.** "Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

**28.** **"Personally Sensitive Information"**

    **a.** "Personally sensitive information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

    **b.** "Personally sensitive information" does not mean or include "personally identifying information".

**29.** **"Policy Period"** means the period commencing on the effective date shown in the Policy Declarations. The "policy period" ends on the expiration date or the cancellation date of this Cyber Coverage, whichever comes first.

**30.** **"Property Damage"** means:

    **a.** Physical injury to or destruction of tangible property including all resulting loss of use; or

    **b.** Loss of use of tangible property that is not physically injured.

**31.** **"Regulatory Proceeding"** means an investigation, demand or proceeding alleging a violation of law or regulation arising from a "personal data compromise" brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

**32.** **"Settlement Costs"**

    **a.** "Settlement costs" means the following, when they arise from a "claim":

        **(1)** Damages, judgments or settlements; and

        **(2)** Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

        **(3)** Pre-judgment interest on that part of any judgment paid by us.

    **b.** "Settlement costs" does not mean or include:

        **(1)** Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered under Data Compromise Response Expenses;

        **(2)** Punitive and exemplary damages;

        **(3)** The multiple portion of any multiplied damages;

        **(4)** Taxes; or

        **(5)** Matters which may be deemed uninsurable under the applicable law.

    **c.** With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Cyber Coverage, provided that such jurisdiction:

        **(1)** Is where those fines, or penalties were awarded or imposed;

        **(2)** Is where any "wrongful act" took place for which such fines, or penalties were awarded or imposed;

        **(3)** Is where you are incorporated or you have your principal place of business; or

        **(4)** Is where we are incorporated or have our principal place of business.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of
Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

**33.** "**System Restoration Costs**"

**a.** "System restoration costs" means the costs of an outside professional firm hired by you to do any of the following in order to restore your computer system to its pre-"computer attack" level of functionality:

**(1)** Replace or reinstall computer software programs;

**(2)** Remove any malicious code; and

**(3)** Configure or correct the configuration of your computer system.

**b.** "System restoration costs" does not mean or include:

**(1)** Costs to increase the speed, capacity or utility of a "computer system" beyond what existed immediately prior to the "computer attack";

**(2)** Labor costs of your employees or directors;

**(3)** Any costs in excess of the actual cash value of your computer system; or

**(4)** Costs to repair or replace hardware.

**34.** "**Termination of Coverage**" means:

**a.** You or we cancel this coverage;

**b.** You or we refuse to renew this coverage; or

**c.** We renew this coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this Cyber Coverage.

**35.** "**Third Party Corporate Data**"

**a.** "Third party corporate data" means any trade secret, data, design, interpretation, forecast, formula, method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not an insured under this Cyber Coverage which is not available to the general public and is provided to you subject to a mutually executed written confidentiality agreement or which you are legally required to maintain in confidence.

**b.** "Third party corporate data" does not mean or include "personally identifying information" or "personally sensitive information".

**36.** "**Unauthorized Access Incident**" means the gaining of access to a "computer system" by:

**a.** An unauthorized person or persons; or

**b.** An authorized person or persons for unauthorized purposes.

**37.** "**Wrongful Act**:

**a.** With respect to Data Compromise Defense and Liability, "wrongful act" means a "personal data compromise".

**b.** With respect to Network Security Defense and Liability, "wrongful act" means a "network security incident".

**c.** With respect to Electronic Media Defense and Liability, "wrongful act" means an "electronic media incident".

ALL OTHER PROVISIONS OF THIS POLICY APPLY.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISDELIVERY OF LIQUID PRODUCTS COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion g. of COVERAGE A (Section I) does not apply to "bodily injury" or "property damage" arising out of:

1. The delivery of any liquid product into a wrong receptacle or to a wrong address; or

2. The erroneous delivery of one liquid product for another by an "auto;"

if the "bodily injury" or "property damage" occurs after such operations have been completed or abandoned at the site of such delivery.

Operations which may require further service, maintenance, correction, repair or replacement of performance at the wrong address or because of any error, defect or deficiency, but which are otherwise completed, will be deemed completed.

     Copyright, Insurance Services Office, Inc., 1984

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTAMINATED PETROLEUM PRODUCTS - DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

If a Deductible Liability endorsement is attached to your policy, the total deductible amount for a loss from a contaminated petroleum product shall be a single deductible, regardless of the number of claimants that sustain damage from:

   **a.**   the same contaminated petroleum storage tank;

   **b.**   contaminated petroleum storage tanks at any one location; or

   **c.**   a delivery vehicle.

For the purpose of this endorsement, the total aggregate amount of deductibles paid for all losses from contaminated petroleum products shall be no more than ___$12,500___ per policy period.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG-F-106 (02-10)                Policy Number: 9816872                Transaction Effective Date: 07-05-2019

Insured Copy

POLICY NUMBER: 9816872

COMMERCIAL GENERAL LIABILITY
CG 21 51 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION - EXCEPTION FOR SCHEDULED PREMISES OR ACTIVITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description Of Premises Or Activities: |
| --- |
| **SEE ENDORSEMENT IL-F-10.2 FOR DESCRIPTION OF PREMISES OR ACTIVITIES (IF ANY)** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following replaces Exclusion **c.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2.    Exclusions**

This insurance does not apply to:

**c.    Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person, including causing or contributing to the intoxication of any person because alcoholic beverages were permitted to be brought on your premises, for consumption on your premises;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

This exclusion applies only if you:

**(1)** Manufacture, sell or distribute alcoholic beverages;

**(2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**(a)** Requires a license;

**(b)** Is for the purpose of financial gain or livelihood;

**(3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity; or

**(4)** Permit any person to bring any alcoholic beverages on your premises, for consumption on your premises.

However, this exclusion does not apply to "bodily injury" or "property damage" arising out of:

**(i)** The selling, serving or furnishing of alcoholic beverages at the specified activity described in the Schedule; or

**(ii)** Permitting any person to bring any alcoholic beverages on the premises described in the Schedule, for consumption on the premises described in the Schedule.

© Insurance Services Office, Inc., 2012

CG 21 51 04 13          Policy Number: 9816872          Transaction Effective Date: 07-05-2019



**FEDERATED MUTUAL INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

## DECLARATIONS
## CRIME AND FIDELITY COVERAGE PART
## (COMMERCIAL ENTITIES)

The Crime and Fidelity Coverage Part (Commercial Entities) consists of this Declarations Form and the Commercial Crime Coverage Form.

Employee Benefit Plan(s) included as Named Insureds: _____

| INSURING AGREEMENTS | LIMIT OF INSURANCE Per Occurrence | DEDUCTIBLE AMOUNT Per Occurrence |
|---|---|---|
| 1. Employee Theft | $100,000 | $2,500 |
|     Employee Benefit Plan(s) only | | |
| 2. Forgery Or Alteration | $100,000 | $2,500 |
| 3. Inside The Premises - Theft Of Money And Securities | $100,000 | $2,500 |
| 4. Inside The Premises - Robbery Or Safe Burglary Of Other Property | | |
| 5. Outside The Premises | $100,000 | $2,500 |
| 6. Computer And Funds Transfer Fraud | $100,000 | $2,500 |
| 7. Money Orders And Counterfeit Money | $100,000 | $2,500 |

**IF ADDED BY ENDORSEMENT, INSURING AGREEMENT(S):**

Employee Theft - Name Or Position Schedule

If a limit or asterisk(*) is not inserted above/opposite any specified Insuring Agreement, such Insuring Agreement and any other reference thereto in this Coverage Part is deleted.

*Information required to complete these Declarations, if not shown on these Declarations, will be shown on the schedules or endorsements attached to this Coverage Part.

**FORMS AND ENDORSEMENTS APPLICABLE:**

| | |
|---|---|
| Commercial Crime Coverage Form (Loss Sustained Form) | CR 00 21 (08-13) |
| Virtual Currency Exclusion | CR-F-11 (11-15) |
| Include Designated Agents As Employees | CR 25 02 (10-10) |
| Exclude Designated Persons Or Classes Of Persons As Employees | CR 25 01 (10-10) |
| Clients Property | CR-F-4 (10-13) |
| Add Credit, Debit Or Charge Card Forgery | CR 25 20 (10-10) |
| Massachusetts Changes - Non-Binding Arbitration | CR 01 83 (10-10) |
| Replace Terrorism Provisions | CR 07 51 (08-08) |
| Amend Territory Condition - Include Worldwide Coverage | CR 20 30 (08-13) |

This Coverage Part consists of: (1) this Coverage Part Declarations Page; (2) the Schedule of Forms and Endorsements if attached hereto; (3) all forms and endorsements listed on this Coverage Part Declarations Page or, if attached here, the Schedule of Forms and Endorsements; and (4) any other schedules attached hereto.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CRIME AND FIDELITY
CR 00 21 08 13

# COMMERCIAL CRIME COVERAGE FORM
# (LOSS SUSTAINED FORM)

Various provisions in this Policy restrict coverage. Read the entire Policy carefully to determine rights, duties and what is or is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit Of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in Condition **E.1.k.** or **E.1.l.**, which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.g.**:

### 1. Employee Theft

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 2. Forgery Or Alteration

**a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(1)** Made or drawn by or drawn upon you; or

**(2)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

**b.** If you are sued for refusing to pay any instrument covered in Paragraph **2.a.**, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay for such legal expenses is in addition to the Limit of Insurance applicable to this Insuring Agreement.

### 3. Inside The Premises - Theft Of Money And Securities

We will pay for:

**a.** Loss of "money" and "securities" inside the "premises" or "financial institution premises":

**(1)** Resulting directly from "theft" committed by a person present inside such "premises" or "financial institution premises"; or

**(2)** Resulting directly from disappearance or destruction.

**b.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

**c.** Loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of, or unlawful entry into, those containers.

### 4. Inside The Premises - Robbery Or Safe Burglary Of Other Property

We will pay for:

**a.** Loss of or damage to "other property":

**(1)** Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

**(2)** Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

**b.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

**c.** Loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

**5. Outside The Premises**

We will pay for:

**a.** Loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

**b.** Loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

**6. Computer And Funds Transfer Fraud**

**a.** We will pay for:

**(1)** Loss resulting directly from a fraudulent:

**(a)** Entry of "electronic data" or "computer program" into; or

**(b)** Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to Paragraphs **6.a.(1)(a)** and **6.a.(1)(b)**:

**(i)** "Money", "securities" or "other property" to be transferred, paid or delivered; or

**(ii)** Your account at a "financial institution" to be debited or deleted.

**(2)** Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and transfer, pay or deliver "money" or "securities" from that account.

