# United States Court of Appeals
## For the First Circuit

—————————————

No. 24-1660

FEDERATED MUTUAL INSURANCE COMPANY,

Plaintiff, Appellant,

v.

PETERSON'S OIL SERVICE, INC.; HOWARD WOOD PETERSON, JR.; KRISTEN PETERSON HALUS; SHEENA MARANDINO; SEAN MARANDINO; NANCY CARRIGAN; CLAIRE FREDA; KELLEY FREDA; ALICE HART; ROBERT F. HART; TORRE MASTROIANNI; and CONGREGATION BETH ISRAEL OF WORCESTER,

Defendants, Appellees.

—————————————

**JUDGMENT**

Entered: September 8, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's summary judgment rulings regarding Federated Mutual Insurance Company's duty to defend are affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Eric Bradford Hermanson, Charles E. Spevacek, Austin Moody, Alexander V. Tibor, Louis Michael Ciavarra, AiVi Nguyen, Jared A. Fiore, Andrew C. Bartholomew, Brian Joseph Edmonds, Edward Francis Foye, John E. DeWick, Raymond Patrick Ausrotas, John P. Regan Jr., Jeffrey S. Strom