# United States Court of Appeals
## For the First Circuit

No. 24-1660

FEDERATED MUTUAL INSURANCE COMPANY,

Plaintiff - Appellant,

v.

PETERSON'S OIL SERVICE, INC.; SHEENA MARANDINO; HOWARD WOOD PETERSON, JR.; KRISTEN PETERSON HALUS; SEAN MARANDINO; NANCY CARRIGAN; CLAIRE FREDA; KELLEY FREDA; ALICE HART; ROBERT F. HART; TORRE MASTROIANNI; CONGREGATION BETH ISRAEL OF WORCESTER,

Defendants - Appellees.

**MANDATE**

Entered: September 30, 2025

In accordance with the judgment of September 8, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Raymond Patrick Ausrotas, Andrew C. Bartholomew, Louis Michael Ciavarra, John E. DeWick, Brian Joseph Edmonds, Jared A. Fiore, Edward Francis Foye, Eric Bradford Hermanson, Austin Moody, AiVi Nguyen, John P. Regan Jr., Charles E. Spevacek, Jeffrey S. Strom, Alexander V. Tibor