UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERATED MUTUAL INSURANCE COMPANY,<br><br>      Plaintiff and Counterclaim<br>      Defendant,<br><br>v.<br><br>PETERSON'S OIL SERVICE, INC.;<br>HOWARD WOOD PETERSON, JR.; and<br>KRISTEN PETERSON HALUS<br><br>      Defendants, and<br><br>SHEENA MARANDINO, SEAN MARANDINO, NANCY CARRIGAN, CLAIRE FREDA, KELLEY FREDA, ALICE HART, ROBERT F. HART, TORRE MASTROIANNI, and CONGREGATION BETH ISRAEL OF WORCESTER, individually and on behalf of others similarly situated,<br><br>      Defendants and<br>      Counterclaim Plaintiffs. | Civil Action No. 4:22-cv-10517<br><br><br>**JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), The parties to the above-captioned action – i.e.,

Federated Mutual Insurance Company, Peterson's Oil Service, Inc., Howard Wood Peterson, Jr.,

and Kristen Peterson Halus, and the Defendants and Counterclaim Plaintiffs, Sheena Marandino,

Sean Marandino, Nancy Carrigan, Claire Freda, Kelley Freda, Alice Hart, Robert F. Hart, Torre

Mastroianni, and Congregation Beth Israel of Worcester -- hereby stipulate that all claims,

51533007v.1
51608859v.1

-2-

counterclaims and cross-claims asserted in the above-captioned action shall be dismissed with

prejudice, with each party to bear their own fees and costs, and waiving rights of appeal.

**FEDERATED MUTUAL INSURANCE COMPANY**

By its attorneys,

*/s/ Eric B. Hermanson*____
Eric B. Hermanson (BBO #560256)
Austin D. Moody (BBO #704315)
WHITE AND WILLIAMS LLP
101 Arch Street, Suite 1930
Boston, MA 02110
Tel: (617) 748-5200
Fax: (617) 748-5201
hermansone@whiteandwilliams.com
moodya@whiteandwilliams.com

Charles E. Spevacek (*pro hac vice*)
Alexander V. Tibor (*pro hac vice*)
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Tel: (612) 347-9171
Fax: (612) 877-3066
cspevacek@meagher.com
atibor@meagher.com

**PETERSON'S OIL SERVICE, INC., HOWARD WOOD PETERSON, JR., and KRISTEN PETERSON HALUS**

By their attorneys,

*/s/ Louis M. Ciavarra*_____
Louis M. Ciavarra (BBO #546481)
AiVi Nguyen (BBO #675319)
Jared A. Fiore (BBO #684997)
Brian J. Edmonds (BBO #707135)
PRINCE LOBEL TYE LLP
One Mercantile Street, Suite 220
Worcester, MA 01608
Telephone: 508-318-1739
lciavarra@princelobel.com
anguyen@princelobel.com
jfiore@princelobel.com
bedmonds@princelobel.com

-2-

51533007v.1
51608859v.1

-3-

**SHEENA MARANDINO, SEAN MARANDINO, NANCY CARRIGAN, CLAIRE FREDA, KELLEY FREDA, ALICE HART, ROBERT F. HART, TORRE MASTROIANNI, and CONGREGATION BETH ISRAEL OF WORCESTER**

By their attorneys,

*/s/ John Regan_____*
John Regan (BBO #684326)
Jeffrey S. Strom (BBO #660992)
REGAN STROM, P.C.
185 Devonshire Street, Ste. 200
Boston, MA 02110
T: (857) 277-0902
F: 857-233-5287
jstrom@reganstrom.com
jregan@reganstrom.com

Raymond P. Ausrotas (BBO #640315)
John E. (Jed) DeWick (BBO #654723)
ARROWOOD LLP
10 Post Office Square, 7th Floor South
Boston, MA 02109
Tel: 617-849-6200/Fax: 617-849-6201
rausrotas@arrowoodllp.com
jdewick@arrowoodllp.com

51553007v.1
51608859v.1

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of March 17, 2026.

*/s/ Eric Hermanson*
Eric Hermanson

51553007v.1
51608859v.1