**b.** As used in Paragraph **6.a.(1),** fraudulent entry or fraudulent change of "electronic data" or "computer program" shall include such entry or change made by an "employee" acting, in good faith, upon a "fraudulent instruction" received from a computer software contractor who has a written agreement with you to design, implement or service "computer programs" for a "computer system" covered under this Insuring Agreement.

**7. Money Orders And Counterfeit Money**

We will pay for loss resulting directly from your having, in good faith, accepted in exchange for merchandise, "money" or services:

**a.** Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation; or

**b.** "Counterfeit" money that is acquired during the regular course of business.

**B. Limit Of Insurance**

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit Of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or coverages.

**C. Deductible**

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

**D. Exclusions**

**1.** This insurance does not cover:

**a. Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest act committed by:

**(1)** You; or

**(2)** Any of your partners or "members";

whether acting alone or in collusion with other persons.

**b.  Acts Committed By Your Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of such "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c.  Acts Committed By Your Employees, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(1)** Whether acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1.**

**d.  Confidential Or Personal Information**

Loss resulting from:

**(1)** The disclosure of your or another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The use of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**e.  Data Security Breach**

Fees, costs, fines, penalties and other expenses incurred by you which are related to the access to or disclosure of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**f.  Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

**g.  Indirect Loss**

Loss that is an indirect result of "occurrence" covered by this insurance including, but not limited to, loss resulting from:

**(1)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property".

**(2)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

**(3)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**h.  Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement **A.2.**

**i.  Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**j.  Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**k.  War And Military Action**

Loss or damage resulting from:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

© Insurance Services Office, Inc., 2012

2. Insuring Agreement **A.1.** does not cover:

   a. **Inventory Shortages**

   Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

   (1) An inventory computation; or

   (2) A profit and loss computation.

   However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

   b. **Trading**

   Loss resulting from trading, whether in your name or in a genuine or fictitious account.

   c. **Warehouse Receipts**

   Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

3. Insuring Agreements **A.3.**, **A.4.** and **A.5.** do not cover:

   a. **Accounting Or Arithmetical Errors Or Omissions**

   Loss resulting from accounting or arithmetical errors or omissions.

   b. **Exchanges Or Purchases**

   Loss resulting from the giving or surrendering of property in any exchange or purchase.

   c. **Fire**

   Loss or damage resulting from fire, however caused, except:

   (1) Loss of or damage to "money" and "securities"; and

   (2) Loss from damage to a safe or vault.

   d. **Money Operated Devices**

   Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

   e. **Motor Vehicles Or Equipment And Accessories**

   Loss of or damage to motor vehicles, trailers or semitrailers or equipment and accessories attached to them.

f. **Transfer Or Surrender Of Property**

   (1) Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "financial institution premises":

   (a) On the basis of unauthorized instructions; or

   (b) As a result of a threat including, but not limited to:

   (i) A threat to do bodily harm to any person;

   (ii) A threat to do damage to any property;

   (iii) A threat to introduce a denial of service attack into any "computer system";

   (iv) A threat to introduce a virus or other malicious instruction into any "computer system" which is designed to damage, destroy or corrupt "electronic data" or "computer programs" stored within the "computer system";

   (v) A threat to contaminate, pollute or render substandard your products or goods; or

   (vi) A threat to disseminate, divulge or utilize:

   i Your confidential information;

   ii. Confidential or personal information of another person or organization; or

   iii Weaknesses in the source code within any "computer system".

   (2) But, this exclusion does not apply under Insuring Agreement **A.5.** to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

   (a) Had no knowledge of any threat at the time the conveyance began; or

   (b) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

g. **Vandalism**

   Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

     © Insurance Services Office, Inc., 2012     CR 00 21 08 13

**h.** **Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**4.** Insuring Agreement **A.6.** does not cover:

**a.** **Authorized Access**

Loss resulting from a fraudulent:

**(1)** Entry of "electronic data" or "computer program" into; or

**(2)** Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you by a person or organization with authorized access to that "computer system", except when covered under Insuring Agreement **A.6.b.**

**b.** **Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**c.** **Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d.** **Fraudulent Instructions**

Loss resulting from an "employee" or "financial institution" acting upon any instruction to:

**(1)** Transfer, pay or deliver "money", "securities" or "other property"; or

**(2)** Debit or delete your account;

which instruction proves to be fraudulent, except when covered under Insuring Agreement **A.6.a.(2)** or **A.6.b.**

**e.** **Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

**E.** **Conditions**

The following conditions apply in addition to the Common Policy Conditions:

**1.** **Conditions Applicable To All Insuring Agreements**

**a.** **Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" is not required, and no additional premium will be charged for the remainder of the Policy Period shown in the Declarations.

**b.** **Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceals or misrepresents a material fact concerning:

**(1)** This insurance;

**(2)** The property covered under this insurance;

**(3)** Your interest in the property covered under this insurance; or

**(4)** A claim under this insurance.

**c.** **Consolidation - Merger Or Acquisition**

If you consolidate or merge with, or purchase or acquire the assets or liabilities of, another entity:

**(1)** You must give us written notice as soon as possible and obtain our written consent to extend the coverage provided by this insurance to such consolidated or merged entity or such purchased or acquired assets or liabilities. We may condition our consent by requiring payment of an additional premium; but

**(2)** For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities, provided that all "occurrences" causing or contributing to a loss involving such consolidation, merger or purchase or acquisition of assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

**d.** **Cooperation**

You must cooperate with us in all matters pertaining to this insurance as stated in its terms and conditions.

**e.** **Duties In The Event Of Loss**

After you "discover" a loss or a situation that may result in loss of or damage to "money", "securities" or "other property", you must:

**(1)** Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.** or **A.2.**) involves a violation of law, you must also notify the local law enforcement authorities;

**(2)** Give us a detailed, sworn proof of loss within 120 days;

**(3)** Cooperate with us in the investigation and settlement of any claim;

**(4)** Produce for our examination all pertinent records;

**(5)** Submit to examination under oath at our request and give us a signed statement of your answers; and

**(6)** Secure all of your rights of recovery against any person or organization responsible for the loss and do nothing to impair those rights.

**f.** **Employee Benefit Plans**

The "employee benefit plan" shown in the Declarations (hereinafter referred to as Plan) are included as Insureds under Insuring Agreement **A.1.,** subject to the following:

**(1)** If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator is responsible for selecting a Limit of Insurance for Insuring Agreement **A.1.** that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required under ERISA as if each Plan were separately insured.

**(2)** With respect to loss sustained or "discovered" by any such Plan, Insuring Agreement **A.1.** is replaced by the following:

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

**(3)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**(4)** If two or more Plans are insured under this insurance, any payment we make for loss:

**(a)** Sustained by two or more Plans; or

**(b)** Of commingled "money", "securities" or "other property" of two or more Plans;

resulting directly from an "occurrence" will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required under ERISA for each Plan bears to the total of those limits.

**(5)** The Deductible Amount applicable to Insuring Agreement **A.1.** does not apply to loss sustained by any Plan.

    © Insurance Services Office, Inc., 2012    CR 00 21 08 13

**g. Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

**(1)** No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)** No later than one year from the date of that cancellation with regard to any "employee benefit plan".

**h. Joint Insured**

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**(2)** If any Insured, or partner, "member" or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "employee" of any Insured is considered to be an "employee" of every Insured.

**(4)** If this insurance or any of its coverages are cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

**(a)** No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(b)** No later than one year from the date of that cancellation with regard to any "employee benefit plan".

**(5)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

**(6)** Payment by us to the first Named Insured for loss sustained by any Insured, or payment by us to any "employee benefit plan" for loss sustained by that Plan, shall fully release us on account of such loss.

**i. Legal Action Against Us**

You may not bring any legal action against us involving loss:

**(1)** Unless you have complied with all the terms of this insurance;

**(2)** Until 90 days after you have filed proof of loss with us; and

**(3)** Unless brought within two years from the date you "discovered" the loss.

If any limitation in this condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

**j. Liberalization**

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

**k. Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate**

**(1) Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

**(a)** Partly during the Policy Period shown in the Declarations; and

**(b)** Partly during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this policy period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

**(2) Loss Sustained Entirely During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

**(3)** In settling loss under Paragraphs **k.(1)** and **k.(2)**:

**(a)** The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, or the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

**(4)** The following examples demonstrate how we will settle losses subject to this condition:

**Example Number 1**

The insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B**.

**Policy A**

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Policy B**

Issued prior to Policy **A**. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

The amount of loss sustained under Policy **A** is $2,500 and under Policy **B,** $7,500.

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy **A**. The Policy **A** Deductible Amount of $5,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss - $5,000 deductible = $0.00).

**(b)** The remaining amount of loss sustained under Policy **B** ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy **A** of $2,500 is applied to the loss (i.e., $7,500 loss - $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

**Example Number 2**

The insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B**.

**Policy A**

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

    © Insurance Services Office, Inc., 2012    CR 00 21 08 13

### Policy B

Issued prior to Policy **A**. Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

The amount of loss sustained under Policy **A** is $175,000 and under Policy **B**, $75,000.

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy **B**. The Policy **A** Deductible Amount of $10,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($175,000) is settled first. The amount we will pay is the Policy **A** Limit of $125,000 because $175,000 loss - $10,000 deductible = $165,000, which is greater than the $125,000 policy limit.

**(b)** The remaining amount of loss sustained under Policy **B** ($75,000) is settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy **B** limit - $125,000 paid under Policy **A** = $25,000).

The most we will pay for this loss is $150,000.

### Example Number 3

The insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies **A**, **B**, **C** and **D**.

### Policy A

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

### Policy B

Issued prior to Policy **A**. Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

### Policy C

Issued prior to Policy **B**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

### Policy D

Issued prior to Policy **C**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

The amount of loss sustained under Policy **A** is $350,000; under Policy **B**, $250,000; under Policy **C**, $600,000; and under Policy **D**, $800,000.

The highest single Limit of Insurance applicable to this entire loss is $1,000,000 written under Policy **A**. The Policy **A** Deductible Amount of $100,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss - $100,000 deductible = $250,000).

**(b)** The amount of loss sustained under Policy **B** ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

**(c)** The amount of loss sustained under Policy **C** ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

**(d)** We will not make any further payment under Policy **D**, as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy **A** has been satisfied.

The most we will pay for this loss is $1,000,000.

**I.    Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**

**(1)** If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the policy period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

**(2)** In settling loss subject to this condition:

**(a)** The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the prior cancelled insurance.

**(3)** The insurance provided under this condition is subject to the following:

**(a)** If loss covered under this condition is also partially covered under Condition **E.1.k.**, the amount recoverable under this condition is part of, not in addition to, the amount recoverable under Condition **E.1.k.**

**(b)** For loss covered under this condition that is not subject to Paragraph **I.(3)(a)**, the amount recoverable under this condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

**(i)** This insurance as of its effective date; or

**(ii)** The prior cancelled insurance had it remained in effect.

**m.  Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1) Primary Insurance**

When this insurance is written as primary insurance, and:

**(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit Of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

**(b)** You have other insurance covering the same loss other than that described in Paragraph **m.(1)(a)**, we will only pay for the amount of loss that exceeds:

**(i)** The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

**(ii)** The Deductible Amount shown in the Declarations;

whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

**(2) Excess Insurance**

**(a)** When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

**(b)** However, if loss covered under this insurance is subject to a deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

**n.  Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease;

**(2)** That is held by you in any capacity; or

**(3)** For which you are legally liable, provided you were liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**o.  Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

**p.  Recoveries**

**(1)** Any recoveries, whether effected before or after any payment under this insurance, whether made by us or by you, shall be applied net of the expense of such recovery:

**(a)** First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

**(b)** Second, to us in satisfaction of amounts paid in settlement of your claim;

**(c)** Third, to you in satisfaction of any Deductible Amount; and

© Insurance Services Office, Inc., 2012

(d) Fourth, to you in satisfaction of any loss not covered under this insurance.

(2) Recoveries do not include any recovery:

(a) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

(b) Of original "securities" after duplicates of them have been issued.

**q. Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions), Puerto Rico and Canada.

**r. Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**s. Valuation - Settlement**

The value of any loss for purposes of coverage under this insurance shall be determined as follows:

(1) **Money**

Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

(a) At face value in the "money" issued by that country; or

(b) In the United States of America dollar equivalent, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

(2) **Securities**

Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

(a) Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

(b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of this:

(i) Market value of the "securities" at the close of business on the day the loss was "discovered"; or

(ii) Limit of Insurance applicable to the "securities".

(3) **Property Other Than Money And Securities**

(a) Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

(i) The Limit of Insurance applicable to the lost or damaged property;

(ii) The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

(iii) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

(b) We will not pay on a replacement cost basis for any loss or damage to property covered under Paragraph **s.(3)a**:

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

(c) We will, at our option, pay for loss or damage to such property:

(i) In the "money" of the country in which the loss or damage was sustained; or

    **(ii)** In the United States of America dollar equivalent of the "money" of the country in which the loss or damage was sustained, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

    **(d)** Any property that we pay for or replace becomes our property.

**2. Conditions Applicable To Insuring Agreement A.1.**

    **a. Termination As To Any Employee**

    This Insuring Agreement terminates as to any "employee":

    **(1)** As soon as:

      **(a)** You; or

      **(b)** Any of your partners, "members", "managers", officers, directors, or trustees not in collusion with the "employee";

    learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you; or

    **(2)** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

    We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

    **b. Territory**

    We will pay for loss caused by any "employee" while temporarily outside the territory specified in Territory Condition **E.1.q.** for a period of not more than 90 consecutive days.

**3. Conditions Applicable To Insuring Agreement A.2.**

    **a. Deductible Amount**

    The Deductible Amount does not apply to legal expenses paid under Insuring Agreement **A.2.**

    **b. Electronic And Mechanical Signatures**

    We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

    **c. Proof Of Loss**

    You must include with your proof of loss any instrument involved in that loss or, if that is not possible, an affidavit setting forth the amount and cause of loss.

    **d. Territory**

    We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.2.**

**4. Conditions Applicable To Insuring Agreements A.4. And A.5.**

    **a. Armored Motor Vehicle Companies**

    Under Insuring Agreement **A.5.**, we will only pay for the amount of loss you cannot recover:

    **(1)** Under your contract with the armored motor vehicle company; and

    **(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

    **b. Special Limit Of Insurance For Specified Property**

    We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

    **(1)** Precious metals, precious or semiprecious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

    **(2)** Manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**5. Conditions Applicable To Insuring Agreement A.6.**

    **a. Special Limit Of Insurance For Specified Property**

    We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

    **b. Territory**

    We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.6.**

    © Insurance Services Office, Inc., 2012    CR 00 21 08 13

**F.  Definitions**

1.  "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send "electronic data".

2.  "Computer system" means:

    a.  Computers, including Personal Digital Assistants (PDAs) and other transportable or handheld devices, electronic storage devices and related peripheral components;

    b.  Systems and applications software; and

    c.  Related communications networks;

    by which "electronic data" is collected, transmitted, processed, stored or retrieved.

3.  "Counterfeit money" means an imitation of "money" which is intended to deceive and to be taken as genuine.

4.  "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

5.  "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

    "Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

6.  "Electronic data" means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on data storage devices, including hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

7.  "Employee":

    a.  Means:

        (1)  Any natural person:

            (a)  While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

            (b)  Whom you compensate directly by salary, wages or commissions; and

            (c)  Whom you have the right to direct and control while performing services for you;

        (2)  Any natural person who is furnished temporarily to you:

            (a)  To substitute for a permanent "employee", as defined in Paragraph **7a.(1)**, who is on leave; or

            (b)  To meet seasonal or short-term work load conditions;

            while that person is subject to your direction and control and performing services for you;

        (3)  Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in Paragraph **7a.(2)**;

        (4)  Any natural person who is:

            (a)  A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; or

            (b)  Your director or trustee while that person is engaged in handling "money", "securities" or "other property" of any "employee benefit plan";

        (5)  Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained by you as a consultant while performing services for you;

        (6)  Any natural person who is a guest student or intern pursuing studies or duties;

**(7)** Any natural person employed by an entity merged or consolidated with you prior to the effective date of this Policy; and

**(8)** Any natural person who is your "manager", director or trustee while:

    **(a)** Performing acts within the scope of the usual duties of an "employee"; or

    **(b)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

**b.** Does not mean:

Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **7.a.**

**8.** "Employee benefit plan" means any welfare or pension benefit plan shown in the Declarations that you sponsor and that is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

**9.** "Financial institution" means:

**a.** With regard to Insuring Agreement **A.3.**:

    **(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

    **(2)** An insurance company.

**b.** With regard to Insuring Agreement **A.6.**:

    **(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

    **(2)** An insurance company; or

    **(3)** A stock brokerage firm or investment company.

**10.** "Financial institution premises" means the interior of that portion of any building occupied by a "financial institution".

**11.** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**12.** "Fraudulent instruction" means:

**a.** With regard to Insuring Agreement **A.6.a.(2)**:

    **(1)** A computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic instruction directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", which instruction purports to have been issued by you, but which in fact was fraudulently issued by someone else without your knowledge or consent.

    **(2)** A written instruction (other than those covered under Insuring Agreement **A.2.**) issued to a "financial institution" directing the "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", through an electronic funds transfer system at specified times or under specified conditions, which instruction purports to have been issued by you, but which in fact was issued, forged or altered by someone else without your knowledge or consent.

    **(3)** A computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic or written instruction initially received by you, which instruction purports to have been issued by an "employee", but which in fact was fraudulently issued by someone else without your or the "employee's" knowledge or consent.

**b.** With regard to Insuring Agreement **A.6.b.**:

A computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic, written or voice instruction directing an "employee" to enter or change "electronic data" or "computer programs" within a "computer system" covered under the Insuring Agreement, which instruction in fact was fraudulently issued by your computer software contractor.

**13.** "Manager" means a natural person serving in a directorial capacity for a limited liability company.

**14.** "Member" means an owner of a limited liability company represented by its membership interest who, if a natural person, may also serve as a "manager".

    © Insurance Services Office, Inc., 2012    CR 00 21 08 13

15. "Messenger" means you, or your relative, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

16. "Money" means:

   a. Currency, coins and bank notes in current use and having a face value;

   b. Traveler's checks and money orders held for sale to the public; and

   c. In addition, includes:

      (1) Under Insuring Agreements **A.1.** and **A.2.**, deposits in your account at any financial institution; and

      (2) Under Insuring Agreement **A.6.**, deposits in your account at a "financial institution" as defined in Paragraph **F.9.b.**

17. "Occurrence" means:

   a. Under Insuring Agreement **A.1.:**

      (1) An individual act;

      (2) The combined total of all separate acts whether or not related; or

      (3) A series of acts whether or not related;

      committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

   b. Under Insuring Agreement **A.2.:**

      (1) An individual act;

      (2) The combined total of all separate acts whether or not related; or

      (3) A series of acts whether or not related;

      committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

   c. Under all other Insuring Agreements:

      (1) An individual act or event;

      (2) The combined total of all separate acts or events whether or not related; or

      (3) A series of acts or events whether or not related;

      committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

18. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include "computer programs", "electronic data" or any property specifically excluded under this insurance.

19. "Premises" means the interior of that portion of any building you occupy in conducting your business.

20. "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

   a. Caused or threatened to cause that person bodily harm; or

   b. Committed an obviously unlawful act witnessed by that person.

21. "Safe burglary" means the unlawful taking of:

   a. Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

   b. A safe or vault from inside the "premises".

22. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

   but does not include "money".

23. "Theft" means the unlawful taking of property to the deprivation of the Insured.

24. "Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of "money" or "securities":

   a. By means of computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic instructions; or

   b. By means of written instructions (other than those covered under Insuring Agreement **A.2.**) establishing the conditions under which such transfers are to be initiated by such "financial institution" through an electronic funds transfer system.

25. "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

Insured Copy

**FEDERATED INSURANCE COMPANY**

**THIS ENDROSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## VIRTUAL CURRENCY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM

**SECTION D.1. EXCLUSIONS**

The following exclusion is added:

**I.**   **Virtual Currency**

Loss involving currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

**SECTION F. DEFINITIONS**

Definition **16.** is deleted and replaced with the following:

**16.**   "Money" means:

**a.**   Currency, coins and bank notes in current use and having a face value;

**b.**   Traveler's checks and money orders held for sale to the public; and

**c.**   In addition, includes:

**(1)**   Under Insuring Agreements **A.1.** and **A.2.,** deposits in your account at any financial institution; and

**(2)**   Under Insuring Agreement **A.6.,** deposits in your account at a financial institution as defined in Paragraph **F.9.b.**

"Money" does not include virtual currency, which has the meaning described under **EXCLUSION I.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CR-F-11 (11-15)          Policy Number: 9816872          Transaction Effective Date: 07-05-2019

Insured Copy

POLICY NUMBER: 9816872

CRIME AND FIDELITY
CR 25 02 10 10

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# INCLUDE DESIGNATED AGENTS AS EMPLOYEES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY

and applies to the Employee Theft Insuring Agreement:

### SCHEDULE

| Capacity Of Agent | Limit Of Insurance |
|---|---|
| 10   Commissioned Agents | $      $100,000 |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

1. The definition of "employee" is amended to include each natural person, partnership or corporation you appoint in writing to act as your agent in the capacity shown in the Schedule while acting on your behalf or while in possession of covered property. These natural persons, partnerships or corporations are not covered for faithful performance of duty, even in the event that this insurance may have been amended by endorsement to provide such coverage on other "employees". Only coverage for "theft" applies to the agents scheduled above.

2. Each such agent and the partners, officers and employees of that agent are considered to be, collectively, one "employee" for the purposes of this insurance. However, the Termination As To Any Employee Condition applies individually to each of them.

3. The most we will pay under this insurance for loss caused by an agent included as an "employee" by this endorsement is the Limit of Insurance shown in the Schedule. That Limit Of Insurance is part of, not in addition to, the Limit Of Insurance shown in the Declarations as applicable to the Employee Theft Insuring Agreement.

CR 25 02 10 10

© Insurance Service Office, Inc., 2009

Page 1 of 1

Insured Copy

POLICY NUMBER: 9816872

**CRIME AND FIDELITY**
CR 25 01 10 10

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUDE DESIGNATED PERSONS OR CLASSES OF PERSONS AS EMPLOYEES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY

and applies to the Employee Theft Insuring Agreement:

### SCHEDULE

| Persons Or Classes Of Persons |
|---|
| HOWARD PETERSON |
| KRISTIN PETERSON |
| |
| |
| |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

"Employee" does not include any person named or class of persons shown in the Schedule.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CLIENTS' PROPERTY

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM

With regard to this Clients' Property Endorsement, the provisions of the coverage form to which this endorsement is attached apply, unless modified by this endorsement.

**A.** The following is added to Section **A. Insuring Agreements:**

    **1. Employee Theft:**

        We will pay for loss of or damage to "money", "securities" and "other property" sustained by your "client" resulting directly from "theft" committed by an identified "employee", acting alone or in collusion with other persons.

**B.** Under Section **D. Exclusions** in the Commercial Crime Coverage Form, the Acts Committed by Your Employees, Managers, Directors, Trustees or Representatives Exclusion does not apply to this Insuring Agreement.

**C.** Under Section **E. Conditions:**

    **1.** Paragraph **(1)** of the **Duties In The Event Of Loss** Condition is replaced by the following:

        **(1)** Notify us as soon as possible.

    **2.** The **Ownership Of Property; Interests Covered** Condition is replaced by the following:

    **Ownership of Property; Interests Covered**

    The property covered under this endorsement is limited to property:

    **a.** That your "client" owns or leases; or

    **b.** That your "client" holds for others in any capacity; or

    **c.** For which your "client" is legally liable, provided your "client" was liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization, including your "client". Any claim for loss that is covered under this Insuring Agreement must be presented by you.

**D.** Under Section **F. Definitions:**

    **1.** The following definitions are added:

        **a.** "Client" means any entity for whom you perform services under a written contract.

        **b.** "Occurrence" means:

            **(1)** An individual act;

            **(2)** The combined total of all separate acts whether or not related; or

            **(3)** A series of acts whether or not related;

        committed by an "employee", acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, before such Policy Period or both.

    **2.** The definition of "theft" is replaced by the following:

    "Theft" means the unlawful taking of property to the deprivation of your "client".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

POLICY NUMBER: 9816872

**CRIME AND FIDELITY**
**CR 25 20 10 10**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADD CREDIT, DEBIT OR CHARGE CARD FORGERY

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY

and applies to the Forgery Or Alteration Insuring Agreement:

### SCHEDULE

| Limit Of Insurance | | Covered Instruments |
|---|---|---|
| $   $100,000 | [X] | **Includes written instruments required in conjunction with any credit, debit or charge card issued to you or any "employee" for business purposes** |
| | [ ] | **Limited to written instruments required in conjunction with any credit, debit or charge card issued to you or any "employee" for business purposes** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

1. Covered Instruments either includes or is limited to, whichever is indicated as applicable in the Schedule, written instruments required in conjunction with any credit, debit or charge card issued to you or any "employee" for business purposes.

2. The most we will pay in any one "occurrence" is the Limit Of Insurance shown in the Schedule.

3. The following exclusion is added to Section **D.:**

   The Forgery Or Alteration Insuring Agreement does not apply to:

   **Non-compliance With Credit, Debit Or Charge Card Issuer's Requirements**

   Loss arising from any credit, debit or charge card if you have not complied fully with the provisions, conditions or other terms under which the card was issued.

    © Insurance Service Office, Inc., 2009

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MASSACHUSETTS CHANGES - NONBINDING ARBITRATION

This endorsement modifies insurance provided under the following:

    COMMERCIAL CRIME COVERAGE FORM
    COMMERCIAL CRIME POLICY
    EMPLOYEE THEFT AND FORGERY POLICY
    GOVERNMENT CRIME COVERAGE FORM
    GOVERNMENT CRIME POLICY
    GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
    KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
    KIDNAP/RANSOM AND EXTORTION POLICY

If you and we disagree on the amount of loss, both parties may, by mutual consent, agree to arbitration of the disagreement.

If the parties agree to arbitrate, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree on the third within 30 days, both parties must request that selection be made by a judge of a court having jurisdiction. Each party will:

1. Pay the expenses it incurs; and
2. Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the address shown in the Declarations is located. Local rules of law as to procedure and evidence will apply. Any decision agreed to by the arbitrators may be appealed to a court of competent jurisdiction.

©Insurance Services Office, Inc., 2009

CRIME AND FIDELITY
CR 07 51 08 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REPLACE TERRORISM PROVISIONS
# (APPLICABLE TO CRIME/FIDELITY ONLY)

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
GOVERNMENT CRIME COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM

**A. Any endorsement in this policy that refers to "certified act(s) of terrorism" does not apply to the Commercial Crime Coverage Form, Government Crime Coverage Form or Kidnap/Ransom And Extortion Coverage Form. Instead, the following exclusion applies to such Coverage Forms:**

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this Item **A.5.,** the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form.

**B. Application Of Other Exclusions**

1. When the Exclusion Of Terrorism applies in accordance with the terms of Paragraph **A.1.** or **A.2.,** such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form.

© Insurance Services Office, Inc., 2008

Insured Copy

**2.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

**C.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

   **a.** Use or threat of force or violence; or

   **b.** Commission or threat of a dangerous act; or

   **c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

   **a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

     © Insurance Services Office, Inc., 2008     CR 07 51 08 08

Insured Copy

POLICY NUMBER: 9816872

CRIME AND FIDELITY
CR 20 30 08 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AMEND TERRITORY CONDITION - INCLUDE WORLDWIDE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY

### SCHEDULE

| Territory |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The **Territory** Condition is replaced by the following:

**Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world, except in:

**1.** Any Territory shown in the Schedule; and

**2.** Any Territory that is subject to trade or other economic sanction or embargo by the United States of America.

**B.** The following is added to the **Legal Action Against Us** Condition:

Unless you and we agree otherwise, any legal action against us involving loss must be brought in the United States of America (including its territories and possessions), Puerto Rico or Canada.

 © Insurance Services Office, Inc., 2012

Insured Copy

4-845 JOSEPH J PAUL



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective          07-05-2019

## General Liability Revisions

Add Additional Interest

     BERKSHIRE BANK
     386 MAIN ST
     WORCESTER MA   01608
     Designated Person Or Org (CG 20 26)

Add Form(s)

     CG 20 26 (04-13) Additional Insured - Designated Person Or
     Organization

                     No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  07-23-2019
                        Issue Date:  07-23-2019

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| BERKSHIRE BANK<br>386 MAIN ST<br>WORCESTER MA  01608 | ANY COVERAGE PROVIDED BY THIS ENDORSEMENT APPLIES ONLY TO THE DELIVERY OF FUEL OIL AND SERVICE WORK FOR THE CERTHOLDER. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

© Insurance Services Office, Inc., 2012
Policy Number: 9816872

Page 1 of 1
Transaction Effective Date: 07-23-2019

Insured Copy
4-845 JOSEPH J PAUL

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective         07-05-2019

## Property Revisions

Add Additional Interest

      Location    1                    Building    1
      Building
      BERKSHIRE BANK
      ISAOA ATIMA
      PO BOX 150
      NORTHFIELD NY   12134
      Additional Insured (CP-F-17)

Add Additional Interest

      Location    2                    Building    1
      Building
      BERKSHIRE BANK
      ISAOA ATIMA
      PO BOX 150
      NORTHFIELD NY   12134
      Additional Insured (CP-F-17)

Add Additional Interest

      Location    3                    Building    1
      Building
      BERKSHIRE BANK
      ISAOA ATIMA
      PO BOX 150
      NORTHFIELD NY   12134
      Additional Insured (CP-F-17)

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  08-01-2019
                        Issue Date:  08-02-2019

Insured Copy

4-845 JOSEPH J PAUL



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective        07-05-2019

## Property Revisions

Add Additional Interest

        Location   4                    Building    1
        Building
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY   12134
        Additional Insured (CP-F-17)

Add Additional Interest

        Location   5                    Building    1
        Building
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY   12134
        Additional Insured (CP-F-17)

Add Additional Interest

        Location   7                    Building    1
        Building
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY   12134
        Additional Insured (CP-F-17)

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  08-01-2019
                        Issue Date:  08-02-2019

Insured Copy

4-845 JOSEPH J PAUL

 **FEDERATED INSURANCE®**

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605

Policy Effective        07-05-2019

## Property Revisions

Add Additional Interest

       Location    8                    Building    1
       Building
       BERKSHIRE BANK
       ISAOA ATIMA
       PO BOX 150
       NORTHFIELD NY   12134
       Additional Insured (CP-F-17)

Add Additional Interest

       Location   10                    Building    1
       Building
       BERKSHIRE BANK
       ISAOA ATIMA
       PO BOX 150
       NORTHFIELD NY   12134
       Additional Insured (CP-F-17)

Add Additional Interest

       Location    2                    Building    1
       Personal Property of Insured
       BERKSHIRE BANK
       ISAOA ATIMA
       PO BOX 150
       NORTHFIELD NY   12134
       Loss Payee (CP-F-10)

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  9816872        Transaction Effective Date:  08-01-2019
                Issue Date:  08-02-2019

Insured Copy

4-845 JOSEPH J PAUL



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective        07-05-2019

## Property Revisions

Add Additional Interest

     Location   3                     Building    1
     Personal Property of Insured
     BERKSHIRE BANK
     ISAOA ATIMA
     PO BOX 150
     NORTHFIELD NY   12134
     Loss Payee (CP-F-10)

Add Additional Interest

     Location   4                     Building    1
     Personal Property of Insured
     BERKSHIRE BANK
     ISAOA ATIMA
     PO BOX 150
     NORTHFIELD NY   12134
     Loss Payee (CP-F-10)

Add Additional Interest

     Location   5                     Building    1
     Personal Property of Insured
     BERKSHIRE BANK
     ISAOA ATIMA
     PO BOX 150
     NORTHFIELD NY   12134
     Loss Payee (CP-F-10)

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)         Policy Number:  9816872         Transaction Effective Date:  08-01-2019
                       Issue Date:  08-02-2019

Insured Copy

4-845 JOSEPH J PAUL



**COMMERCIAL PACKAGE**
**POLICY CHANGE ENDORSEMENT**

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective     07-05-2019

## Property Revisions

Add Additional Interest

```
      Location   6              Building   1
      Personal Property of Insured
      BERKSHIRE BANK
      ISAOA ATIMA
      PO BOX 150
      NORTHFIELD NY   12134
      Loss Payee (CP-F-10)
```

Add Additional Interest

```
      Location   7              Building   1
      Personal Property of Insured
      BERKSHIRE BANK
      ISAOA ATIMA
      PO BOX 150
      NORTHFIELD NY   12134
      Loss Payee (CP-F-10)
```

Add Additional Interest

```
      Location   8              Building   1
      Personal Property of Insured
      BERKSHIRE BANK
      ISAOA ATIMA
      PO BOX 150
      NORTHFIELD NY   12134
      Loss Payee (CP-F-10)
```

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  08-01-2019
                        Issue Date:  08-02-2019

Insured Copy

4-845 JOSEPH J PAUL



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605

Policy Effective    07-05-2019

## Property Revisions

Add Additional Interest

        Location   9                 Building   1
        Personal Property of Insured
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY   12134
        Loss Payee (CP-F-10)

Add Additional Interest

        Location  10                 Building   1
        Personal Property of Insured
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY   12134
        Loss Payee (CP-F-10)

Add Additional Interest

        Location  11                 Building   1
        Personal Property of Insured
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY   12134
        Loss Payee (CP-F-10)

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**            **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  9816872        Transaction Effective Date:  08-01-2019
                      Issue Date:  08-02-2019

Insured Copy

4-845 JOSEPH J PAUL



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective        07-05-2019

## Property Revisions

Add Additional Interest

```
        Location    2                    Building    1
        Building
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY   12134
        Mortgagee (CP-F-11)
```

Add Additional Interest

```
        Location    3                    Building    1
        Building
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY   12134
        Mortgagee (CP-F-11)
```

Add Additional Interest

```
        Location    4                    Building    1
        Building
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY   12134
        Mortgagee (CP-F-11)
```

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.


**FEDERATED INSURANCE®**

# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200


Name of Insured:
PETERSON′S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605


Policy Effective        07-05-2019


## Property Revisions

Add Additional Interest

        Location    5                      Building    1
        Building
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY    12134
        Mortgagee (CP-F-11)

Add Additional Interest

        Location    7                      Building    1
        Building
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY    12134
        Mortgagee (CP-F-11)

Add Additional Interest

        Location    8                      Building    1
        Building
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY    12134
        Mortgagee (CP-F-11)


Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.


**SECRETARY**            **PRESIDENT**

If you have any questions,
please contact your
Producer.


IL-F-4 (09-99)        Policy Number:  9816872        Transaction Effective Date:  08-01-2019
                      Issue Date:  08-02-2019

Insured Copy

4-845 JOSEPH J PAUL



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective        07-05-2019

## Property Revisions

Add Additional Interest

        Location   10                         Building    1
        Building
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY   12134
        Mortgagee (CP-F-11)

Add Form(s)

        CP-F-10 (07-95) Loss Payable Certificate
        CP-F-11 (07-95) Mortgage Holders Interest Certificate
        CP-F-17 (11-95) Additional Insured-Designated Premises Only

                        No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)            Policy Number:  9816872            Transaction Effective Date:  08-01-2019
                         Issue Date:  08-02-2019

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:    BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 2 | 1 | 895 MAIN ST  OFFICE/BULK PLANT SOUTHBRIDGE MA  01550-1119 | $5,000 | $12,336,000 |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 07-05-2019    to 07-05-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-10 (07-95)         Policy Number: 9816872         Transaction Effective Date: 08-01-2019

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
                    Home Office
                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

TO:    BERKSHIRE BANK
       ISAOA ATIMA
       PO BOX 150
       NORTHFIELD NY  12134

       We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

       PETERSON'S OIL SERVICE, INC.
       75 CRESCENT ST
       WORCESTER MA   01605

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 3 | 1 | 8 PARK AVE  OFFICE/BULK PLANT WEBSTER MA  01570-1822 | $5,000 | $12,336,000 |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 07-05-2019     to 07-05-2020      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                          **PRESIDENT**

CP-F-10 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:    BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 4 | 1 | 191 PROVIDENCE RD  OFFICE/GAS STATION/GARAGE WHITINSVILLE MA  01588-2058 | $5,000 | $12,336,000 |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 07-05-2019     to 07-05-2020       12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                              **PRESIDENT**

CP-F-10 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:    BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 5 | 1 | 514 W BOYLSTON ST  OFFICE/GAS STATION<br>WORCESTER MA  01606-2048 | $5,000 | $12,336,000 |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 07-05-2019     to 07-05-2020       12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                          **PRESIDENT**

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:    BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 6 | 1 | 203 QUEEN ANNE RD  OFFICE HARWICH MA  02645-2405 | $5,000 | $12,336,000 |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 07-05-2019    to 07-05-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
                        Home Office
                        121 East Park Square
                        Owatonna, MN  55060
                        (507) 455-5200

TO:      BERKSHIRE BANK
         ISAOA ATIMA
         PO BOX 150
         NORTHFIELD NY  12134

         We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

         PETERSON'S OIL SERVICE, INC.
         75 CRESCENT ST
         WORCESTER MA   01605

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 7 | 1 | 154 MAIN ST  OFFICE/GAS STATION<br>CHERRY VALLEY MA  01611-3108 | $5,000 | $12,336,000 |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 07-05-2019      to 07-05-2020      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

                           **SECRETARY**                                     **PRESIDENT**

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:    BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 8 | 1 | 23 BELMONT ST  OFFICE/GAS STATION NORTHBOROUGH MA  01532-2418 | $5,000 | $12,336,000 |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 07-05-2019     to 07-05-2020      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                      **PRESIDENT**

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:    BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 9 | 1 | 101 QUEEN ANNE RD  BULK  PLANT HARWICH MA  02645-2406 | $5,000 | $12,336,000 |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 07-05-2019      to 07-05-2020      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-10 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

# LOSS PAYABLE CERTIFICATE

Place of Issue -     FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:     BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 10 | 1 | 409 PRINCETON RD  WAREHOUSE/OFFICE/BULK PLANT FITCHBURG MA  01420-4876 | $5,000 | $12,336,000 |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 07-05-2019     to 07-05-2020     12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                                      **PRESIDENT**

CP-F-10 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
                    Home Office
                    121 East Park Square
                    Owatonna, MN  55060
                    (507) 455-5200

TO:    BERKSHIRE BANK
       ISAOA ATIMA
       PO BOX 150
       NORTHFIELD NY  12134

       We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

       PETERSON'S OIL SERVICE, INC.
       75 CRESCENT ST
       WORCESTER MA   01605

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|------|------|----------|------------|-------|
| 11 | 1 | 79 OLD HOPKINTON RD  WAREHOUSE WESTERLY RI  02891-1407 | $5,000 | $12,336,000 |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 07-05-2019     to 07-05-2020      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                    **PRESIDENT**

CP-F-10 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

## MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 2 | 1 | 895 MAIN ST  OFFICE/BULK PLANT SOUTHBRIDGE MA  01550-1119 | $5,000 | $12,336,000 |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 07-05-2019    to 07-05-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                    PRESIDENT

CP-F-11 (07-95)              Policy Number: 9816872              Transaction Effective Date: 08-01-2019

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)                    Policy Number: 9816872                    Transaction Effective Date: 08-01-2019

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 3 | 1 | 8 PARK AVE  OFFICE/BULK PLANT WEBSTER MA  01570-1822 | $5,000 | $12,336,000 |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 07-05-2019    to 07-05-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-11 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -     FEDERATED MUTUAL INSURANCE COMPANY
                     Home Office
                     121 East Park Square
                     Owatonna, MN  55060
                     (507) 455-5200

TO: BERKSHIRE BANK
    ISAOA ATIMA
    PO BOX 150
    NORTHFIELD NY  12134

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|-----------|-------|
| 4 | 1 | 191 PROVIDENCE RD  OFFICE/GAS STATION/GARAGE WHITINSVILLE MA  01588-2058 | $5,000 | $12,336,000 |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 07-05-2019    to 07-05-2020     12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-11 (07-95)              Policy Number: 9816872          Transaction Effective Date: 08-01-2019

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|-----------|-------|
| 5 | 1 | 514 W BOYLSTON ST  OFFICE/GAS STATION<br>WORCESTER MA  01606-2048 | $5,000 | $12,336,000 |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 07-05-2019   to 07-05-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.


SECRETARY                          PRESIDENT

CP-F-11 (07-95)              Policy Number: 9816872              Transaction Effective Date: 08-01-2019

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

 (1)  Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

 (2)  Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

 (3)  Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

 (1)  The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

 (2)  The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

 (1)  10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

 (2)  30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 9816872                Transaction Effective Date: 08-01-2019

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|------------|-------|
| 7 | 1 | 154 MAIN ST  OFFICE/GAS STATION<br>CHERRY VALLEY MA  01611-3108 | $5,000 | $12,336,000 |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 07-05-2019    to 07-05-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

Insured Copy

**Mortgage Holders**

a. The term "mortgage holder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

  (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

  (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

  (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

  (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

  (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

  (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

  (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

Page 2 of 2

CP-F-11 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|-----------|-------|
| 8 | 1 | 23 BELMONT ST  OFFICE/GAS STATION NORTHBOROUGH MA  01532-2418 | $5,000 | $12,336,000 |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 07-05-2019   to 07-05-2020   12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-11 (07-95)            Policy Number: 9816872            Transaction Effective Date: 08-01-2019

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

    (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

    (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

    (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

    (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

    At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

    (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

    (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)                Policy Number: 9816872                Transaction Effective Date: 08-01-2019

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|----------|-----------|---------|------------|-------|
| 10 | 1 | 409 PRINCETON RD  WAREHOUSE/OFFICE/BULK PLANT  FITCHBURG MA  01420-4876 | $5,000 | $12,336,000 |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 07-05-2019   to 07-05-2020   12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                    PRESIDENT

CP-F-11 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

    (1)  Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

    (2)  Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

    (3)  Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

    (1)  The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    (2)  The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

    At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

    (1)  10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

    (2)  30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 1 | 1 | 75 CRESCENT ST<br>OFFICE/WAREHOUSE/GARAGE/BULK PLANT<br>WORCESTER MA  01605-2406 | $5,000 | $12,336,000 |
| 2 | 1 | 895 MAIN ST  OFFICE/BULK PLANT<br>SOUTHBRIDGE MA  01550-1119 | $5,000 | $12,336,000 |
| 3 | 1 | 8 PARK AVE  OFFICE/BULK PLANT<br>WEBSTER MA  01570-1822 | $5,000 | $12,336,000 |

Continued on Next Page

Additional Insured Name and Address:

BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

Place of Issue:

FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 4 | 1 | 191 PROVIDENCE RD  OFFICE/GAS STATION/GARAGE WHITINSVILLE MA  01588-2058 | $5,000 | $12,336,000 |
| 5 | 1 | 514 W BOYLSTON ST  OFFICE/GAS STATION WORCESTER MA  01606-2048 | $5,000 | $12,336,000 |
| 7 | 1 | 154 MAIN ST  OFFICE/GAS STATION CHERRY VALLEY MA  01611-3108 | $5,000 | $12,336,000 |

Continued on Next Page

Additional Insured Name and Address:

BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

Place of Issue:

FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

Insured Copy

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the coverage parts shown below:

COMMERCIAL PROPERTY COVERAGE PART

Insured:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

1. The Coverage Part shown is amended to include as Additional Insured the persons or organizations listed below.

2. We agree to notify the Additional Insured named below at the address stated below of any cancellation of, or material change to this policy.

Location of Premises:

| Loc. No. | Bldg No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 8 | 1 | 23 BELMONT ST  OFFICE/GAS STATION<br>NORTHBOROUGH MA  01532-2418 | $5,000 | $12,336,000 |
| 10 | 1 | 409 PRINCETON RD<br>WAREHOUSE/OFFICE/BULK PLANT<br>FITCHBURG MA  01420-4876 | $5,000 | $12,336,000 |

Additional Insured Name and Address:                    Place of Issue:

BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

CP-F-17 (11-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

Insured Copy

4-845 JOSEPH J PAUL



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective        07-05-2019

## Property Revisions

Delete Additional Interest

      Location   1                    Building   1
      Personal Property of Insured
      BERKSHIRE BANK
      386 MAIN ST
      WORCESTER MA    01608
      Loss Payee (CP-F-10)

Add Additional Interest

      Location   1                    Building   1
      Personal Property of Insured
      BERKSHIRE BANK
      ISAOA ATIMA
      PO BOX 150
      NORTHFIELD NY   12134
      Loss Payee (CP-F-10)

Delete Additional Interest

      Location   1                    Building   1
      Building
      BERKSHIRE BANK
      386 MAIN ST
      WORCESTER MA    01608
      Mortgagee (CP-F-11)

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                 PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  08-01-2019
                        Issue Date:  08-02-2019

Insured Copy

4-845 JOSEPH J PAUL



**FEDERATED MUTUAL INSURANCE COMPANY**

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective      07-05-2019

## Property Revisions

Add Additional Interest

        Location    1                          Building    1
        Building
        BERKSHIRE BANK
        ISAOA ATIMA
        PO BOX 150
        NORTHFIELD NY    12134
        Mortgagee (CP-F-11)

Add Form(s)

        CP-F-10 (07-95) Loss Payable Certificate
        CP-F-11 (07-95) Mortgage Holders Interest Certificate

Delete Form(s)

        CP-F-10 (07-95) Loss Payable Certificate
        CP-F-11 (07-95) Mortgage Holders Interest Certificate

                          No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  08-01-2019
                        Issue Date:  08-02-2019

# LOSS PAYABLE CERTIFICATE

Place of Issue -    FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:    BERKSHIRE BANK
ISAOA ATIMA
PO BOX 150
NORTHFIELD NY  12134

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|------|------|----------|------------|-------|
| 1 | 1 | 75 CRESCENT ST  OFFICE/WAREHOUSE/GARAGE/BULK PLANT WORCESTER MA  01605-2406 | $5,000 | $12,336,000 |

[X] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from 07-05-2019     to 07-05-2020     12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                                                    **PRESIDENT**

CP-F-10 (07-95)            Policy Number: 9816872            Transaction Effective Date: 08-01-2019

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -     FEDERATED MUTUAL INSURANCE COMPANY
                     Home Office
                     121 East Park Square
                     Owatonna, MN  55060
                     (507) 455-5200

TO: BERKSHIRE BANK
    ISAOA ATIMA
    PO BOX 150
    NORTHFIELD NY  12134

    We certify that you are named as Mortgagee in the below numbered policy which has been issued to:
    PETERSON'S OIL SERVICE, INC.
    75 CRESCENT ST
    WORCESTER MA   01605

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 1 | 1 | 75 CRESCENT ST  OFFICE/WAREHOUSE/GARAGE/BULK PLANT<br>WORCESTER MA  01605-2406 | $5,000 | $12,336,000 |

The policy contains provisions as shown on page 2 of this certificate. We certify the policy is effective from 07-05-2019    to 07-05-2020    12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only. **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                    PRESIDENT

CP-F-11 (07-95)              Policy Number: 9816872              Transaction Effective Date: 08-01-2019

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

   (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

   (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

Insured Copy

FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

## DELETION OF MORTGAGEE

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605-2406

This is to notify you that the mortgage holders interest certificate forming a part of the indicated policy naming you as mortgagee is hereby cancelled for the following property.

INSURED - Please attach this endorsement to your policy.

Location of Property
75 CRESCENT ST  OFFICE/WAREHOUSE/GARAGE/BULK PLANT
WORCESTER MA  01605-2406

**If this information is incorrect, please advise us at once.**

SECRETARY

PRESIDENT
**If you have any questions, please contact your Producer.**

BERKSHIRE BANK
386 MAIN ST
WORCESTER MA  01608

IL-F-8.1 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

Insured Copy

FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

## Deletion Of Loss Payee

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605-2406

-

This is to notify you that the loss payable certificate forming a part of the indicated policy naming you loss payee is hereby cancelled for the following property.

INSURED - Please attach this endorsement to your policy.

Location or Description of Property.
75 CRESCENT ST  OFFICE/WAREHOUSE/GARAGE/BULK PLANT
WORCESTER MA  01605-2406

-

**If this information is incorrect, please advise us at once.**

*(signature)*

SECRETARY

*(signature)* Michael C Kerr

BERKSHIRE BANK
386 MAIN ST
WORCESTER MA  01608

PRESIDENT
**If you have any questions, please contact your Producer.**

IL-F-8.2 (07-95)          Policy Number: 9816872          Transaction Effective Date: 08-01-2019

Insured Copy

4-845 JOSEPH J PAUL



**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605

Policy Effective        07-05-2019

## General Liability Revisions

Add Additional Interest

       MONTACHUSETT OPPORTUNITY
       COUNCIL INC
       1000 LANCASTER ST
       LEOMINSTER MA   01453
       Designated Person Or Org (CG 20 26)

Add Form(s)

       CG 20 26 (04-13) Additional Insured - Designated Person Or
       Organization
       IL-F-40-0001 (05-10) Extension Endorsement

                        No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)         Policy Number:  9816872         Transaction Effective Date:  08-08-2019
                       Issue Date:  08-08-2019

Case 4:22-cv-10517-DJC   Document 1-3   Filed 04/07/22   Page 285 of 315

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| MONTACHUSETT OPPORTUNITY COUNCIL INC<br>1000 LANCASTER ST<br>LEOMINSTER MA  01453 | See IL-F-40-0001 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

© Insurance Services Office, Inc., 2012

Policy Number: 9816872

**Page 1 of 1**

Transaction Effective Date: 08-08-2019

Insured Copy

# EXTENSION ENDORSEMENT

### Extension - CG 20 26 - MONTACHUSETT OPPORTUNITY COUNCIL INC

ADDITIONAL INSUREDS ALSO INCLUDE: MONTACHUSETT OPPORTUNITY COUNCIL INC, ACTION INC, NATIONAL GRID USA, AND ITS DIRECT AND INDIRECT PARENTS, SUBSIDIARIES, AND AFFILIATES.  ANY COVERAGE PROVIDED BY THIS ENDORSEMENT APPLIES ONLY TO THE DELIVERY OF FUEL FOR THE CERTIFICATE HOLDER.

Insured Copy

4-845 JOSEPH J PAUL

 **FEDERATED INSURANCE** ®

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective        07-05-2019

## General Liability Revisions

Add Additional Interest

      WORCESTER COMMUNITY ACTION
      COUNCIL INC
      484 MAIN ST STE 2
      WORCESTER MA    01608
      Designated Person Or Org (CG 20 26)

Change Additional Interest

      MONTACHUSETT OPPORTUNITY
      COUNCIL INC
      1000 LANCASTER ST
      LEOMINSTER MA    01453
      Designated Person Or Org (CG 20 26)

Add Form(s)

      CG 20 26 (04-13) Additional Insured - Designated Person Or
      Organization

Delete Form(s)

      IL-F-40-0001 (05-10) Extension Endorsement

                  No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                 PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  08-09-2019
                        Issue Date:  08-12-2019

POLICY NUMBER: 9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| MONTACHUSETT OPPORTUNITY COUNCIL INC<br>1000 LANCASTER ST<br>LEOMINSTER MA  01453 | ADDITIONAL INSUREDS ALSO INCLUDE:ACTION INC, NATIONAL GRID USA, AND ITS DIRECT AND INDIRECT PARENTS, SUBSIDIARIES, AND AFFILIATES. ANY COVERAGE PROVIDED BY THIS ENDORSEMENT APPLIES ONLY TO THE DELIVERY OF FUEL FOR THE CERTIFICATE HOLDER. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

POLICY NUMBER:  9816872

COMMERCIAL GENERAL LIABILITY
CG 20 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| WORCESTER COMMUNITY ACTION COUNCIL INC<br>484 MAIN ST STE 2<br>WORCESTER MA  01608 | ADDITIONAL INSUREDS ALSO INCLUDE:<br>ACTION INC, NATIONAL GRID USA, AND ITS<br>DIRECT AND INDIRECT PARENTS,<br>SUBSIDIARIES, AND AFFILIATES. ANY<br>COVERAGE PROVIDED BY THIS ENDORSEMENT<br>APPLIES ONLY TO THE DELIVERY OF FUEL<br>FOR THE CERTIFICATE HOLDER. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Insured Copy

4-845 JOSEPH J PAUL

 **FEDERATED INSURANCE**®

## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective        07-05-2019

## General Liability Revisions

Add Additional Interest

       TOWN OF WINCHENDON
       109 FRONT ST
       WINCHENDON MA   01475
       Designated Person Or Org (CG 20 26)

Add Form(s)

       CG 20 26 (04-13) Additional Insured - Designated Person Or
       Organization

                 No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

Insured Copy

POLICY NUMBER:   9816872

COMMERCIAL GENERAL LIABILITY
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| TOWN OF WINCHENDON<br>109 FRONT ST<br>WINCHENDON MA  01475 | ANY COVERAGE PROVIDED BY THIS ENDORSEMENT APPLIES ONLY TO THE DELIVERY OF FUEL OIL AND SERVICE WORK FOR THE CERTIFICATE HOLDER. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Insured Copy

4-845 JOSEPH J PAUL



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective        07-05-2019

## Common Declarations Revisions

Add Location

       Location  12
       160 ROCUS ST
       SPRINGFIELD MA  01104-3258

                   No Common Declarations Charge

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**        **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)      Policy Number: 9816872      Transaction Effective Date:  09-01-2019
                       Issue Date:  10-01-2019

Insured Copy

4-845 JOSEPH J PAUL



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective        07-05-2019

## Property Revisions

Change Blanket Coverage

        Blanket   1
        Location Number    1
        Location Number    2
        Location Number    3
        Location Number    4
        Location Number    5
        Location Number    6
        Location Number    7
        Location Number    8
        Location Number    9
        Location Number   10
        Location Number   11
        Location Number   12
        Petro Limit $15,586,000

Change Blanket Coverage

        Blanket   3
        Location Number   12
        Business Income

Add Commercial Property Building

        Location  12
        Building   1
        160 ROCUS ST   STORAGE TANKS/OFFICE

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  09-01-2019
                        Issue Date:  10-01-2019

Insured Copy

4-845 JOSEPH J PAUL



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective    07-05-2019

## Property Revisions

Add Building Coverage                Additional Premium:  $2,665

    Location  12                 Building   1
    Building
    Limit:  Blanket               Special Cause of Loss
                                  Replacement Cost

Change Personal Property Of Insured   Additional Premium:  $8,708

    Location  12                 Building   1
    Personal Property of Insured
    Limit:  Blanket               Special Cause of Loss
                                  Replacement Cost

Add Premier Select                    No Premium Charge

    Location  12                 Building   1
    Business Income
    Limit:  Blanket               Special Cause of Loss

Add Premier Select

    Location  12          Building    1
    Business Income

Location  1  Building   1             Additional Premium:  $341
    Systems Breakdown Cause of Loss

                Total Property Charge    $11,714
      Additional Certified Acts of Terrorism Premium       $34

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  9816872        Transaction Effective Date:  09-01-2019
             Issue Date:  10-01-2019

Insured Copy

4-845 JOSEPH J PAUL



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective        07-05-2019

## General Liability Revisions

Add Additional Interest                    Additional Premium:  $50

        SR ENERGY INC
        2680 CHEROKEE RD
        ST CLOUD FL    34772
        Lessors Of Premises (CG 20 11)
        Interest Description:  160 ROCUS ST   SPRINGFIELD MA 01104-3258

Add Form(s)

        CG 20 11 (04-13) Additional Insured - Managers Or Lessors Of
        Premises

                        Total General Liability Charge       $50

        Additional Certified Acts of Terrorism Premium Total        $34

                        Total Endorsement Charge     $11,798

                        This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  09-01-2019
                        Issue Date:  10-01-2019

Insured Copy

POLICY NUMBER: 9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 11 04 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MANAGERS OR
# LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Designation Of Premises (Part Leased To You): |
|---|
| 160 ROCUS ST  SPRINGFIELD MA 01104-3258 |

| Name Of Person(s) Or Organization(s) (Additional Insured): |
|---|
| SR ENERGY INC<br>2680 CHEROKEE RD<br>ST CLOUD FL  34772 |

| Additional Premium:    $ INCLUDED     DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012     **Page 1 of 1**
Policy Number: 9816872
Transaction Effective Date: 09-01-2019

Insured Copy

4-845 JOSEPH J PAUL



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective         07-05-2019

## General Liability Revisions

Add Additional Interest

        AGGREGATE INDUSTRIES
        MANAGEMENT INC
        % AVETTA
        PO BOX 51387
        IRVINE CA    92619
        Designated Person Or Org (CG 20 26)

Add Form(s)

        CG 20 26 (04-13) Additional Insured - Designated Person Or
        Organization

                        No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  10-10-2019
                        Issue Date:  10-11-2019

POLICY NUMBER:  9816872

COMMERCIAL GENERAL LIABILITY
CG 20 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| AGGREGATE INDUSTRIES MANAGEMENT INC<br>% AVETTA<br>PO BOX 51387<br>IRVINE CA  92619 | ANY COVERAGE PROVIDED BY THIS ENDORSEMENT PERTAINS ONLY TO THE DELIVERY OF GRAVEL TO LOCATIONS OWNER, OPERATED, OR LEASED BY THE CERTHOLDER IN THE STATE OF MA. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**1.** In the performance of your ongoing operations; or

**2.** In connection with your premises owned by or rented to you.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Insured Copy

4-845 JOSEPH J PAUL



# COMMERCIAL PACKAGE
# POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective        07-05-2019

## Crime Revisions

Add Employee Theft Coverage            Additional Premium:  $2,564

     Employee Theft - Blanket
     Limit:  $100,000    Deductible:  $2,500
     Employees:   108

Delete Employee Theft Coverage          Return Premium:   $3,383

     Employee Theft/Agents - Blanket
     Limit:  $100,000    Deductible:  $2,500
     Employees:   108
     Designated Agents:  10

Add Employee Theft Coverage            Additional Premium:  $819

     Include Designated Agents as Employees - Blanket
     Limit:  $100,000    Deductible:  $2,500
     Designated Agents:  10

Add Form(s)

     CR 25 02 (10-10) Include Designated Agents As Employees

                No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  07-05-2019
                        Issue Date:  02-03-2020

Insured Copy

POLICY NUMBER: 9816872

**CRIME AND FIDELITY**
CR 25 02 10 10

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# INCLUDE DESIGNATED AGENTS AS EMPLOYEES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY

and applies to the Employee Theft Insuring Agreement:

### SCHEDULE

| Capacity Of Agent | Limit Of Insurance |
|---|---|
| 10  Commissioned Agents | $    $100,000 |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

1. The definition of "employee" is amended to include each natural person, partnership or corporation you appoint in writing to act as your agent in the capacity shown in the Schedule while acting on your behalf or while in possession of covered property. These natural persons, partnerships or corporations are not covered for faithful performance of duty, even in the event that this insurance may have been amended by endorsement to provide such coverage on other "employees". Only coverage for "theft" applies to the agents scheduled above.

2. Each such agent and the partners, officers and employees of that agent are considered to be, collectively, one "employee" for the purposes of this insurance. However, the Termination As To Any Employee Condition applies individually to each of them.

3. The most we will pay under this insurance for loss caused by an agent included as an "employee" by this endorsement is the Limit of Insurance shown in the Schedule. That Limit Of Insurance is part of, not in addition to, the Limit Of Insurance shown in the Declarations as applicable to the Employee Theft Insuring Agreement.

© Insurance Service Office, Inc., 2009

Insured Copy

4-845 JOSEPH J PAUL



**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective        07-05-2019

## General Liability Revisions

Delete Additional Interest

       AGGREGATE INDUSTRIES
       MANAGEMENT INC
       % AVETTA
       PO BOX 51387
       IRVINE CA    92619
       Designated Person Or Org (CG 20 26)

Add Additional Interest

       HOLCIM (US) INC & OR LAFARGE
       NORTH AMERICA INC & OR
       AGGREGATE INDUSTRIES MGMT INC
       % AVETTA
       PO BOX 51387
       IRVINE CA    92619
       Designated Person Or Org (CG 20 26)

Add Form(s)

       CG 20 26 (04-13) Additional Insured - Designated Person Or
       Organization

Delete Form(s)

       CG 20 26 (04-13) Additional Insured - Designated Person Or
       Organization

                          No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.


SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  9816872        Transaction Effective Date:  02-12-2020
                      Issue Date:  02-13-2020

Insured Copy

FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

## Deletion Of Additional Insured

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605-2406

-

This is to notify you that the additional insured endorsement forming a part of the indicated policy naming you additional insured is hereby cancelled.

INSURED - Please attach this endorsement to your policy.

Interest:
ANY COVERAGE PROVIDED BY THIS ENDORSEMENT PERTAINS ONLY TO THE DELIVERY OF GRAVEL TO LOCATIONS OWNER, OPERATED, OR LEASED BY THE CERTHOLDER IN THE STATE OF MA.

-

_signature_

SECRETARY

If this information is incorrect, please advise us at once.

_Michael C Kerr_

AGGREGATE INDUSTRIES MANAGEMENT INC
% AVETTA
PO BOX 51387
IRVINE CA  92619

PRESIDENT

**If you have any questions, please contact your Producer.**

IL-F-8.9 (09-95)              Policy Number: 9816872              Transaction Effective Date: 02-12-2020

Insured Copy

POLICY NUMBER:  9816872

COMMERCIAL GENERAL LIABILITY
CG 20 26 04 13

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| HOLCIM (US) INC & OR LAFARGE NORTH AMERICA IN AGGREGATE INDUSTRIES MGMT INC % AVETTA PO BOX 51387 IRVINE CA  92619 | ANY COVERAGE PROVIDED BY THIS ENDORSEMENT PERTAINS ONLY TO THE DELIVERY OF GRAVEL TO LOCATIONS OWNED, OPERATED, OR LEASED BY THE CERTHOLDER IN THE STATE OF MA. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

© Insurance Services Office, Inc., 2012

Policy Number: 9816872

Transaction Effective Date: 02-12-2020

Insured Copy

4-845 JOSEPH J PAUL

 **FEDERATED INSURANCE®**

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605

Policy Effective        07-05-2019

## General Liability Revisions

Delete Additional Interest

        HALLKEEN MANAGEMENT INC
        HAYWARD LANDING ASSOCIATES
        1400 BOSTON PROVIDENCE TPKE
        #100
        NORWOOD MA    02062
        Designated Person Or Org (CG 20 26)

Delete Additional Interest

        MET SCHOOL
        325 PUBLIC ST
        PROVIDENCE RI    02905
        Designated Person Or Org (CG 20 26)

Delete Form(s)

        CG 20 26 (04-13) Additional Insured - Designated Person Or
        Organization

                                No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**                    **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)            Policy Number:  9816872            Transaction Effective Date:  04-06-2020
                          Issue Date:  04-06-2020

Insured Copy

FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

## Deletion Of Additional Insured

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605-2406

-

This is to notify you that the additional insured endorsement forming a part of the indicated policy naming you additional insured is hereby cancelled.

INSURED - Please attach this endorsement to your policy.

Interest:
ANY COVERAGE PROVIDED BY THIS ENDORSEMENT APPLIES ONLY TO THE DELIVERY
OF FUEL OIL AND SERVICE WORK FOR THE CERTHOLDER

-

**If this information is incorrect, please advise us at once.**

MET SCHOOL
325 PUBLIC ST
PROVIDENCE RI  02905

*SECRETARY*

*Michael G Kerr*

**PRESIDENT**
**If you have any questions,
please contact your
Producer.**

IL-F-8.9 (09-95)           Policy Number: 9816872           Transaction Effective Date: 04-06-2020

Insured Copy

FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

## Deletion Of Additional Insured

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605-2406

This is to notify you that the additional insured endorsement forming a part of the indicated policy naming you additional insured is hereby cancelled.

INSURED - Please attach this endorsement to your policy.

Interest:
ANY COVERAGE PROVIDED BY THIS ENDORSEMENT APPLIES ONLY TO THE DELIVERY
OF FUEL OIL AND SERVICE WORK FOR THE CERTHOLDER

SECRETARY

If this information is incorrect, please advise us at once.

HALLKEEN MANAGEMENT INC
HAYWARD LANDING ASSOCIATES
1400 BOSTON PROVIDENCE TPKE #100
NORWOOD MA  02062

PRESIDENT
**If you have any questions, please contact your Producer.**

IL-F-8.9 (09-95)          Policy Number: 9816872          Transaction Effective Date: 04-06-2020

Insured Copy

4-845 JOSEPH J PAUL



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605

Policy Effective        07-05-2019

## General Liability Revisions

Add Additional Interest

        HOLCIM (US) INC
        % AVETTA LLC
        PO BOX 51387
        IRVINE CA    92619
        Designated Person Or Org (CG 20 26)

Delete Additional Interest

        HOLCIM US INC & OR LAFARGE
        NORTH AMERICA INC
        AGGREGATE INDUSTRIES MGMT INC
        % AVETTA LLC
        PO BOX 51387
        IRVINE CA    92619
        Designated Person Or Org (CG 20 26)

Add Form(s)

        CG 20 26 (04-13) Additional Insured - Designated Person Or
        Organization

Delete Form(s)

        CG 20 26 (04-13) Additional Insured - Designated Person Or
        Organization

                        No Endorsement Charge

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                 PRESIDENT

If you have any questions,
please contact your
Producer.

Insured Copy

FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

# Deletion Of Additional Insured

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605-2406

This is to notify you that the additional insured endorsement forming a part of the indicated policy naming you additional insured is hereby cancelled.

INSURED - Please attach this endorsement to your policy.

Interest:
ANY COVERAGE PROVIDED BY THIS ENDORSEMENT PERTAINS ONLY TO THE DELIVERY OF GRAVEL TO LOCATIONS OWNED, OPERATED, OR LEASED BY THE CERTHOLDER IN THE STATE OF MA.

**If this information is incorrect, please advise us at once.**

HOLCIM US INC & OR LAFARGE NORTH AMERICA INC
AGGREGATE INDUSTRIES MGMT INC % AVETTA LLC
PO BOX 51387
IRVINE CA  92619

SECRETARY

*Michael C Kerr*

PRESIDENT
**If you have any questions, please contact your Producer.**

IL-F-8.9 (09-95)          Policy Number: 9816872          Transaction Effective Date: 04-24-2020

POLICY NUMBER:  9816872

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Person(s) Or Organization(s): | DESCRIPTION OF INTEREST IF APPLICABLE: |
|---|---|
| HOLCIM (US) INC<br>% AVETTA LLC<br>PO BOX 51387<br>IRVINE CA  92619 | ANY COVERAGE PROVIDED BY THIS<br>ENDORSEMENT PERTAINS ONLY TO THE<br>DELIVERY OF GRAVEL TO LOCATIONS OWNED,<br>OPERATED, OR LEASED BY THE CERTHOLDER<br>IN THE STATE OF MA. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Insured Copy

4-845 JOSEPH J PAUL



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective      07-05-2019

## General Liability Revisions

Change Cyber Coverage                    Return Premium:  $3

    Class Code:  85149 - Cyber Coverage, $50,000 Limit

Change Cyber Coverage                    Additional Premium:  $24

    Class Code:  85157 - Cyber Coverage, $1,000,000 Limit

Add Form(s)

    CG-F-120 (10-18) Cyber Coverage Supplemental Declarations

                Total Endorsement Charge      $21

           This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                    PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  07-01-2020
                        Issue Date:  07-14-2020

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

# CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

**DATA COMPROMISE RESPONSE EXPENSES**

Data Compromise
Response Expenses Limit: $1,000,000 Annual Aggregate

Sublimits - Per Occurrence

| | |
|---|---|
| 1st Party Named Malware: | $50,000 |
| Forensic IT Review: | $500,000 |
| Legal Review: | $500,000 |
| Public Relations: | $5,000 |
| Regulatory Fines and Penalties: | $500,000 |
| PCI Fines and Penalties: | $500,000 |

Data Compromise Response
Expenses Deductible: $10,000 Per Occurrence

**COMPUTER ATTACK**

Computer Attack Limit: $1,000,000 Annual Aggregate

Sublimits - Per Occurrence

| | |
|---|---|
| Business Income and Extra Expense: | $500,000 |
| Public Relations: | $5,000 |

Computer Attack Deductible: $10,000 Per Occurrence

**CYBER EXTORTION**

Cyber Extortion Limit: $25,000 Annual Aggregate

Cyber Extortion Deductible: $10,000 Per Occurrence

**DATA COMPROMISE DEFENSE AND LIABILITY**

Data Compromise
Defense and Liability Limit: $1,000,000 Annual Aggregate

Sublimits - Per Occurrence

| | |
|---|---|
| 3rd Party Named Malware: | $50,000 |

Data Compromise
Defense and Liability Deductible: $10,000 Per Occurrence

CG-F-120 (10-18)          Policy Number: 9816872          Transaction Effective Date: 07-01-2020

# CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

---

**NETWORK SECURITY DEFENSE AND LIABILITY**

| | | |
|---|---|---|
| Network Security Defense and Liability Limit: | **$1,000,000** | Annual Aggregate |
| Network Security Defense and Liability Deductible: | **$10,000** | Per Occurrence |

---

**ELECTRONIC MEDIA DEFENSE AND LIABILITY**

| | | |
|---|---|---|
| Electronic Media Defense and Liability Limit: | **$1,000,000** | Annual Aggregate |
| Electronic Media Defense and Liability Deductible: | **$10,000** | Per Occurrence |

---

**IDENTITY RECOVERY**

| | | |
|---|---|---|
| Identity Recovery Limit: | **$25,000** | Annual Aggregate per "Identity Recovery Insured" |

Sublimits - Per Occurrence
    Lost Wages and Child and
    Elder Care Expenses:     **$5,000**
    Mental Health Counseling:     **$1,000**
    Miscellaneous Unnamed Costs:     **$1,000**

---

CG-F-120 (10-18)          Policy Number: 9816872          Transaction Effective Date: 07-01-2020

Insured Copy

4-845 JOSEPH J PAUL



**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

**COMMERCIAL PACKAGE
POLICY CHANGE ENDORSEMENT**

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605

Policy Effective          07-05-2019

## General Liability Revisions

Change Exposure For Annual Audit          Additional Premium:  $2,043

    Class Code:  31500 - All Liquid Fuels Other Than Gasoline And
           Propane - Total Gallons
  Exposure:  15,020,727 Gallons

Change Exposure For Annual Audit          Additional Premium:  $1,869

    Class Code:  31500 - All Liquid Fuels Other Than Gasoline And
           Propane - Total Gallons
  Exposure:  15,020,727 Gallons

Change Exposure For Annual Audit          Additional Premium:  $196

    Class Code:  31600 - Gasoline - Gallons, Wholesale
  Exposure:  3,870,113 Gallons

Change Exposure For Annual Audit          Additional Premium:  $330

    Class Code:  31600 - Gasoline - Gallons, Wholesale
  Exposure:  3,870,113 Gallons

Change Exposure For Annual Audit          Additional Premium:  $17,306

    Class Code:  31900 - Gasoline Stations - Retail Including Retail
           Diesel Fuel Except Key Or Card Lock Locations
  Exposure:  5,901,432 Gallons

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY                PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  07-05-2019
                Issue Date:  11-04-2020

Insured Copy

4-845 JOSEPH J PAUL



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA  01605

Policy Effective    07-05-2019

## General Liability Revisions

Change Exposure For Annual Audit         Additional Premium:  $1,427

    Class Code:  31900 - Gasoline Stations - Retail Including Retail
           Diesel Fuel Except Key Or Card Lock Locations
    Exposure:  5,901,432 Gallons

Change Exposure For Annual Audit         Return Premium:  $5,458

    Class Code:  32610 - Petroleum Marketers - Contracting Operations -
           Other Than "Cost of Materials"
    Exposure:  1,882,876 Net receipts

Change Exposure For Annual Audit         Return Premium:  $1,833

    Class Code:  32610 - Petroleum Marketers - Contracting Operations -
           Other Than "Cost of Materials"
    Exposure:  1,882,876 Net receipts

Change Exposure For Annual Audit         Additional Premium:  $3,914

    Class Code:  32620 - Petroleum Marketers - Contracting Operations -
           Retail and Wholesale Fixtures of Supplies - Only The
           "Cost of Materials"
    Exposure:  1,094,426 Cost of Materials

Continued on Next Page

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

SECRETARY          PRESIDENT

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)          Policy Number:  9816872          Transaction Effective Date:  07-05-2019
                  Issue Date:  11-04-2020

Insured Copy

4-845 JOSEPH J PAUL



## COMMERCIAL PACKAGE
## POLICY CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
PETERSON'S OIL SERVICE, INC.
75 CRESCENT ST
WORCESTER MA   01605

Policy Effective     07-05-2019

## General Liability Revisions

Change Exposure For Annual Audit        Additional Premium:  $2,179

    Class Code:  32620 - Petroleum Marketers - Contracting Operations - Retail and Wholesale Fixtures of Supplies - Only The "Cost of Materials"
    Exposure:  1,094,426 Cost of Materials

Change Exposure For Annual Audit        Additional Premium:  $64

    Class Code:  35300 - Other Operations NOC - Lightly Hazardous RATED AS:
    Exposure:   113,553 Receipts

Change Exposure For Annual Audit        Additional Premium:  $76

    Class Code:  35300 - Other Operations NOC - Lightly Hazardous RATED AS:
    Exposure:   113,553 Receipts

    Additional Certified Acts of Terrorism Premium Total        $42

            Total Endorsement Charge    $22,155

            This will appear on your next bill

The above changes to your policy have been made.
All other conditions and provisions remain unchanged.

**SECRETARY**          **PRESIDENT**

If you have any questions,
please contact your
Producer.

IL-F-4 (09-99)        Policy Number:  9816872          Transaction Effective Date:  07-05-2019
              Issue Date:  11-04-2020